**Fill in this information to identify the case:**

Debtor name    **TSI Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-30132**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

The undersigned is the bankruptcy trustee of the debtor in this case, having been appointed by order entered on February 8, 2017, after the filing of an involuntary petition on January 27, 2017. The debtor's manager, Richard Siskey, is deceased. The information in these schedules has been prepared from the debtor's records. Upon information and belief, the debtor was part of a Ponzi scheme operated by Richard Siskey. The Trustee's investigation of the debtor's financial affairs is not complete, and the Trustee is not able to represent as to the accuracy of the information contained in these schedules. The Trustee reserves the right to take positions inconsistent with the information in these schedules.

Subject to the above statement, the Trustee has examined the information in the documents checked below and has a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 5, 2017**      X **/s/ Joseph W. Grier, III**
                                  Signature of individual signing on behalf of debtor

                                  **Joseph W. Grier, III**
                                  Printed name

                                  **Trustee**
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **TSI Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-30132**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $     **44,712.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     **44,712.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **21,705,961.72**

4.    **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b    $     **21,705,961.72**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TSI Holdings, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **17-30132** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **T.R. Winston & Company** | **Brokerage Account** | **1049** | **$44,712.67** |
| 3.2. | **Bank of America Checking Account** | **Checking** | **3191** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$44,712.67**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

| Debtor | **TSI Holdings, LLC** | Case number *(If known)* **17-30132** |
|---|---|---|
| | Name | |

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | |
|---|---|
| Debtor **TSI Holdings, LLC** | Case number *(If known)* **17-30132** |
| <span style="font-size:smaller">Name</span> | |

has been filed)

**Claims against Estate of Richard C. Siskey, Mecklenburg Co. Estate File 17-E-243 including but not limited to life insurance proceeds paid to Diane Siskey & others.**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Claims against Diane Siskey including but not limited to life insurance proceeds paid to Diane Siskey**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Claim against Southpark Partners, LLC**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Claim against WSC Holdings, LLC**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Claim against Sharon Road Properties, LLC**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Various avoidance actions, including "net winner" actions**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

**Claims against other parties**

Nature of claim                **unknown**

Amount requested                                    **Unknown**

**Unknown**

---

**Claim against Siskey Industries, LLC**

Nature of claim

Amount requested                                    **Unknown**

**Unknown**

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

| Debtor | **TSI Holdings, LLC** | Case number *(If known)* | **17-30132** |
| | Name | | |

☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TSI Holdings, LLC** | Case number *(If known)* **17-30132** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,712.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,712.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $44,712.67 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**TSI Holdings, LLC**__

United States Bankruptcy Court for the:  __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known)  __**17-30132**__

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **TSI Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) 17-30132

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* | **17-30132** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

Mavis H. Anderson
2021 Photography Place
Dallas, NC 28034

Date(s) debt was incurred _
Last 4 digits of account number  **M076**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☐ No ☐ Yes

**$85,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address

Janice D. Beddard
725 Glendale Blvd.
Mansfield, OH 44907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

**$151,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address

John Boccia
8905 Tamarron Drive
Charlotte, NC 28277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☐ No ☐ Yes

**$380,687.29**

---

**3.4** | Nonpriority creditor's name and mailing address

Steven Mark Brown
3 Lantern Drive
Heath, TX 75032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☐ No ☐ Yes

**$228,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address

Campbell Oil Company
P.O. Box 637
Elizabethtown, NC 28337

Date(s) debt was incurred _
Last 4 digits of account number  **PM61**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☐ No ☐ Yes

**$100,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

Brian Dixon Campbell
331 Lake Shore Drive
White Lake, NC 28337

Date(s) debt was incurred _
Last 4 digits of account number  **PM62**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address

Wesley Campbell
P.O. Box 39
Elizabethtown, NC 28337

Date(s) debt was incurred _
Last 4 digits of account number  **PM71**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

| Debtor | **TSI Holdings, LLC** | | Case number *(if known)* | **17-30132** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | Cynthia E. Carr<br>PO Box 397<br>Linville, NC 28646 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number __PM52__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295,000.00** |
|---|---|---|---|
| | R. Craig Cass<br>1926 S. Wendover Road<br>Charlotte, NC 28211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263,774.07** |
|---|---|---|---|
| | Tony F. Chaney<br>9128 Shorewood Place<br>Belmont, NC 28012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number __PM48__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,038.03** |
|---|---|---|---|
| | Tony F. Chaney<br>9128 Shorewood Place<br>Belmont, NC 28012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,462.51** |
|---|---|---|---|
| | Patricia Hardin Chester<br>2216 Martlet Lane<br>Virginia Beach, VA 23456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213,500.00** |
|---|---|---|---|
| | Patricia Hardin Chester<br>2216 Martlet Lane<br>Virginia Beach, VA 23456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | Estate of Carol T. Corseggia<br>c/o Patrick Jenkins<br>301 S. McDowell St., Suite 410<br>Charlotte, NC 28204-2686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Investment | |
| | Last 4 digits of account number __PM81__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* | **17-30132** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00**

**J. Michael and Kristen Cowling**
**P.O. Box 16646**
**Fernandina Beach, FL 30235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __**PM60**__

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,000.00**

**Thomas J. Crozier, III**
**111 Grindstone Drive**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,125.27**

**Rose B. Cummings**
**5301 Mason Ferry Road**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,695.27**

**William D. (Bill) Cummings**
**5301 Mason Ferry Road**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,597.51**

**Thomas Joseph Cusack**
**4006 Camrose Crossing**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Michael C. D'Agata**
**14830 Resolve Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00**

**Bill Dancer**
**16800 Tulloch Road**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   __**Investment**__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **TSI Holdings, LLC** |
| | Name |

Case number (if known)   **17-30132**

---

**3.22** | Nonpriority creditor's name and mailing address

**Diane G. Davis**
**203 Hill-N-Dale Lane**
**Cleveland, NC 27013**

Date(s) debt was incurred _

Last 4 digits of account number  **PM66**

As of the petition filing date, the claim is: Check all that apply.   **$180,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Charlotte Dreibelbis**
**4002 Ambleside Drive**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number  **M102**

As of the petition filing date, the claim is: Check all that apply.   **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Cheryl D. Eckley**
**4831 Truscott Road**
**Charlotte, NC 28226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,700,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Mary Jewett Efird**
**6909 Poters Road**
**Matthews, NC 28105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$101,530.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**EHE Investments, LLC**
**P.O. Box 39**
**Elizabethtown, NC 28337**

Date(s) debt was incurred _

Last 4 digits of account number  **PM58**

As of the petition filing date, the claim is: Check all that apply.   **$200,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Susan Falin**
**9205 Woodhall Lake Drive**
**Waxhaw, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$75,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**April & Bob Frazer**
**P.O. Box 11415**
**Charlotte, NC 28220-1415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$410,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276,959.13** |
|---|---|---|---|

**Don Garrett**
**5110 Bentgrass Court**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176,959.13** |
|---|---|---|---|

**Don Garrett**
**5110 Bentgrass Court**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,155.58** |
|---|---|---|---|

**Rick German**
**7928 Seclusive Drive**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Sarah German**
**7928 Seclusive Drive**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Adam Goulet**
**12611 Windyedge Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Teresa L. Hawkins & Michael W. Burkhard**
**21326 Bethel Church Road**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **1007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Catherine J. Hellner**
**17433 Captain Ardrey Rd.**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **M087**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | | Case number (if known) | **17-30132** |
|---|---|---|---|---|
| | Name | | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213,997.91**

**Lucinda Holt Hicks**
**1001 Honors Court**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,032.54**

**Lucinda Holt Hicks**
**1001 Honors Court**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00**

**Scott Hicks**
**1001 Honors Court**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312,835.43**

**James Scott Hunt**
**9125 Milton Drive**
**St. Augustine, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**John and Sue Johnsen**
**6733 Tree Hill Road**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM78**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Kent Kalina**
**4501 Central Ave. Apt. 29**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305,227.00**

**John Kris Kelly**
**3111 Fairbluff Court**
**Summerfield, NC 27538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **M101**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TSI Holdings, LLC** | | Case number (if known) | **17-30132** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,710.01 |
|---|---|---|---|

Jerry King
2228 Highway 102
Chesterfield, SC 29709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Richard J. LaVecchia III
2104 Woodhaven Road
Charlotte, NC 28211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

Michael R. Licata
2615 Southers Circle
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM67**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173,727.80 |
|---|---|---|---|

Michael Dennis Ligon
1740 Live Oak Trail
Virginia Beach, VA 23456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,991.41 |
|---|---|---|---|

Susan D. Ligon
1740 Live Oak Trail
Virginia Beach, VA 23456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,900.00 |
|---|---|---|---|

George N. Lovelace
118 Boatright Road
Pineville, NC 28134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM49**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196,227.77 |
|---|---|---|---|

George N. Lovelace
118 Boatright Road
Pineville, NC 28134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|

Name

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,269.60** |
|---|---|---|---|

David J. Mahoney
574 Pearl Bay Drive
New London, NC 28127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

Michael Gregg Marshall
13724 Pinnacle Drive
Wichita, KS 67230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM12**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,334.00** |
|---|---|---|---|

Betty M. Maynard
896 Youngsville Blvd.
Wake Forrest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM44**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,047.67** |
|---|---|---|---|

Melvin McCullough
4412 River Rock Road
Charlotte, NC 28215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356,976.39** |
|---|---|---|---|

Gerald D. Mead
2486 Parkridge Drive
Southport, NC 28461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM27**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$645,000.00** |
|---|---|---|---|

Elizabeth A. Moncrief
12200 Terraza Circle
Austin, TX 78726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM28**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$304,097.00** |
|---|---|---|---|

Lynann Nehls
14435 Brick Church Court
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* | **17-30132** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$341,000.00** |
|---|---|---|---|

**Sagita Norris**
**605 Tammy Drive**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278,371.79** |
|---|---|---|---|

**Ted F. Norwood**
**15434 Ballantyne Country Club Drive**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Jeffrey D. (Jeff) Oden**
**116 Hunter Spring Lane**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340,000.00** |
|---|---|---|---|

**Donald Olin**
**3420 Maryhurst Lane**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald B. and Sally Olin**
**2823 Providence Road, Suite 255**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408,666.67** |
|---|---|---|---|

**Billy Packer**
**6505 Kilberry Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943,950.50** |
|---|---|---|---|

**Billy Packer**
**6505 Kilberry Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Archie J. Parker**
**2632 Goneaway Road**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424,507.00** |
|---|---|---|---|

**James Parks**
**45 Smith Hudson Road**
**Siler City, NC 27344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM47**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Judson Michael Pelt**
**4625 Crusader Avenue**
**Edmond, OK 73025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM89**

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Barbara Petrey**
**8601 Kirchenbaum Drive**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM82**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$773,485.84** |
|---|---|---|---|

**Lauren P. Piscatelli**
**1104 Darby Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM25**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Dwight E. Price**
**100 N. Tanninger Road**
**Mount Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM79**

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Dhiren M. and Sherry Ballard Rathod**
**7528 Buckland Road**
**Charlotte, NC 28278-9741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number  **PM42**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|
| | Name | | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,441.67** |
|---|---|---|
| **Ohlren M. Rathod** | ☐ Contingent | |
| **7528 Buckland Road** | ☐ Unliquidated | |
| **Charlotte, NC 28278** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Investment** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|
| **Ivy Robinson Dunstan Revocable Trust** | ☐ Contingent | |
| **2820 Selwyn Ave, #720** | ☐ Unliquidated | |
| **Charlotte, NC 28209** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Investment** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$274,952.76** |
|---|---|---|
| **Rozsak Capital, LLP** | ☐ Contingent | |
| **2978 Huckleberry Hill Drive** | ☐ Unliquidated | |
| **Fort Mill, SC 29715** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Investment** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,365,000.00** |
|---|---|---|
| **Michael Louis Salamone** | ☐ Contingent | |
| **100 Highland Forest Dr** | ☐ Unliquidated | |
| **Charlotte, NC 28270** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Investment** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$490,000.00** |
|---|---|---|
| **Dennis C. and Robin G. Scala** | ☐ Contingent | |
| **7303 Musselburg Court** | ☐ Unliquidated | |
| **Charlotte, NC 28277** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Investment** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Sharon Road Properties, LLC** | ■ Contingent | |
| **c/o Joe Grier, Trustee** | ■ Unliquidated | |
| **101 N. Tryon St., Ste. 1240** | ☐ Disputed | |
| **Charlotte, NC 28246** | Basis for the claim: **Inter-Company Transfers** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Siskey Industries, LLC** | ■ Contingent | |
| **c/o Lane Williamson** | ■ Unliquidated | |
| **301 East Park Avenue** | ☐ Disputed | |
| **Charlotte, NC 28203** | Basis for the claim: **Inter-Company Transfers** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$390,494.66** |
|---|---|---|---|

**Bruce R. Smith**
**1107 Woody Lane**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,250.01** |
|---|---|---|---|

**Bruce R. Smith**
**1107 Woody Lane**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151,512.67** |
|---|---|---|---|

**Robert W. Smith**
**4058 Kingfisher Drive**
**York, SC 29745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Walter (Cal) Smith**
**8220 Dunmore Dr., Apt. A**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SouthPark Partners, LLC**
**c/o Joe Grier, Trustee**
**101 N. Tryon St., Ste. 1240**
**Charlotte, NC 28246**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Inter-Company Transfers**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stone Street Partners, LLC**
**4521 Sharon Road, Suite 450**
**Charlotte, NC 28211-4278**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Tort Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Enrique Paredes Tablas**
**4216 Overlook Cove Road**
**Charlotte, NC 28216**

Date(s) debt was incurred _

Last 4 digits of account number  **PM73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* | **17-30132** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,098.45** |
|---|---|---|---|

**Jeanne B. Turner**
**912 Oleander Lane**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,826.80** |
|---|---|---|---|

**Paul Turner**
**912 Oleander Lane**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,406.10** |
|---|---|---|---|

**Paul Turner**
**912 Oleander Lane**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,634.52** |
|---|---|---|---|

**William C. VanNess, III**
**106 Breakwater Ct**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,260.95** |
|---|---|---|---|

**Nicole VanNess**
**106 Breakwater Court**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288,651.66** |
|---|---|---|---|

**Eric Ward**
**712 Wandering Way Drive**
**Marvin, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,008.07** |
|---|---|---|---|

**Eric Ward**
**712 Wandering Way Drive**
**Marvin, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774,583.09 |
|---|---|---|---|

**Brian Wilder**
**310 Morganford Place**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WSC Holdings, LLC**
**c/o Joe Grier, Trustee**
**101 N. Tryon St., Ste. 1240**
**Charlotte, NC 28246**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Inter-Company Transfers**

Is the claim subject to offset? ☐ No ■ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A. Todd Capitano**<br>**Erwin, Bishop, Capitano & Moss, P.A.**<br>**4521 Sharon Rd., Ste. 350**<br>**Charlotte, NC 28211** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Adam K. Doerr**<br>**Robinson, Bradshaw & Hinson, P.A.**<br>**101 N. Tryon St., Ste. 1900**<br>**Charlotte, NC 28246** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Anthony Paccione**<br>**Katten Muchin Rosenman, LLP**<br>**575 Madison Avenue**<br>**New York, NY 10022-2585** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **TSI Holdings, LLC** | Case number (if known) | **17-30132** |
| --- | --- | --- | --- |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.8 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Charles G. Monnett, III**<br>**Charles G. Monnett, III & Associates**<br>**6842 Morrison Boulevard, Suite 100**<br>**Charlotte, NC 28211** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **E. Fitzgerald Parnell**<br>**Poyner Spruill**<br>**301 S. College St., Ste. 2900**<br>**Charlotte, NC 28202** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **E. Fitzgerald Parnell**<br>**Poyner Spruill**<br>**301 S. College St., Ste. 2900**<br>**Charlotte, NC 28202** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Edward T. Hinson, Jr.**<br>**James, McElroy & Diehl**<br>**600 S. College St.**<br>**Charlotte, NC 28202** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **TSI Holdings, LLC** | | Case number (if known) | **17-30132** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **Fred Wood**<br>**Smith Moore Leatherwood LLP**<br>**101 N. Tryon St., Ste. 1300**<br>**Charlotte, NC 28246** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **G. Martin Hunter**<br>**Martin Hunter Law**<br>**301 S. McDowell St., Ste. 1014**<br>**Charlotte, NC 28204** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Rob Marcus**<br>**Smith Moore Leatherwood LLP**<br>**101 N. Tryon St., Ste. 1300**<br>**Charlotte, NC 28246** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Rob Marcus**<br>**Smith Moore Leatherwood LLP**<br>**101 N. Tryon St., Ste. 1300**<br>**Charlotte, NC 28246** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Rob Marcus**<br>**Smith Moore Leatherwood LLP**<br>**101 N. Tryon St., Ste. 1300**<br>**Charlotte, NC 28246** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **S. Frederick Winiker, III**<br>**Winiker Law Firm, PLLC**<br>**435 East Morehead Street**<br>**Charlotte, NC 28202-2609** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 21,705,961.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 21,705,961.72 |

**Fill in this information to identify the case:**

Debtor name      **TSI Holdings, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)      **17-30132**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Under investigation by the Trustee** |

| Fill in this information to identify the case: |
|---|
| Debtor name **TSI Holdings, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) **17-30132** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Under investigation by the Trustee** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **TSI Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-30132**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Under investigation by the Trustee** | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Under investigation by the Trustee** | **Unknown** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.  **Under investigation by the Trustee** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **TSI Holdings, LLC**                                              Case number *(if known)* **17-30132**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Rich LaVecchia** | 10/31/16 | $201,333.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.3. **Lauren Rozsak** | 11/2/16,<br>11/18/16 &<br>12/5/16 | $28,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.4. **Mainstar Trust, Cust for John Boccia** | 11/28/16 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.5. **Mainstar Trust, Cust for George Lovelace** | 11/28/16 | $13,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.6. **Mainstar Trust, Cust for David Mahoney** | 12/8/16 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.7. **Mainstar Trust, Cust for Donald Olin** | 12/8/16 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.8. **Dwight E. Price** | 12/12/16 | $101,097.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |
| 3.9. **Catherine J. Hellner** | 12/12/16 | $110,709.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor distribution** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* **17-30132** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Under investigation by the Trustee** | | **$0.00** | |
| 4.2. **Richard C. Siskey** | **Multiple dates** | **$1,296,000.00** | **Upon information and belief, during the one year pre-petition period, Debtor paid a net of at least $1,296,000 to Richard C. Siskey through multiple payments.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Under investigation by the Trustee** | | | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Under investigation by the Trustee** | | | **$0.00** |
| | Last 4 digits of account number: _____ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Under investigation by the Trustee** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor     **TSI Holdings, LLC** _____     Case number *(if known)*  **17-30132**

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Under investigation by the Trustee** | | **$0.00** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Under investigation by the Trustee** | | | **$0.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:** **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Under investigation by the Trustee** | | | **$0.00** |

---

**Part 6:** **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **TSI Holdings, LLC** | Case number *(if known)* | **17-30132** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Under investigation by the Trustee** | | | |
| | | | | **$0.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Under investigation by the Trustee** | | | **$0.00** |
| **Trustee** | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **Upon information and belief, the debtor was part of a Ponzi scheme operated by Rick Siskey and, during the two year period prior to bankruptcy, made distributions to individual investors that exceeded the amounts invested by those investors.  The trustee is investigating possible net winner claims.** | | |
| | **Net winner transfers** | | | **Unknown** |
| | **Relationship to debtor** | | | |

---

**Part 7:**   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

---

Debtor    **TSI Holdings, LLC**                                    Case number *(if known)* **17-30132**

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

      **Under investigation by the Trustee**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:
        Name of plan                                          Employer identification number of the plan
        **Under investigation by the Trustee**                EIN:

        Has the plan been terminated?
        ■ No
        ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Under investigation by the Trustee** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ |  | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **TSI Holdings, LLC**                                                      Case number *(if known)*    **17-30132**

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Under investigation by the Trustee** | **Under investigation by the Trustee** | | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Under investigation by the Trustee** | **Under investigation by the Trustee** | | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Under investigation by the Trustee** | | | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐    No.
■    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Under investigation by the Trustee** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | TSI Holdings, LLC | Case number *(if known)* | 17-30132 |
|---|---|---|---|

environmental law?

☐ No.

■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Under investigation by the Trustee** | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **Under investigation by the Trustee** | | **EIN:** |
| | | **From-To** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Richard Dawson, CPA** **4521 Sharon Road, Suite 460A** **Charlotte, NC 28211** | **Under investigation by the Trustee** |
| 26a.2.    **Denise Rhodes** **c/o Claire J. Rauscher** **Womble Carlyle Sandridge & Rice LLP** **301 S. College St., Ste. 3500** **Charlotte, NC 28202** | **Under investigation by the Trustee** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Under investigation by the Trustee** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **TSI Holdings, LLC**                                                      Case number *(if known)*    **17-30132**

---

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Richard Dawson, CPA**<br>**4521 Sharon Road, Suite 430A**<br>**Charlotte, NC 28211** | |
| 26c.2.   **Denise Rhodes**<br>**Claire J. Rauscher**<br>**Womble Carlyle Sandridge & Rice LLP**<br>**301 S. College St., Ste. 3500**<br>**Charlotte, NC 28202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Under investigation by the Trustee** |

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Under investigation by the Trustee** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Under investigation by the Trustee** |

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Under investigation by the Trustee** | | | |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

---

| Debtor | TSI Holdings, LLC | | Case number *(if known)* | **17-30132** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|--------------------------------------------------|
| Richard C. Siskey | | Upon information and belief, Richard C. Siskey was the manager of the debtor at the time of his death on December 28, 2016. | 8/11/2010 to 12/28/16/ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Under investigation by the Trustee | | | |
| | Relationship to debtor | | | |
| 30.2. | Richard C. Siskey | 1,296,000 | Multiple transfers during the one year period | Upon information and belief, during the one year pre-petition period, Debtor paid a net of $1,296,000 to Richard C. Siskey through multiple payments. |
| | Relationship to debtor Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **TSI Holdings, LLC**                                    Case number *(if known)*  **17-30132**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 5, 2017__

**/s/ Joseph W. Grier, III**                        **Joseph W. Grier, III**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Trustee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re **TSI Holdings, LLC** _____ Case No. **17-30132** _____

_____ Chapter **7** _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................ $ _____**0.00**

Prior to the filing of this statement I have received ........................ $ _____**0.00**

Balance Due ................................................................ $ _____**0.00**

2. $ __**0.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other contested matter or adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 5, 2017** _____  **/s/ Joseph W. Grier, III** _____
*Date*                                      **Joseph W. Grier, III**
                                            *Signature of Attorney*
                                            **Grier Furr & Crisp, PA**
                                            **101 N. Tryon St., Suite 1240**
                                            **Charlotte, NC 28246**
                                            **704 375-3720  Fax: 704 332-0215**
                                            **jgrier@grierlaw.com**
                                            *Name of law firm*

---

# United States Bankruptcy Court
## Western District of North Carolina

| | | | |
|---|---|---|---|
| In re | **TSI Holdings, LLC** | Case No. | **17-30132** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 5, 2017**

**/s/ Joseph W. Grier, III**

**Joseph W. Grier, III/Trustee**
Signer/Title

A. Todd Capitano
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Rd., Ste. 350
Charlotte, NC 28211


Abigail Hastings Kerr
6327 Kiftsgate Court
Charlotte, NC 28226


Adam Goulet
12611 Windyedge Road
Huntersville, NC 28078


Adam K. Doerr
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246


Alan McGuirt
426 Crater Road
Harmony, NC 28634


Alan R. Kessel
4251 Shannamara Drive
Matthews, NC 28104


Andrew (Andy) Peterson
7768 Burning Ridge Drive
Stanley, NC 28164


Andy and Carolyn Dionne
9333 Crofton Springs Drive
Charlotte, NC 28269


Ann H. Miltich
18021 Nantz Road
Cornelius, NC 28031


Anthony Paccione
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585

Archie J. Parker
2632 Goneaway Road
Charlotte, NC 28210


Barbara Petrey
8601 Kirchenbaum Drive
Charlotte, NC 28210


Ben Chambers
507-A Wakefield Drive
Charlotte, NC 28209


Benjamin King Speir
4720 Aspen Court
Charlotte, NC 28210


Benjamin McKinley Andrews Jr. Estate
3529 Niblick Court
Denver, NC 28037


Bettie T. and James E. Smith
Pines at Davidson Villa 607
400 Avinger Lane
Davidson, NC 28036


Betty M. Maynard
896 Youngsville Blvd.
Wake Forrest, NC 27587


Bhishma Shah
6220 Sellers Court
Charlotte, NC 28211


Bill Latham
P.O. Box 2573
Davidson, NC 28036


Billy McSwain
409 Princeton Drive
Salisbury, NC 28144


Billy Packer
6505 Kilberry Lane
Charlotte, NC 28277

Birdie Yang
720 Governor Morrison St., Ste. 130
Charlotte, NC 28211

Bobby Furr
10915 Caroline Acres Road
Fort Mill, SC 29707

Brad Eckley
6067 Viking Drive
Raleigh, NC 27612

Bradford Gene Ligon
189 River Birch Drive
Concord, NC 28025

Brian Barksdale
436 Bertonley Avenue
Charlotte, NC 28211

Brian Corey
4224 Richland Court
Monroe, NC 28110

Brian Dixon Campbell
P.O. Box 637
Elizabethtown, NC 28337

Brian J. Spiers, c/o John W. Taylor
4600 Park Road, Ste. 420
Charlotte, NC 28209

Brian Wilder
310 Morganford Place
Cary, NC 27518

Bright Visions Investments
516 Wetherby Lane
Saint Augustine, FL 32092

Bruce J. Trimbur
21809 Chapel Way
Cornelius, NC 28031

Bruce R. Smith
1107 Woody Lane
Davidson, NC 28036


Byron Greiner
2 Beech Tree Lane
Asheville, NC 28804-1949


Campbell Oil Company
418 Peanut Plant Road
Elizabethtown, NC 28337


Carl E. Merrell
3117 Olde Creek Trail
Matthews, NC 28105


Carl Patterson
2821 Twinfield Dr.
Concord, NC 28025


Carlton Tyson
300 Macedonia Church Road
Monroe, NC 28112


Carmen Matzke
Mainstar Trust Vice President
P.O. Box 420
Onaga, KS 66521


Carolyn and Thomas Crozier
8300 Sardiscroft Road
Charlotte, NC 28270


Catherine J. Hellner
17433 Captain Ardrey Rd.
Charlotte, NC 28277


Charles G. Monnett, III
Charles G. Monnett, III & Associates
6842 Morrison Boulevard, Suite 100
Charlotte, NC 28211


Charlotte Dreibelbis
4002 Ambleside Drive
Fort Mill, SC 29707

Cheryl D. Eckley
4831 Truscott Road
Charlotte, NC 28226


Chris Campbell
592 Morganwood Estates
Elizabethtown, NC 28337


Chris Nevels
4525 Landover Way
Suwanee, GA 30024


Christa T. Boggs
404 Oakmont Lane
Waxhaw, NC 28173


Christine Turner
6327 Kiftsgate Court
Charlotte, NC 28226


Claire J. Rauscher
Womble Carlyle Sandridge & Rice LLP
301 S. College St., Ste. 3500
Charlotte, NC 28202


Clayton Hellner
9109 Monarchos Court
Waxhaw, NC 28173


Clint Peasants
3808 Fox Run Road
Weddington, NC 28104


Craig Brewer
4108 Fairway Downs Court
Charlotte, NC 28277


Craig Dedrick
506 Castlestone Lane
Wesley Chapel, NC 28104


Cynthia E. Carr
PO Box 397
Linville, NC 28646

Cynthia Hawley
417 Salt Kettle Bay Ct.
Myrtle Beach, SC 29575


D. McQueen Campbell, III
1305 Cameron View Court
Raleigh, NC 27607


Daisy Couch
2062 Daisy Couch Road
Heath Springs, SC 29058


Dallas Mac. Campbell, Jr.
418 Peanut Plant Road
Elizabethtown, NC 28337


Dana and Herbert Lemons
3509 Brookfield Drive
Greensboro, NC 27410


David Beddard
516 Wetherby Lane
St. Augustine, FL 32092


David C. Short
5241 Morrowick Road
Charlotte, NC 28226


David J. Mahoney
574 Pearl Bay Drive
New London, NC 28127


David L. Rasmussen
9508 W. Gambit Trail
Peoria, AZ 85383


David R. Peterson
3533 Providence Manor Road
Charlotte, NC 28270


David Victor
15319 Barossa Drive
Charlotte, NC 28277

Deborah S. Monnett
6014 Lakeview Drive
Charlotte, NC 28207

Delano Little
222 South Caldwell #2001
Charlotte, NC 28202

Denise Rhodes
3233 Roberta Farms Court
Concord, NC 28027

Dennis C. and Robin G. Scala
7303 Musselburg Court
Charlotte, NC 28277

Dhiren M. and Sherry Ballard Rathod
7528 Buckland Road
Charlotte, NC 28278-9741

Diane G. Davis
203 Hill-N-Dale Lane
Cleveland, NC 27013

Don and Barbara Garrett
5110 Bentgrass Court
Charlotte, NC 28227

Don and Barbara Sinclair
1000 Heritage Acres
Matthews, NC 28104

Don Corey
343 Steen Road
Mt. Croghan, SC 29727

Don Garrett
5110 Bentgrass Court
Charlotte, NC 28227

Donald B. and Sally Olin
2823 Providence Road, Suite 255
Charlotte, NC 28211

Donald T. Hughes
161 Sugar Lake Drive
Canton, GA 30115


Douglas Allen
9018 Elrose Place
Charlotte, NC 28277


Drew Boggs III
P.O. Box 1609
Monroe, NC 28111


Dwight E. Price
100 N. Tanninger Road
Mount Holly, NC 28210


E. Fitzgerald Parnell
Poyner Spruill
301 S. College St., Ste. 2900
Charlotte, NC 28202


Edward T. Hinson, Jr.
James, McElroy & Diehl
600 S. College St.
Charlotte, NC 28202


EHE Investments, LLC
P.O. Box 39
Elizabethtown, NC 28337


Elizabeth A. Moncrief
12200 Terraza Circle
Austin, TX 78726


Enrique Paredes
4216 Overlook Cove Road
Charlotte, NC 28216


Enrique Paredes Tablas
4216 Overlook Cove Road
Charlotte, NC 28216


Eric A. Rogers
7118 Summerhill Ridge Drive
Charlotte, NC 28226

Eric McDonald
P.O. Box 19801
Charlotte, NC 28219


Eric Ward
712 Wandering Way Drive
Marvin, NC 28173


Estate of Carol T. Correggia
c/o Jennifer Becknell
2116 Old Springs Road
Fort Mill, SC 29715


Estate of Vijay Doshi
12015 Darby Chase Drive
Charlotte, NC 28277


Evelyn Robinson
158 Mandarin Drive
Mooresville, NC 28117


EW2 Environmental, Inc.
7245 Pineville-Matthews Road, Suite 100
Charlotte, NC 28226


First Trust Company of Onaga
214 West 9th Street
Onaga, KS 66521-0240


Frank Leon
5088 Gladiola Way
Tega Cay, SC 29708


Fred Wood
Smith Moore Leatherwood LLP
101 N. Tryon St., Ste. 1300
Charlotte, NC 28246


G. Martin Hunter
Martin Hunter Law
301 S. McDowell St., Ste. 1014
Charlotte, NC 28204

Gary and Karen Frazier
630 Davidson Run Lane
Davidson, NC 28036


George Holmes
3700 Skipper Court
Charlotte, NC 28277


George N. Lovelace
118 Boatright Road
Pineville, NC 28134


Gerald D. Mead
2486 Parkridge Drive
Southport, NC 28461


Glenn Taylor
1528 Hertford Road
Charlotte, NC 28207


Grant Stackhouse
639 Pine Forest Road
Charlotte, NC 28214


Greg Rivers
630 Vendue Place
Charlotte, NC 28226


Hamilton Nash Grier
224 Birdie Drive
Stanley, NC 28164


Harold Grier
107 Meadowbrook Road
Charlotte, NC 28211


Harvey Allison
6228 Wild Heron Way
College Grove, TN 37046


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ivy Robinson
2820 Selwyn Ave, #720
Charlotte, NC 28209


Ivy Robinson Dunstan Revocable Trust
2820 Selwyn Ave, #720
Charlotte, NC 28209


J. Michael and Kristen Cowling
111 Sunset Cove Lane
Palm Beach Gardens, FL 33418


J. P. (James) Burt
7324 Twelve Mile Creek Road
Lancaster, SC 29720


James "Chip" E. Sigmon, Jr.
1431 Finsbury Lane
Tega Cay, SC 29708


James and Brenda Parks
45 Smith Hudson Road
Siler City, NC 27344


James and Melanie Poteat
6008 Deas Drive
Belmont, NC 28012


James C. Smith
Nexsen Pruet
227 W. Trade St., Suite 1550
Charlotte, NC 28202


James E. Collie
1205 Wyndcroff Place
Charlotte, NC 28209


James F. Poutier
2625 Lilly Mill Road
Charlotte, NC 28210


James F. Wyatt, III
Wyatt & Blake, LLP
435 E. Morehead St.
Charlotte, NC 28202

James L. Overturf (Lone Rock, LLP)
13181 South Brown Bear Place
Draper, UT 84020


James M. McLachlan
325 Seneca Place
Charlotte, NC 28210


James Michael and Kathy S. Aldridge
5522 Medlin Road
Monroe, NC 28112


James Scott Hunt
9125 Milton Drive
St. Augustine, FL 32226


James W. Surane
Surane Law, LLP
18825 West Catawba Ave., Ste. 150
Cornelius, NC 28031


Janice D. Beddard
725 Glendale Blvd.
Mansfield, OH 44907


Jeff Dennis Howard
9812 Chatham Oaks Trail
Charlotte, NC 28210


Jeff Parker
PO Box 474690
Charlotte, NC 28247-4690


Jeffrey A. Strack
14293 Nolen Lane
Charlotte, NC 28277


Jeffrey D. (Jeff) Oden
101 N. Tryon St., Ste. 1400
Charlotte, NC 28202


Jeffrey G. Talley
5510 Willow Lane
Dallas, TX 75230

Jeremy Hozjan
1615 Millbrook Lane
Fort Mill, SC 29708

Jerry King
2228 Highway 102
Chesterfield, SC 29709

Jim and Nancy Javaras
4 Clearings Way
Princeton, MA 01541-1200

Joe Wright
2685 Al Tadena Road
Cahaba Hts, AL 35243

John Agramonte
5645 Habersham
Suwanee, GA 30024

John and Sue Johnsen
6733 Tree Hill Road
Matthews, NC 28104

John Boccia
8905 Tamarron Drive
Charlotte, NC 28277

John Chapman
Chapman LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113

John D. Phillips
18519 Peninsula Club Drive
Cornelius, NC 28031

John Eckley
50 Barre Street
Charleston, SC 29401

John Fennebresque
150 Cherokee Road
Charlotte, NC 28207

John G. Wood
2837 Hansen Drive
Charlotte, NC 28207

John Grue
4024 Blossom Hill Drive
Matthews, NC 28104

John Kris Kelly
3859 Battleground Ave, Suite 201
Greensboro, NC 27410

John W. O'Neil
201 Vanderbilt Drive
York, SC 29745

John Z. Stone
2003 Lake Forest Drive
Tega Cay, SC 29708

Joseph M. Farrell
12041 Royal Portrush Drive
Charlotte, NC 28277

Joseph P. Price
2118 Potters Road S
Waxhaw, NC 28173

Joseph R. Kluttz, III
15015 Highway 73
Huntersville, NC 28078

Judson Michael Pelt
4625 Crusader Avenue
Edmond, OK 73025

Judy Ayers Nunnenkamp
516 Wyndham Lane
Waxhaw, NC 28173

Kathryn Furr
10915 Caroline Acres Road
Fort Mill, SC 29707

Kathy V. Beam
305 Kay Street
Salibury, NC 28146


Keith M. Stroud, Jr.
3581 Big Flatts Church Road
Fleetwood, NC 28626


Kenneth C. Thompson
3029 Crowder Court
Charlotte, NC 28210


Kent Kalina
4501 Central Ave. Apt. 29
Charlotte, NC 28205


Kim Powell
3006 Paddle Wheel Lane
Indian Trail, NC 28079


Lance Smith
2700 Altadean Road
Birmingham, AL 35243


Larry W. Grosman
1101 N. Elm Street
Greensboro, NC 27401


Laura C. Smith Trust
 c/o Barbara Kovale
10515 Maggie May Lane
Charlotte, NC 28278


Lauren P. Piscatelli
1104 Darby Road
Chester, SC 29706


Linda Aldridge Craig
2513 Hargette Road
Monroe, NC 28112


Lorraine and Edmund Machen
101 James Drew Court
Charlotte, NC 28270

Louis D. Eckley
7504 Tripper Lane
Charlotte, NC 28226-0913

Low Budget, LLC
6907 Phillips Place Court
Charlotte, NC 28210

Lucinda Holt Hicks
1001 Honors Court
Waxhaw, NC 28173

Lyle and Jeannette Ranson
1080 Damon Drive
Washington Court House, OH 43160

Lyn Conger
8712 Woodmore Crossing Lane
Charlotte, NC 28226

Lynann Nehls
14435 Brick Church Court
Charlotte, NC 28277

Malov Doshi
1301 20th Street NW, #606
Washington, DC 20036

Marc Gustafson
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203

Mark S. Richardson
4010 Seminole Court
Charlotte, NC 28210

Martha Boggs
3545 Sharon Road
Charlotte, NC 28211

Martin Sumichrast
4521 Sharon Road, Suite 450
Charlotte, NC 28211-4278

Mary Jewett Efird
6909 Potter Road
Matthews, NC 28104


Matthew C. McFee
9113 Monarchos Court
Waxhaw, NC 28173


Mavis H. Anderson
2021 Photography Place
Dallas, NC 28034


Melissa Spiers
8924 Waltham Forest Ct
Waxhaw, NC 28173


Melton Brown
3 Lantern Drive
Heath, TX 75032


Melvin McCullough
4412 River Rock Road
Charlotte, NC 28215


Michael A. DeMayo
7536 Morrocroft Farms Lane
Charlotte, NC 28211


Michael Burkhard and Teresa L. Hawkins
21326 Bethel Church Rd
Cornelius, NC 28031


Michael C. D'Agata
14830 Resolve Lane
Charlotte, NC 28277


Michael D. Flaum
1700 Camden Road, Apt. 304
Charlotte, NC 28203


Michael Dennis Ligon
1740 Live Oak Trail
Virginia Beach, VA 23456

Michael Gregg Marshall
13724 Pinnacle Drive
Wichita, KS 67230


Michael Louis Salamone
100 Highland Forest Dr
Charlotte, NC 28270


Michael R. Licata
2615 Southers Circle
Suwanee, GA 30024


Mona Doshi and Anjan Shah
11424 Bloomfield Drive
Charlotte, NC 28277


Nalini Doshi
12015 Darby Chase Drive
Charlotte, NC 28277


Nathan Corey
247 Old 265 Lane
Mount Croghan, SC 29727


NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Norman D. and Shannon J. Baucom
7417 Highway 205
Marshville, NC 28103


Ohlren M. Rathod
7528 Buckland Road
Charlotte, NC 28278


Pamela Boileau
17505 Calverton Road
Huntersville, NC 28078


Patricia Hardin Chester
2216 Martlet Lane
Virginia Beach, VA 23456

Paul and Jeanne B. Turner
912 Oleander Lane
Waxhaw, NC 28173


Paul and Penni Leite
4407 Brandt Ridge Drive
Greensboro, NC 27410


Paul M. Hattenhauer
Culp Elliott & Carpenter, P.L.L.C.
4401 Barclay Downs Dr., Ste. 200
Charlotte, NC 28209


Peter & Jennifer B. Schwarz
1852 Barnstable Road
Lewisville, NC 27023


Peter Ewert
4062 Arbor Way
Charlotte, NC 28211


Peter J. Fioretti
12110 James Jack Lane
Charlotte, NC 28277


Peter J. Fioretti
13860 Ballantyne Corporate Place, Suite
Charlotte, NC 28277


Phillip and Angela R. Thomas
8001 Gilead Road
Huntersville, NC 28078


Quality Auto Machine, Inc.
525 Morgan Mill Rd
Monroe, NC 28110


Rajeev and Meenu Jindal
19 Allegheny Run
Simpsonville, SC 29681


Ralph Cochrane
214 West 9th Street
Onaga, KS 66521-0240

Randy C. Herrin
32672 Millingport Road
New Londen, NC 28127


Randy J. Reittinger
5711 Forest Manor Drive
Greensboro, NC 27410


Raynor Combs
9200 Aviation Boulevard
Concord, NC 28027


Richard and Michelle Platt
1230 Still Forest Court
Gastonia, NC 28056


Richard J. LaVecchia III
2104 Woodhaven Road
Charlotte, NC 28211


Richard Pattison
10203 Triangle Park Road
Charlotte, NC 28277


Rick Byrd
13011 Darby Chase Drive
Charlotte, NC 28277


Rick Germann
7928 Seclusive Drive
Indian Trail, NC 28079-4169


Rob Combs
9200 Aviation Boulevard
Concord, NC 28027


Rob Marcus
Smith Moore Leatherwood LLP
101 N. Tryon St., Ste. 1300
Charlotte, NC 28246


Robert and Catherine Faught
6735 Passage Creek Lane
Manassas, VA 20112

Robert and June Yearwood
2539 Flintgrove Road
Charlotte, NC 28226


Robert B. (Bob) and April Frazer
5707 Bellechasse Street
Charlotte, NC 28210


Robert Bowers
1345 Maryland Ave.
Charlotte, NC 28209


Robert Craig Cass
1926 S. Wendover Road
Charlotte, NC 28211


Robert J. Nastase
7407 Oakwood Lane
Charlotte, NC 28215


Robert Nunnenkamp
516 Wyndham Lane
Waxhaw, NC 28173


Robert Todd Nastase
2007 Roadrunner Road
Clover, SC 29710


Robert W.  Smith, Jr.
4058 Kingfisher Drive
York, SC 29745


Ronald C. Charles
1889 Wiley Ridge Road
Kankakee, IL 60901


Roy Lynam
896 Youngsville Blvd.
Wake Forest, NC 27587


Rozsak Capital, LLP
2978 Huckleberry Hill Drive
Fort Mill, SC 29715

S. Frederick Winiker, III
Winiker Law Firm, PLLC
435 East Morehead Street
Charlotte, NC 28202-2609


Sagita Norris
605 Tammy Drive
Monroe, NC 28110


Sandy Carnegie
McIntosh Law Firm
P.O. Box 2270
Davidson, NC 28036-2270


Sarah Germann
7928 Seclusive Drive
Indian Trail, NC 28079-4169


Scott Dunstan
4014 Barclay Downs Drive
Charlotte, NC 28209


Scott Hicks
1001 Honors Court
Waxhaw, NC 28173


Scott Jernigan
201 Shannon Oaks Circle, Suite 205
Cary, NC 27511


Scott Jernigan
2504 White Oak Road
Raleigh, NC 27609


Scott Morgan
411 Clement Avenue
Charlotte, NC 28204


Securities and Exchange Commission
Attn: David Baddley
Office of Reorganization
950 East Paces Ferry Rd, N.E.
Atlanta, GA 30326-1328

Shane Eckley
1809 Kensington Drive
Charlotte, NC 28205


Siskey Industries, LLC
c/o Lane Williamson
301 East Park Avenue
Charlotte, NC 28203


Stan Ashley
21531 Crown Lake Drive
Cornelius, NC 28031


Sterling Trust
P.O. Box 2526
Waco, TX 76702-2526


Steven Mark Brown
3 Lantern Drive
Heath, TX 75032


Sue Taylor Boggs
1709 Beechwood Lane
Monroe, NC 28112


Susan D. Ligon
1740 Live Oak Trail
Virginia Beach, VA 23456


Susan Falin
9205 Woodhall Lake Drive
Waxhaw, NC 28173


Susan Harrison
16442 Redcrest Drive
Houston, TX 77095


T. Patrick Jenkins
Sellers, Ayers, Dortch & Lyons, P.A.
301 S. McDowell St., Suite 410
Charlotte, NC 28204-2686


Tait Lane
2201 Cumberland Avenue
Charlotte, NC 28203

Tammie A. Stahl
1008 Shaker Dr., Apt. 302
Fort Mill, SC 29708


Tapalomo, LLC
6907 Phillips Place Court
Charlotte, NC 28210


Ted F. Norwood
15434 Ballantyne Country Club Drive
Charlotte, NC 28277


Terence S. (Terry) and Cathy Roche
3516 Mountain Cove Drive
Charlotte, NC 28216


Teresa Hawkins
21326 Bethel Church Rd
Cornelius, NC 28031


Terry King
4901 Winding Lane
Indian Trail, NC 28079


Theodore (Ted) Hawley III
417 Salt Kettle Bay Ct.
Myrtle Beach, SC 29575


Thomas J. Crozier, III
111 Grindstone Drive
Apex, NC 27502


Thomas J. O'Neil
1505 S. Paraham Road
York, SC 29745


Thomas Joseph Cusack
4006 Camrose Crossing
Matthews, NC 28104


Thomas M. Schexnayder
3401 Kingsmeade Court
Charlotte, NC 28226

Thomas w. Brake
6716 Louisburg Square Lane
Charlotte, NC 28210

Thomas Walker
Alston & Bird LLP
101 S. Tryon St., Ste. 4000
Charlotte, NC 28280-4000

Tim and Carol Lowe
1016 Estate Lane
Weddington, NC 28104

Tobitha Deese
2215 Falmouth Road
Charlotte, NC 28205

Todd Beddard
14910 Chilgrove Lane
Huntersville, NC 28078

Tom Alkazin
3437 Highland Drive
Carlsbad, CA 92008

Tony F. Chaney
9128 Shorewood Place
Belmont, NC 28012

Tucker Veach
Falls & Veach
P.O. Box 5205
Asheville, NC 28803

Tyson Eckley
P.O. Box 29
Bishopville, SC 29010

U.S. Attorney's Office
Attn: Jenny Sugar
227 W. Trade Street, Suite 1650
Charlotte, NC 28202

U.S. Bankruptcy Administrator
402 West Trade St.
Suite 200
Charlotte, NC 28202


Under investigation by the Trustee


Vittorio Antonacci
8400 Glendevon Court
Waxhaw, NC 28173


Walter (Cal) Smith
8220 Dunmore Dr., Apt. A
Huntersville, NC 28078


Walter D. Aldridge
2415 Hargette Road
Monroe, NC 28112


Wanda and Craig Miller
130 Saddle Creek Court
Davidson, NC 28036


Wesley Campbell
P.O. Box 39
Elizabethtown, NC 28337


Will Dellinger
1642 Providence Road
Charlotte, NC 28207


William Ashe
3944 Black Sycamore Drive
Charlotte, NC 28226


William C. and Nicole Renee VanNess
106 Breakwater Court
Mooresville, NC 28117


William D. (Bill) and Rose B. Cummings
5301 Mason Ferry Road
Lake Wylie, SC 29710

```
William Dale Dancer
16800 Tulloch Road
Charlotte, NC 28278


William F. Bass
11387 Calliston Court
Midland, NC 28107


Yvette Bessent
107 Meadowbrook Road
Charlotte, NC 28211
```

# United States Bankruptcy Court
## Western District of North Carolina

In re    **TSI Holdings, LLC**                                    Case No.    **17-30132**

Debtor(s)                              Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **TSI Holdings, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  5, 2017
Date

/s/ Joseph W. Grier, III
**Joseph W. Grier, III**
Signature of Attorney or Litigant
Counsel for    **TSI Holdings, LLC**
**Grier Furr & Crisp, PA**
**101 N. Tryon St., Suite 1240**
**Charlotte, NC 28246**
**704 375-3720 Fax:704 332-0215**
**jgrier@grierlaw.com**