Label Matrix for local noticing
0419-3
Case 17-30132
Western District of North Carolina
Charlotte
Fri Apr 21 10:53:44 EDT 2017

A. Todd Capitano
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Rd., Ste. 350
Charlotte, NC 28211-3781

Aaron C. Hemmings
Hemmings & Stevens, PLLC
5440 McNeely Drive, Suite 202
Raleigh, NC 27612

Abigail Hastings Kerr
6327 Kiftsgate Court
Charlotte, NC 28226-5577

Adam Goulet
12611 Windyedge Road
Huntersville, NC 28078-2243

Adam K. Doerr
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246-0106

Alan McGuirt
426 Crater Road
Harmony, NC 28634-9423

Alan R. Kessel
4251 Shannamara Drive
Matthews, NC 28104-0604

Andrew (Andy) Peterson
7768 Burning Ridge Drive
Stanley, NC 28164-6853

Andy and Carolyn Dionne
9333 Crofton Springs Drive
Charlotte, NC 28269-0408

Ann H. Miltich
18021 Nantz Road
Cornelius, NC 28031-8606

Anthony Paccione
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585

Archie J. Parker
2632 Goneaway Road
Charlotte, NC 28210-6112

David W Baddley
U.S. Securities and Exchange Commission
950 East Paces Ferry Road N.E.
Suite 900
Atlanta, GA 30326-1382

Benjamin Bain-Creed
U.S. Attorney's Office Western District
227 West Trade Street
Suite 1650
Charlotte, NC 28202-1698

Barbara Petrey
8601 Kirchenbaum Drive
Charlotte, NC 28210-7652

Ben Chambers
507-A Wakefield Drive
Charlotte, NC 28209-3148

Benjamin King Speir
4720 Aspen Court
Charlotte, NC 28210-3201

Benjamin McKinley Andrews Jr. Estate
3529 Niblick Court
Denver, NC 28037-8016

Bettie T. and James E. Smith
Pines at Davidson Villa 607
400 Avinger Lane
Davidson, NC 28036-8800

Betty M. Maynard
896 Youngsville Blvd.
Wake Forrest, NC 27587-5251

Bhishma Shah
6220 Sellers Court
Charlotte, NC 28211-5622

Bill Latham
P.O. Box 2573
Davidson, NC 28036-2573

Billy McSwain
409 Princeton Drive
Salisbury, NC 28144-8532

Billy Packer
6505 Kilberry Lane
Charlotte, NC 28277-8900

Birdie Yang
720 Governor Morrison St., Ste. 130
Charlotte, NC 28211-6619

Blake Corey
44 Albemarle Road
Asheville, NC 28801-2030

Bobby Furr
10915 Caroline Acres Road
Fort Mill, SC 29707-7441

Brad Eckley
6067 Viking Drive
Raleigh, NC 27612-3098

Bradford Gene Ligon
189 River Birch Drive
Concord, NC 28025-3553

Brian Barksdale
436 Bertonley Avenue
Charlotte, NC 28211-1502

Brian Corey
4224 Richland Court
Monroe, NC 28110-6414

Brian Dixon Campbell
P.O. Box 637
Elizabethtown, NC 28337-0637

Brian J. Spiers, c/o John W. Taylor
4600 Park Road, Ste. 420
Charlotte, NC 28209-3705

Brian Wilder
310 Morganford Place
Cary, NC 27518-5700

Bright Visions Investments
516 Wetherby Lane
Saint Augustine, FL 32092-1024

Bruce J. Trimbur
21809 Chapel Way
Cornelius, NC 28031-8161

Bruce R. Smith
1107 Woody Lane
Davidson, NC 28036-8075

Byron Greiner
2 Beech Tree Lane
Asheville, NC 28804-1949

Campbell Oil Company
418 Peanut Plant Road
Elizabethtown, NC 28337

Carl E. Merrell
3117 Olde Creek Trail
Matthews, NC 28105-4465

Carl Patterson
2821 Twinfield Dr.
Concord, NC 28025-8773

Carlton Tyson
300 Macedonia Church Road
Monroe, NC 28112-8935

Carmen Matzke
Mainstar Trust Vice President
P.O. Box 420
Onaga, KS 66521-0420

Prosser DeVane Carnegie
McIntosh Law Firm
PO Box 2270
Charlotte
NC
Davidson, NC 28036-5270

Carolyn and Thomas Crozier
8300 Sardiscroft Road
Charlotte, NC 28270-0935

Catherine J. Hellner
17433 Captain Ardrey Rd.
Charlotte, NC 28277-6672

Charles G. Monnett, III
Charles G. Monnett, III & Associates
6842 Morrison Boulevard, Suite 100
Charlotte, NC 28211-3500

Charlotte Dreibelbis
4002 Ambleside Drive
Fort Mill, SC 29707-3548

Cheryl D. Eckley
4831 Truscott Road
Charlotte, NC 28226-3254

Chris Campbell
592 Morganwood Estates
Elizabethtown, NC 28337-9025

Chris Nevels
4525 Landover Way
Suwanee, GA 30024-3039

Christa T. Boggs
404 Oakmont Lane
Waxhaw, NC 28173-6771

Christine Turner
6327 Kiftsgate Court
Charlotte, NC 28226-5577

Chuck Monnett
P.O. Box 37206
Charlotte, NC 28237-7206

Claire J. Rauscher
Womble Carlyle Sandridge & Rice LLP
301 S. College St., Ste. 3500
Charlotte, NC 28202-6050

Clayton Hellner
9109 Monarchos Court
Waxhaw, NC 28173-6670

Clint Peasants
3808 Fox Run Road
Weddington, NC 28104-9221

Corporate Benefit Advisors Inc.
1901 Roxborough Road, Suite 315
Charlotte, NC 28211-5588

Craig Brewer
4108 Fairway Downs Court
Charlotte, NC 28277-8603

Craig Dedrick
506 Castlestone Lane
Wesley Chapel, NC 28104-7241

Cynthia E. Carr
PO Box 397
Linville, NC 28646-0397

Cynthia Hawley
417 Salt Kettle Bay Ct.
Myrtle Beach, SC 29575-5621

Michael D'Agata
14830 Resolves Lane
Charlotte, NC 28277-3029

D. McQueen Campbell, III
1305 Cameron View Court
Raleigh, NC 27607-3363

Daisy Couch
2062 Daisy Couch Road
Heath Springs, SC 29058-9596

Dallas Mac. Campbell, Jr.
418 Peanut Plant Road
Elizabethtown, NC 28337

Dana and Herbert Lemons
3509 Brookfield Drive
Greensboro, NC 27410-9303

David Beddard
516 Wetherby Lane
St. Augustine, FL 32092-1024

David C. Short
5241 Morrowick Road
Charlotte, NC 28226-7330

David J. Mahoney
574 Pearl Bay Drive
New London, NC 28127-9184

David L. Rasmussen
9508 W. Gambit Trail
Peoria, AZ 85383-8724

David R. Peterson
3533 Providence Manor Road
Charlotte, NC 28270-0794

David Victor
15319 Barossa Drive
Charlotte, NC 28277

Deborah S. Monnett
6014 Lakeview Drive
Charlotte, NC 28270-5238

Delano Little
222 South Caldwell #2001
Charlotte, NC 28202-2799

Denise Rhodes
3233 Roberta Farms Court
Concord, NC 28027-9308

Dennis C. and Robin G. Scala
7303 Musselburg Court
Charlotte, NC 28277-4514

Denton Williams
c/o Equity Trust Co.
P.O. Box 2526
Waco, TX 76702-2526

Dhiren M. and Sherry Ballard Rathod
7528 Buckland Road
Charlotte, NC 28278-9741

Diane G. Davis
203 Hill-N-Dale Lane
Cleveland, NC 27013

Don Corey
343 Steen Road
Mt. Croghan, SC 29727-6606

Don Garrett
5110 Bentgrass Court
Charlotte, NC 28227-9362

Don and Barbara Garrett
5110 Bentgrass Court
Charlotte, NC 28227-9362

Don and Barbara Sinclair
1000 Heritage Acres
Matthews, NC 28104-7612

Donald
3420 Maryhurst Lane
Charlotte, NC 28226-0918

Donald B. and Sally Olin
2823 Providence Road, Suite 255
Charlotte, NC 28211-2279

Donald T. Hughes
161 Sugar Lake Drive
Canton, GA 30115-5447

Douglas Allen
9018 Elrose Place
Charlotte, NC 28277-3133

Charlotte Dreibelbis
3600 Park Road H307
Charlotte, NC 28209-4103

| | | |
|---|---|---|
| Drew Boggs III<br>P.O. Box 1609<br>Monroe, NC 28111-1609 | Dwight E. Price<br>100 N. Tanninger Road<br>Mount Holly, NC 28120-1889 | E. Fitzgerald Parnell<br>Poyner Spruill<br>301 S. College St., Ste. 2900<br>Charlotte, NC 28202-6000 |
| EHE Investments, LLC<br>P.O. Box 39<br>Elizabethtown, NC 28337-0039 | EW2 Environmental, Inc.<br>7245 Pineville-Matthews Road, Suite 100<br>Charlotte, NC 28226-6164 | Edward T. Hinson, Jr.<br>James, McElroy & Diehl<br>600 S. College St.<br>Charlotte, NC 28202-1825 |
| Elizabeth A. Moncrief<br>12200 Terraza Circle<br>Austin, TX 78726-2353 | Enrique Paredes<br>4216 Overlook Cove Road<br>Charlotte, NC 28216-6704 | Enrique Paredes Tablas<br>4216 Overlook Cove Road<br>Charlotte, NC 28216-6704 |
| Eric A. Rogers<br>7118 Summerhill Ridge Drive<br>Charlotte, NC 28226-5590 | Eric McDonald<br>P.O. Box 19801<br>Charlotte, NC 28219-0801 | Eric Ward<br>712 Wandering Way Drive<br>Marvin, NC 28173-7021 |
| Estate of Carol T. Correggia<br>c/o Jennifer Becknell<br>2116 Old Springs Road<br>Fort Mill, SC 29715 | Estate of Vijay Doshi<br>12015 Darby Chase Drive<br>Charlotte, NC 28277-3225 | Evelyn Robinson<br>158 Mandarin Drive<br>Mooresville, NC 28117-8156 |
| F. Lane Williamson<br>Tin Fulton Walker & Owen, PLLC<br>301 E. Park Avenue<br>Charlotte, NC 28203-4751 | Richard B Fennell<br>James, McElroy & Diehl, PA<br>600 S. College Street<br>Charlotte, NC 28202-1825 | First Trust Company of Onaga<br>214 West 9th Street<br>Onaga, KS 66521-9624 |
| Frank Leon<br>5088 Gladiola Way<br>Tega Cay, SC 29708-7407 | Gary B. Frazier<br>630 Davidson Run Lane<br>Davidson, NC 28036-7765 | Karen Frazier<br>630 Davidson Run Lane<br>Davidson, NC 28036-7765 |
| Fred Wood<br>Smith Moore Leatherwood LLP<br>101 N. Tryon St., Ste. 1300<br>Charlotte, NC 28246-0109 | G. Martin Hunter<br>Martin Hunter Law<br>301 S. McDowell St., Ste. 1014<br>Charlotte, NC 28204-2660 | Gary and Karen Frazier<br>630 Davidson Run Lane<br>Davidson, NC 28036-7765 |
| George Holmes<br>3700 Skipper Court<br>Charlotte, NC 28227-8800 | George N. Lovelace<br>118 Boatright Road<br>Pineville, NC 28134-8512 | Gerald D. Mead<br>2486 Parkridge Drive<br>Southport, NC 28461-2200 |
| Glenn Taylor<br>1528 Hertford Road<br>Charlotte, NC 28207-2106 | Anna S. Gorman<br>Grier, Furr, & Crisp PA<br>101 North Tryon St.<br>Suite 1240<br>Charlotte, NC 28246-0104 | Jeffrey C. Grady<br>Katten Muchin Rosenman LLP<br>550 S. Tryon St., Suite 2900<br>Charlotte, NC 28202-4213 |

| | | |
|---|---|---|
| Grant Stackhouse<br>639 Pine Forest Road<br>Charlotte, NC 28214-9609 | Greg Rivers<br>630 Vendue Place<br>Charlotte, NC 28226-8900 | Joseph W. Grier III<br>Grier and Furr, P.A.<br>101 N. Tryon Street<br>Suite 1240<br>Charlotte, NC 28246-0104 |
| Joseph W. Grier III<br>Grier, Furr & Crisp, P.A.<br>101 N. Tryon Street, Suite 1240<br>One Independence Center<br>Charlotte, NC 28246 | Hamilton Nash Grier<br>224 Birdie Drive<br>Stanley, NC 28164-8803 | Harold Grier<br>107 Meadowbrook Road<br>Charlotte, NC 28211-1305 |
| Harvey Allison<br>6228 Wild Heron Way<br>College Grove, TN 37046-1406 | James H. Henderson<br>JAMES H. HENDERSON, P.C.<br>1201 Harding Place<br>Charlotte, NC 28204-2826 | G. Martin Hunter<br>G. Martin Hunter, Attorney at Law<br>301 S. McDowell St., Suite 1014<br>Charlotte, NC 28204-2660 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Ivy Robinson<br>2820 Selwyn Ave, #720<br>Charlotte, NC 28209-1785 |
| Ivy Robinson Dunstan Revocable Trust<br>2820 Selwyn Ave, #720<br>Charlotte, NC 28209-1785 | J. Michael and Kristen Cowling<br>111 Sunset Cove Lane<br>Palm Beach Gardens, FL 33418-4607 | J. P. (James) Burt<br>7324 Twelve Mile Creek Road<br>Lancaster, SC 29720-6400 |
| James 'Chip' E. Sigmon, Jr.<br>1431 Finsbury Lane<br>Tega Cay, SC 29708-8478 | James C. Smith<br>Nexsen Pruet<br>227 W. Trade St., Suite 1550<br>Charlotte, NC 28202-1670 | James E. Collie<br>1205 Wyndcroff Place<br>Charlotte, NC 28209-4122 |
| James F. Poutier<br>2625 Lilly Mill Road<br>Charlotte, NC 28210-6707 | James F. Wyatt, III<br>Wyatt & Blake, LLP<br>435 E. Morehead St.<br>Charlotte, NC 28202-2609 | James H. Henderson<br>The Henderson Law Firm<br>1201 Harding Place<br>Charlotte, NC 28204-2826 |
| James L. Overturf (Lone Rock, LLP)<br>13181 South Brown Bear Place<br>Draper, UT 84020-8826 | James M. McLachlan<br>325 Seneca Place<br>Charlotte, NC 28210-2803 | James Michael Aldridge, Sr.<br>5522 Medlin Road<br>Monroe, NC 28112-7497 |
| James Michael and Kathy S. Aldridge<br>5522 Medlin Road<br>Monroe, NC 28112-7497 | James R. Cass<br>6306 N. Ocean Blvd.<br>Myrtle Beach, SC 29572-3302 | James Scott Hunt<br>9125 Milton Drive<br>St. Augustine, FL 32226-3336 |
| James W. Surane<br>Surane Law, LLP<br>18825 West Catawba Ave., Ste. 150<br>Cornelius, NC 28031-5550 | James and Brenda Parks<br>45 Smith Hudson Road<br>Siler City, NC 27344-6980 | James and Melanie Poteat<br>6008 Deas Drive<br>Belmont, NC 28012-8645 |

| | | |
|---|---|---|
| Janice D. Beddard<br>725 Glendale Blvd.<br>Mansfield, OH 44907-2277 | Jeff Dennis Howard<br>9812 Chatham Oaks Trail<br>Charlotte, NC 28210-7813 | Jeff Parker<br>PO Box 474690<br>Charlotte, NC 28247-4690 |
| Jeffrey A. Strack<br>14293 Nolen Lane<br>Charlotte, NC 28277-3710 | Jeffrey D. (Jeff) Oden<br>101 N. Tryon St., Ste. 1400<br>Charlotte, NC 28246-0003 | Jeffrey G. Talley<br>5510 Willow Lane<br>Dallas, TX 75230-2146 |
| Jeremy Hozjan<br>1615 Millbrook Lane<br>Fort Mill, SC 29708-8019 | Jerry King<br>2228 Highway 102<br>Chesterfield, SC 29709-8363 | Jim and Nancy Javaras<br>4 Clearings Way<br>Princeton, MA 01541-1200 |
| Joe Wright<br>2685 Al Tadena Road<br>Cahaba Hts, AL 35243-4519 | John Agramonte<br>5645 Habersham<br>Suwanee, GA 30024-1491 | John Boccia<br>8905 Tamarron Drive<br>Charlotte, NC 28277-4182 |
| John Chapman<br>Chapman LLC<br>700 W. St. Clair Ave., Ste. 200<br>Cleveland, OH 44113-1274 | John D. Phillips<br>18519 Peninsula Club Drive<br>Cornelius, NC 28031-5111 | John Eckley<br>50 Barre Street<br>Charleston, SC 29401-1104 |
| John Fennebresque<br>150 Cherokee Road<br>Charlotte, NC 28207-1904 | John G. Wood<br>2837 Hansen Drive<br>Charlotte, NC 28207-2674 | John Grue<br>4024 Blossom Hill Drive<br>Matthews, NC 28104-7715 |
| John K Kelly<br>3111 Fairbluff Ct<br>Summerfield, NC 27358-9546 | John Kris Kelly<br>3859 Battleground Ave, Suite 201<br>Greensboro, NC 27410-9580 | John W. O'Neil<br>201 Vanderbilt Drive<br>York, SC 29745-6367 |
| John Z. Stone<br>2003 Lake Forest Drive<br>Tega Cay, SC 29708-8562 | John and Sue Johnsen<br>6733 Tree Hill Road<br>Matthews, NC 28104-6079 | Joseph M. Farrell<br>12041 Royal Portrush Drive<br>Charlotte, NC 28277-9639 |
| Joseph P. Price<br>2118 Potters Road S<br>Waxhaw, NC 28173-7748 | Joseph R. Kluttz, III<br>15015 Highway 73<br>Huntersville, NC 28078 | Judson Michael Pelt<br>4625 Crusader Avenue<br>Edmond, OK 73025-9767 |
| Judy Ayers Nunnenkamp<br>516 Wyndham Lane<br>Waxhaw, NC 28173-6632 | Kathryn Furr<br>10915 Caroline Acres Road<br>Fort Mill, SC 29707-7441 | Kathy V. Beam<br>305 Kay Street<br>Salibury, NC 28146-1181 |

| | | |
|---|---|---|
| Keith M. Stroud, Jr.<br>3581 Big Flatts Church Road<br>Fleetwood, NC 28626-9560 | Kenneth C. Thompson<br>3029 Crowder Court<br>Charlotte, NC 28210-2711 | Kent Kalina<br>4501 Central Ave. Apt. 29<br>Charlotte, NC 28205-5784 |
| Kim Powell<br>3006 Paddle Wheel Lane<br>Indian Trail, NC 28079 | Lance Smith<br>2700 Altadean Road<br>Birmingham, AL 35243-4505 | Larry W. Grosman<br>1101 N. Elm Street<br>Greensboro, NC 27401-1327 |
| Laura C. Smith Trust<br>c/o Barbara Kovale<br>10515 Maggie May Lane<br>Charlotte, NC 28278-7913 | Lauren P. Piscatelli<br>1104 Darby Road<br>Chester, SC 29706-7427 | Linda Aldridge Craig<br>2513 Hargette Road<br>Monroe, NC 28112-7444 |
| Lone Rock, LP<br>13181 South Brown Bear Place<br>Draper, UT 84020-8826 | Lorraine and Edmund Machen<br>101 James Drew Court<br>Charlotte, NC 28270-0981 | Louis D. Eckley<br>7504 Tripper Lane<br>Charlotte, NC 28226-0913 |
| Low Budget, LLC<br>6907 Phillips Place Court<br>Charlotte, NC 28210-2712 | Lucinda Holt Hicks<br>1001 Honors Court<br>Waxhaw, NC 28173-6613 | Lyle and Jeannette Ranson<br>1080 Damon Drive<br>Washington Court House, OH 43160-2474 |
| Lyn Conger<br>8712 Woodmore Crossing Lane<br>Charlotte, NC 28226-8525 | Lynann Nehls<br>14435 Brick Church Court<br>Charlotte, NC 28277-3714 | Malov Doshi<br>1301 20th Street NW, #606<br>Washington, DC 20036-6016 |
| Marc Gustafson<br>Essex Richards, P.A.<br>1701 South Blvd.<br>Charlotte, NC 28203-4727 | Maria H. Spillars<br>c/o Equity Trust Co.<br>P.O. Box 2526<br>Waco, TX 76702-2526 | Mark S. Richardson<br>4010 Seminole Court<br>Charlotte, NC 28210-4904 |
| Martha Boggs<br>3545 Sharon Road<br>Charlotte, NC 28211-3323 | Martin Sumichrast<br>4521 Sharon Road, Suite 450<br>Charlotte, NC 28211-4278 | Martin Whigham<br>102 Sanderling Lane<br>Greenville, SC 29607-5548 |
| Michael Leon Martinez<br>Grier Furr & Crisp<br>101 North Tryon Street<br>Suite 1240<br>Charlotte, NC 28246-0104 | Mary Jewett Efird<br>6909 Potter Road<br>Matthews, NC 28104-0526 | Matthew C. McFee<br>9113 Monarchos Court<br>Waxhaw, NC 28173-6670 |
| Mavis H. Anderson<br>2021 Photography Place<br>Dallas, NC 28034-2352 | Matthew P. McGuire<br>Alston & Bird LLP<br>4721 Emperor Blvd.<br>Suite 400<br>Durham, NC 27703-8580 | Melinda M. Zanoni<br>Apollo Sports & Entertainment Law Group<br>1300 Baxter St #100b<br>Charlotte, NC 28204-3806 |

| | | |
|---|---|---|
| Melissa Spiers<br>8924 Waltham Forest Ct<br>Waxhaw, NC 28173-6535 | Melton Brown<br>3 Lantern Drive<br>Heath, TX 75032-5966 | Melvin McCullough<br>4412 River Rock Road<br>Charlotte, NC 28215 |
| Michael A. DeMayo<br>7536 Morrocroft Farms Lane<br>Charlotte, NC 28211-5013 | Michael Burkhard and Teresa L. Hawkins<br>21326 Bethel Church Rd<br>Cornelius, NC 28031-7028 | Michael C. D'Agata<br>14830 Resolve Lane<br>Charlotte, NC 28277-3029 |
| Michael D. Flaum<br>1700 Camden Road, Apt. 304<br>Charlotte, NC 28203-5293 | Michael Dennis Ligon<br>1740 Live Oak Trail<br>Virginia Beach, VA 23456-4081 | Michael Gregg Marshall<br>13724 Pinnacle Drive<br>Wichita, KS 67230-1540 |
| Michael Louis Salamone<br>100 Highland Forest Dr<br>Charlotte, NC 28270-0849 | Michael R. Licata<br>2615 Southers Circle<br>Suwanee, GA 30024-5498 | Mona Doshi and Anjan Shah<br>11424 Bloomfield Drive<br>Charlotte, NC 28277-2778 |
| Charles Guy Monnett III<br>Charles G. Monnett III Associates<br>6842 Morrison Boulevard<br>Suite 100<br>Charlotte, NC 28211-3500 | NC Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Nalini Doshi<br>12015 Darby Chase Drive<br>Charlotte, NC 28277-3225 |
| Nathan Corey<br>247 Old 265 Lane<br>Mount Croghan, SC 29727-7665 | Norman D. and Shannon J. Baucom<br>7417 Highway 205<br>Marshville, NC 28103-8659 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Ohlren M. Rathod<br>7528 Buckland Road<br>Charlotte, NC 28278-9741 | Donald and Sally Olin<br>3420 Maryhurst Ln<br>Charlotte, NC 28226-0918 | Anthony William Packer<br>6505 Kilberry Lane<br>Charlotte, NC 28277-8900 |
| Pamela Boileau<br>17505 Calverton Road<br>Huntersville, NC 28078-1828 | Patricia Hardin Chester<br>2216 Martlet Lane<br>Virginia Beach, VA 23456-1600 | Paul J. Doolittle<br>The Jekel-Doolittle Firm<br>PO Box 2579<br>Mt. Pleasant, SC 29465-2579 |
| Paul M. Hattenhauer<br>Culp Elliott & Carpenter, P.L.L.C.<br>4401 Barclay Downs Dr., Ste. 200<br>Charlotte, NC 28209-4670 | Paul M. Leite<br>Penni H. Leite<br>4407 Brandt Ridge Drive<br>Greensboro, NC 27410-9553 | Paul and Jeanne B. Turner<br>912 Oleander Lane<br>Waxhaw, NC 28173-7077 |
| Paul and Penni Leite<br>4407 Brandt Ridge Drive<br>Greensboro, NC 27410-9553 | Peter & Jennifer B. Schwarz<br>1852 Barnstable Road<br>Lewisville, NC 27023-7760 | Peter Ewert<br>4062 Arbor Way<br>Charlotte, NC 28211-3804 |

| | | |
|---|---|---|
| Peter J. Fioretti<br>12110 James Jack Lane<br>Charlotte, NC 28277-3752 | Peter J. Fioretti<br>13860 Ballantyne Corporate Place, Suite<br>Charlotte, NC 28277-2467 | Phillip and Angela R. Thomas<br>8001 Gilead Road<br>Huntersville, NC 28078-7423 |
| Premier Alliance Group, Inc.<br>4521 Sharon Road, Suite 300<br>Charlotte, NC 28211-3627 | Quality Auto Machine, Inc.<br>525 Morgan Mill Rd<br>Monroe, NC 28110-3548 | Rajeev and Meenu Jindal<br>19 Allegheny Run<br>Simpsonville, SC 29681-4563 |
| Ralph Cochrane<br>214 West 9th Street<br>Onaga, KS 66521-9624 | Randy C. Herrin<br>32672 Millingport Road<br>New Londen, NC 28127-7760 | Randy J. Reittinger<br>5711 Forest Manor Drive<br>Greensboro, NC 27410-9330 |
| Raynor Combs<br>9200 Aviation Boulevard<br>Concord, NC 28027-7190 | Richard J. LaVecchia III<br>2104 Woodhaven Road<br>Charlotte, NC 28211-2608 | Richard Pattison<br>10203 Triangle Park Road<br>Charlotte, NC 28277-6704 |
| Richard and Michelle Platt<br>1230 Still Forest Court<br>Gastonia, NC 28056-6607 | Rick Byrd<br>13011 Darby Chase Drive<br>Charlotte, NC 28277-2651 | Rick Germann<br>7928 Seclusive Drive<br>Indian Trail, NC 28079-4169 |
| Rob Combs<br>9200 Aviation Boulevard<br>Concord, NC 28027-7190 | Rob Marcus<br>Smith Moore Leatherwood LLP<br>101 N. Tryon St., Ste. 1300<br>Charlotte, NC 28246-0109 | Robert B. (Bob) and April Frazer<br>5707 Bellechasse Street<br>Charlotte, NC 28210-6414 |
| Robert Bowers<br>1345 Maryland Ave.<br>Charlotte, NC 28209-1525 | Robert Craig Cass<br>1926 S. Wendover Road<br>Charlotte, NC 28211-2142 | Robert J. Nastase<br>7407 Oakwood Lane<br>Charlotte, NC 28215-3623 |
| Robert Nunnenkamp<br>516 Wyndham Lane<br>Waxhaw, NC 28173-6632 | Robert Todd Nastase<br>2007 Roadrunner Road<br>Clover, SC 29710-8265 | Robert W. Smith, Jr.<br>4058 Kingfisher Drive<br>York, SC 29745-9614 |
| Robert and Catherine Faught<br>6735 Passage Creek Lane<br>Manassas, VA 20112-7010 | Robert and June Yearwood<br>2539 Flintgrove Road<br>Charlotte, NC 28226-5618 | Ronald C. Charles<br>1889 Wiley Ridge Road<br>Kankakee, IL 60901-8316 |
| Roy Lynam<br>896 Youngsville Blvd.<br>Wake Forest, NC 27587-5251 | Rozsak Capital, LLP<br>2978 Huckleberry Hill Drive<br>Fort Mill, SC 29715-8931 | S. Frederick Winiker, III<br>Winiker Law Firm, PLLC<br>435 East Morehead Street<br>Charlotte, NC 28202-2609 |

| | | |
|---|---|---|
| Sagita Norris<br>605 Tammy Drive<br>Monroe, NC 28110-7638 | Sandy Carnegie<br>McIntosh Law Firm<br>P.O. Box 2270<br>Davidson, NC 28036-5270 | Sarah Germann<br>7928 Seclusive Drive<br>Indian Trail, NC 28079-4169 |
| Peter and Jennifer Schwarz<br>c/o G. Martin Hunter, Attorney<br>301 S. McDowell St.<br>Suite 1014<br>Charlotte, NC 28204-2660 | Scott Dunstan<br>4014 Barclay Downs Drive<br>Charlotte, NC 28209-3459 | Scott Hicks<br>1001 Honors Court<br>Waxhaw, NC 28173-6613 |
| Scott Jernigan<br>201 Shannon Oaks Circle, Suite 205<br>Cary, NC 27511-5570 | Scott Jernigan<br>2504 White Oak Road<br>Raleigh, NC 27609-7614 | Scott Morgan<br>411 Clement Avenue<br>Charlotte, NC 28204-2327 |
| Securities and Exchange Commission<br>Attn: David Baddley<br>Office of Reorganization<br>950 East Paces Ferry Rd, N.E.<br>Atlanta, GA 30326-1180 | Securities and Exchange Commission<br>David W. Baddley<br>950 East Paces Road, N.E., Suite 900<br>Atlanta, GA 30326-1382 | Shane Eckley<br>1809 Kensington Drive<br>Charlotte, NC 28205-3501 |
| Sharon Road Properties, LLC<br>c/o Joe Grier, Trustee<br>101 N. Tryon St., Ste. 1240<br>Charlotte, NC 28246-0104 | Shelly Martin<br>6005 Old Kennedy Ford Road<br>Marshville, NC 28103-8642 | Diane Siskey<br>3545 Sharon Road<br>Charlotte, NC 28211-3323 |
| Siskey Industries, LLC<br>c/o Lane Williamson<br>301 East Park Avenue<br>Charlotte, NC 28203-4751 | James C. Smith<br>Nexsen Pruet PLLC<br>227 West Trade Street<br>Suite 1550<br>Charlotte, NC 28202-1670 | SouthPark Partners, LLC<br>c/o Joe Grier, Trustee<br>101 N. Tryon St., Ste. 1240<br>Charlotte, NC 28246-0104 |
| Stan Ashley<br>21531 Crown Lake Drive<br>Cornelius, NC 28031-6830 | Sterling Trust<br>P.O. Box 2526<br>Waco, TX 76702-2526 | Steven Mark Brown<br>3 Lantern Drive<br>Heath, TX 75032-5966 |
| Stone Street Partners, LLC<br>4521 Sharon Road<br>Suite 450<br>Charlotte, NC 28211-4278 | Sue Taylor Boggs<br>1709 Beechwood Lane<br>Monroe, NC 28112-5824 | Susan D. Ligon<br>1740 Live Oak Trail<br>Virginia Beach, VA 23456-4081 |
| Susan Falin<br>9205 Woodhall Lake Drive<br>Waxhaw, NC 28173-6998 | Susan Harrison<br>16442 Redcrest Drive<br>Houston, TX 77095-6623 | T. Patrick Jenkins<br>Sellers, Ayers, Dortch & Lyons, P.A.<br>301 S. McDowell St., Suite 410<br>Charlotte, NC 28204-2681 |
| TSI Holdings, LLC<br>4521 Sharon Road Suite 450<br>Charlotte, NC 28211-4278 | TSI Holdings, LLC<br>c/o Joe Grier, Trustee<br>101 N. Tryon St., Ste. 1240<br>Charlotte, NC 28246-0104 | Tait Lane<br>2201 Cumberland Avenue<br>Charlotte, NC 28203-6009 |

| | | |
|---|---|---|
| Tammie A. Stahl<br>1008 Shaker Dr., Apt. 302<br>Fort Mill, SC 29708-8195 | Tapalomo, LLC<br>6907 Phillips Place Court<br>Charlotte, NC 28210-2712 | Ted F. Norwood<br>15434 Ballantyne Country Club Drive<br>Charlotte, NC 28277-2774 |
| Terence S. (Terry) and Cathy Roche<br>3516 Mountain Cove Drive<br>Charlotte, NC 28216-6746 | Teresa Hawkins<br>21326 Bethel Church Rd<br>Cornelius, NC 28031-7028 | Teresa L Hawkins and Michael W Burkhard<br>21326 Bethel Church Road<br>Cornelius, NC 28031-7028 |
| Terry King<br>4901 Winding Lane<br>Indian Trail, NC 28079-3667 | Theodore (Ted) Hawley III<br>417 Salt Kettle Bay Ct.<br>Myrtle Beach, SC 29575-5621 | Thomas J. Crozier, III<br>111 Grindstone Drive<br>Apex, NC 27502-1483 |
| Thomas J. O'Neil<br>1505 S. Paraham Road<br>York, SC 29745-9322 | Thomas Joseph Cusack<br>4006 Camrose Crossing<br>Matthews, NC 28104-6831 | Thomas M. Schexnayder<br>3401 Kingsmeade Court<br>Charlotte, NC 28226-1137 |
| Thomas Walker<br>Alston & Bird LLP<br>101 S. Tryon St., Ste. 4000<br>Charlotte, NC 28280-4000 | Thomas W. Brake<br>6716 Louisburg Square Lane<br>Charlotte, NC 28210-4311 | Tim and Carol Lowe<br>1016 Estate Lane<br>Weddington, NC 28104-7615 |
| Tobitha Deese<br>2215 Falmouth Road<br>Charlotte, NC 28205-4135 | Todd Beddard<br>14910 Chilgrove Lane<br>Huntersville, NC 28078-9757 | Tom Alkazin<br>3437 Highland Drive<br>Carlsbad, CA 92008-2525 |
| Tony F. Chaney<br>9128 Shorewood Place<br>Belmont, NC 28012-7635 | Tucker Veach<br>Falls & Veach<br>P.O. Box 5205<br>Asheville, NC 28813-5205 | Tyson Eckley<br>P.O. Box 29<br>Bishopville, SC 29010-0029 |
| U.S. Attorney's Office<br>Attn: Jenny Sugar<br>227 W. Trade Street, Suite 1650<br>Charlotte, NC 28202-1698 | U.S. Bankruptcy Administrator<br>402 West Trade St.<br>Suite 200<br>Charlotte, NC 28202-1673 | U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 | Vittorio Antonacci<br>8400 Glendevon Court<br>Waxhaw, NC 28173-6780 | WSC Holdings, LLC<br>c/o Joe Grier, Trustee<br>101 N. Tryon St., Ste. 1240<br>Charlotte, NC 28246-0104 |
| Thomas G Walker<br>Alston Bird<br>4721 Emperor Blvd<br>Suite 400<br>Durham, NC 27703-8580 | Walter (Cal) Smith<br>8220 Dunmore Dr., Apt. A<br>Huntersville, NC 28078-4425 | Walter D. Aldridge<br>2415 Hargette Road<br>Monroe, NC 28112-7443 |

| | | |
|---|---|---|
| Walter Sergent<br>106 W. Mountain View Road, Apt. 2<br>Johnson City, TN 37604-1500 | Wanda and Craig Miller<br>130 Saddle Creek Court<br>Davidson, NC 28036-7000 | Wesley Campbell<br>P.O. Box 39<br>Elizabethtown, NC 28337-0039 |
| Will Dellinger<br>1642 Providence Road<br>Charlotte, NC 28207-2630 | William Ashe<br>3944 Black Sycamore Drive<br>Charlotte, NC 28226-4306 | William C. and Nicole Renee VanNess<br>106 Breakwater Court<br>Mooresville, NC 28117-6036 |
| William D. (Bill) and Rose B. Cummings<br>5301 Mason Ferry Road<br>Lake Wylie, SC 29710-8102 | William Dale Dancer<br>16800 Tulloch Road<br>Charlotte, NC 28278-8907 | William F. Bass<br>11387 Calliston Court<br>Midland, NC 28107-9469 |
| Yvette Bessent<br>107 Meadowbrook Road<br>Charlotte, NC 28211-1305 | | |

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carolyn Crozier | (u)Thomas J. Crozier, III | (u)Thomas J. Crozier, Jr. |
| (u)Rose B. Cummings | (u)William D. Cummings | (u)Don Garrett |
| (u)Rick Germann | (u)Sarah Germann | (u)Jerry Robert King |
| (u)Terry Floyd King | (u)Middleswarth Bowers & Company | (u)Ivy B. Robinson Dunsta |
| (u)Michael Salamone | (d)Stone Street Partners, LLC<br>4521 Sharon Road, Suite 450<br>Charlotte, NC 28211-4278 | (d)U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 |

| | | |
|---|---|---|
| (u)USA | (u)William Ives Consulting, Inc.<br>Clay Johanson | End of Label Matrix<br>Mailable recipients  339<br>Bypassed recipients   17<br>Total                356 |