LOCAL FORM 12 12/2007

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

In Re: )
)
TSI Holdings, LLC )
)
Debtor(s) )
)

Case No. 17–30132
Chapter 7

**FILED**
U.S. Bankruptcy Court
Western District of NC
5/5/2017
Steven T. Salata, Clerk

**NOTICE OF CASE SPECIFIC NAME AND/OR ADDRESS CHANGE**
**11 U.S.C. § 342(e) AND**
**LOCAL RULES 2002–1 and 3003–1**

Pursuant to 11 U.S.C § 342(e) and Local Rules 2002–1 and 3003–1, J. Michael and Kristen Cowling files this notice of address to be used to provide notice in the above–captioned case. J. Michael and Kristen Cowling is aware that, pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to the creditor by the debtor or the court will not be provided to the address designated herein until after five (5) days following receipt of this notice of address change by the court and the debtor(s).

Current creditor name and address:

Name: J. Michael and Kristen Cowling
Address 1: 111 Sunset Cove Lane
Address 2:
Address 3:
Address 4:
City, State, Zip: Palm Beach Gardens, FL 33418

Revised creditor name and address:

☐ for payment purposes only
☐ for notice purposes only
☒ for both payment and notice purposes

Name: J. Michael and Kristen Cowling
Address 1: 96267 Piney Island Drive
Address 2:
Address 3:
Address 4:
City, State, Zip: Fernandina Beach, FL 32034

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Name and position: Kristen Cowling, Creditor

Signature: (Electronic filing deems the form signed by the creditor or authorized person)

Date: 5/5/2017