# Form 1

## Individual Estate Property Record and Report

Page: 1

## Asset Cases

**Case No.:** 17-30132

**Case Name:** TSI HOLDINGS, LLC

**For Period Ending:** 06/30/2017

**Trustee Name:** (530460) Joseph W. Grier

**Date Filed (f) or Converted (c):** 01/27/2017 (f)

**§ 341(a) Meeting Date:** 05/25/2017

**Claims Bar Date:** 08/23/2017

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|
| 1 — BROKERAGE ACCOUNT ACCOUNT AT T.R. WINSTON & COMPANY, XXXXXX1049 <br><br> Brokerage Account Account at T.R. Winston & Company, xxxxxx1049 | 44,712.67 | 44,712.67 | | 31,028.64 | FA | 0.00 | 0.00 |
| 2 — CHECKING ACCOUNT AT BANK OF AMERICA CHECKING ACCOUNT, XXXXXX3191 <br><br> Checking Account at Bank of America Checking Account, xxxxxx3191 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 — CLAIMS AGAINST ESTATE OF RICHARD C. SISKEY, MECKLENBURG CO. ESTATE FILE 17-E-243 INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY & OTHERS.. AMOUNT REQUESTED: UNKNOWN <br><br> Claims against Estate of Richard C. Siskey, Mecklenburg Co. Estate File 17-E-243 including but not limited to life insurance proceeds paid to Diane Siskey & others.. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 4 — CLAIMS AGAINST DIANE SISKEY INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY. AMOUNT REQUESTED: UNKNOWN <br><br> Claims against Diane Siskey including but not limited to life insurance proceeds paid to Diane Siskey. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 5 — CLAIM AGAINST SOUTHPARK PARTNERS, LLC. AMOUNT REQUESTED: UNKNOWN <br><br> Claim against Southpark Partners, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 6 — CLAIM AGAINST WSC HOLDINGS, LLC. AMOUNT REQUESTED: UNKNOWN <br><br> Claim against WSC Holdings, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7 — CLAIM AGAINST SHARON ROAD PROPERTIES, LLC. AMOUNT REQUESTED: UNKNOWN <br><br> Claim against Sharon Road Properties, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Page: 2

| **Case No.:** | 17-30132 | **Trustee Name:** | (530460) Joseph W. Grier |
| **Case Name:** | TSI HOLDINGS, LLC | **Date Filed (f) or Converted (c):** | 01/27/2017 (f) |
| | | **§ 341(a) Meeting Date:** | 05/25/2017 |
| **For Period Ending:** | 06/30/2017 | **Claims Bar Date:** | 08/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 8 | VARIOUS AVOIDANCE ACTIONS, INCLUDING "NET WINNER" ACTIONS. AMOUNT REQUESTED: UNKNOWN<br>Various avoidance actions, including "net winner" actions. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9 | CLAIMS AGAINST OTHER PARTIES, UNKNOWN. AMOUNT REQUESTED: UNKNOWN<br>Claims against other parties, unknown. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10 | CLAIM AGAINST SISKEY INDUSTRIES, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Siskey Industries, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11 | Bank account proceeds seized by US (u) | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| **11** | **Assets Totals (Excluding unknown** | **$44,712.67** | **$44,712.67** | | **$31,028.64** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Determination of allowable claims after claims deadlines; coordination of allowable claims with probate estate of Rick Siskey; liquidation of claims against third parties including negotiation of disposition of proceeds of life insurance on Rick Siskey's life and other funds.

**Current Projected Date Of Final Report (TFR):**    03/31/2019

**Initial Projected Date Of Final Report (TFR):**    03/31/2019

# Form 2

Page:  2-1

## Cash Receipts And Disbursements Record

**Case No.:**  17-30132

**Case Name:**  TSI HOLDINGS, LLC

**Taxpayer ID #:**  **-***4746

**For Period Ending:** 06/30/2017

**Trustee Name:**  Joseph W. Grier (530460)

**Bank Name:**  Rabobank, N.A.

**Account #:**  ******7000 Checking

**Blanket Bond (per case limit):** $0.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/2017 | | United States Treasury | Refund of photocopy request fee sent to IRS by Grier Furr & Crisp | 1280-002 | 150.00 | | 150.00 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 05/16/2017 | {1} | T. R. Winston & Comany, LLC | close out brokerage account | 1129-000 | 31,028.64 | | 31,168.64 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 31,158.64 |
| 06/13/2017 | 101 | Internatiional Sureties, Ltd. | Increased bond # 016073590 | 3110-000 | | 138.00 | 31,020.64 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.75 | 30,975.89 |
| | | **COLUMN TOTALS** | | | 31,178.64 | 202.75 | **$30,975.89** |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 31,178.64 | 202.75 | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$31,178.64** | **$202.75** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7000 Checking |
| **For Period Ending:** | 06/30/2017 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $31,178.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $150.00 |
| Net Estate: | $31,028.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7000 Checking | $31,178.64 | $202.75 | $30,975.89 |
| | **$31,178.64** | **$202.75** | **$30,975.89** |