United States Bankruptcy Court

Western District of North Carolina
-------------------------------------------------------------

In re:

    **TSI Holdings, LLC**

                Chapter 11
                Case No. 17-30132

           Debtor
-------------------------------------------------------------

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Document. #96 is hereby withdrawn by Argo Partners.

Dated: August 23, 2017

/s/Matthew Binstock
Matthew Binstock
Argo Partners
(212) 643-5444