Case - 17-30132

11/21/2017

FILED
U.S. Bankruptcy Court
of NC

NOV 2 8 2017

Steven T. Salata, Clerk
Charlotte Division
JLB

To Whom It May Concern,

In April of 2016 I reached out to Rick Siskey to start the process of withdrawing money from my TSI holdings INC. account. I was using the money from that account to pay my 2015 Income Tax Bill that was due by April 16th. Mr Siskey told me to keep the money in my TSI account through October of 2016 and TSI holdings would cover any late fee and interest for extending my taxes. I had to pay a $7,619 late payment plus $5,130(Plus $94 I sent in 2017) in interest to file an extension per instructions from Rick Siskey. I have included documentation from my 2015 returns, and text messages he sent me to confirm the above. In the end not only am I not receiving any interest from my money in TSI holdings but it has cost me money in interest and penalties to the IRS to keep my money per Mr. Siskey's instructions.

Adam Goulet

 AT&T 📶    2:21 PM     87% 🔋⚡


3 People

Rick Sisky

Adam..so sorry Gary & I didn't discuss game plan with Dawson...but just got out of mtg with him & he's up to speed. You're golden! Extend tax re-turn & net net you'll end up on your acct...even with penalty in 6mths your 436,170 as of 4/08 will go up 5k & the penalty will be paid & if you extend 90 days you'll go up $2500 net more & penalty is paid etc... We were on top of it just didn't coordinate with him if you need to come in next wk & discuss or call.....pls do
 But relax we got it!

I will call you in 15 minutes. Who is the best to talk to?

Rick Dawson

Yes, Adam I agree with their logic. I file extension with no tax due, settle up with the IRS

    Message  

**Fill in this information to identify the case:**

Debtor 1 ___Adum Goulet___

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: __Western__ District of __North Carolina__

Case number __17-30132__



## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Adum Goulet
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name Adum Goulet
Number Street 13334 Old Store Road
City Huntersville  State NC  ZIP Code 28078
Contact phone 617-791-0172
Contact email adum.goulet@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name _____
Number Street _____
City _____ State ___ ZIP Code _____
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Claim #99

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?   $ 72,000 .   Does this amount include interest or other charges?

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

money loaned

9. Is all or part of the claim secured?

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11  27  2017
          MM / DD  /  YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Adam | Scott | Gowlet |
|---|---|---|---|
| | First name | Middle name | Last name |

Title

Company

Identify the corporate servicer as the company if the authorized agent is a servicer.

| Address | 13334   Old   Stur   Road | | |
|---|---|---|---|
| | Number        Street | | |
| | Huntersville   NC   28078 | | |
| | City | State | ZIP Code |
| Contact phone | 617-791-0172 | Email | adam.gowlet@gmail.com |

| 2015 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|

| CLIENT 175 | ADAM GOULET AND NICOLE A PETERSON | 6311 |
|------------|-----------------------------------|------|

10/03/16                                                                                    11:37AM

**STATEMENT 1**
**FORM 1040, PAGE 2**
**PENALTIES**

```
TAX DUE BEFORE PENALTIES..................................................... $    253,975.
LATE PAYMENT.................................................................        7,619.
INTEREST.....................................................................        5,130.
                                              GRAND TOTAL TAX DUE $       266,724.
```