UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

In Re:                              )          CASE NO. 17-30132
                                    )
TSI HOLDINGS, LLC et al             )          CHAPTER 7
          Debtors                   )          Jointly Administered

RESPONSE OF CLAIMANT JAMES D. JAVARAS TO TRUSTEE'S FIRST OMNIBUS REPORT OF
CLAIMS, OBJECTIONS TO CLAIMS, AND RECOMMENDATIONS REGARDING CLAIMS AS TO TSI
HOLDINGS, LLC, WSC HOLDINGS, LLC, SOUTHPARK PARTNERS, LLC, AND SHARON ROAD
PROPERTIES, LLC

JAMES D. JAVARAS ("Javaras" or "Claimant") makes his response to the Trustee's First
Omnibus Report as follows:

1.  James D. Javaras has filed a Claim against SouthPark Partners, LLC[1] in the amount of
    $29,375.00 (Amended Claim #3-2).

2.  Joseph P. Grier, III, the Chapter 7 Trustee ("Trustee") has filed Trustee's First Omnibus
    Report (D.E. 62) requesting the Court disallow Javaras' Amended Claim on the grounds
    that Claimant invested in a non-Debtor entity.  Specifically Trustee asserts that Javaras
    invested in Contrafect Corp.

3.  Javaras invested $25,000.00 in SouthPark Partners, LLC on September 27, 2011.

4.  Every Schedule K-1 (Form 1065) provided to Javaras for his Partner's Share of Income,
    Deductions, Credits, for South Park Partners, LLC from the initial year through the
    Schedule K-1 for 2014 reported identical figures in every portion of the Schedule K-1
    with no adjustment for additions or deductions to income or loss.  A copy of the 2014
    Schedule K-1 is attached hereto as Exhibit "A."

5.  The Schedule K-1 (Form 1065) provided to Javaras for his Partner's Share of Income,
    Deductions, Credits, for South Park Partners, LLC for 2015 showed a loss in Part II L of

---

[1] South Park Partners, LLC Case No. 17-30339 is one of the debtors whose case is being jointly administered with
the above named Debtor by the Court's Order for joint administration of May 23, 2017 (D.E. 63)

$9,103 for the 2015 year alone representing over thirty-six (36%) of the initial investment. A copy of the 2014 Schedule K-1 is attached hereto as Exhibit "B."

6. The remainder of Javaras' investment was converted to stock in Contrafect Corp. which the Trustee alleges (see footnote 7 on page 11 of D.E. 62) was the company Javaras invested in.

7. Javaras invested in SouthPark Partners, LLC. See Exhibits "A" and "B."

8. The purported lack of any activity at all being reflected on the Schedule K-1s for 2011 through 2014 strongly suggests that Richard C. Siskey, the principal of SouthPark Partners, never invested Javaras' funds in any legitimate or viable business enterprise but rather used them to further the Ponzi scheme detailed by the Trustee in his pleadings.

9. Javaras acknowledges that he received stock in Contrafect Corp. as a partial return on his investment[2] but suggests that the adjustment of $9,103 on his 2015 Schedule K-1 is fictitious and fraudulent and Javaras maintains a claim against Debtor for that amount.

_____
James D. Javaras
14 Manning Avenue
Leominster, MA 01453
jamesjavaras@icloud.com
(508) 494-5551

CERTIFICATE OF SERVICE

I mailed a copy of the above Response to Anna S. Gorman, Esquire, counsel for the Chapter 7 Trustee Joseph W. Grier, III, by mailing a copy, by overnight mail (UPS) to 101 North Tryon Street – Suite 1240, Charlotte, NC  28246, on November 30, 2017.

_____
James D. Javaras

_____
[2] Javaras also maintains that this transaction was unauthorized as Siskey did not have discretionary authority over the account.

SOUTHPARK PARTNERS, LLC
P. O. BOX 11821
CHARLOTTE, NC 28220-1821
704-362-6262

April 10, 2015

James D. Javaras
4 Clearings Way
Princeton, MA 01541

RE:
SouthPark Partners, LLC
20-0878518
Schedule K-1 from Partnership's 2014 Return of Income

Dear James D. Javaras:

Enclosed is your 2014 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from SouthPark Partners, LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2014 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

SOUTHPARK PARTNERS, LLC

Enclosure(s)

EXHIBIT "A"

651113

Schedule K-1
(Form 1065)

**2014**

For calendar year 2014, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2014

ending _____ . _____

**Partner's Share of Income, Deductions,
Credits, etc.** ► See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I** Information About the Partnership

A Partnership's employer identification number
20-0878518

B Partnership's name, address, city, state, and ZIP code

SOUTHPARK PARTNERS, LLC
P. O. BOX 11821
CHARLOTTE, NC 28220-1821

C IRS Center where partnership filed return
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

E Partner's identifying number
██████5357

F Partner's name, address, city, state, and ZIP code

JAMES D. JAVARAS
4 CLEARINGS WAY
PRINCETON, MA 01541

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner?........ INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here............................ ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | 0.162216 % | 0.162216 % |

K Partner's share of liabilities at year end:

Nonrecourse....................... $ _____
Qualified nonrecourse financing ....... $ _____
Recourse........................... $ _____

L Partner's capital account analysis:

Beginning capital account............ $ 25,000.
Capital contributed during the year..... $ _____
Current year increase (decrease)...... $ _____
Withdrawals & distributions........... $ _____
Ending capital account .............. $ 25,000.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

EXHIBIT "A"

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2014

PTPA0312L 11/28/14

PARTNER 95

Schedule K-1 (Form 1065) 2014   SOUTHPARK PARTNERS, LLC   20-0878518   Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1 Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (i) |
| **2** Net rental real estate income (loss) | See the Partner's Instructions |
| **3** Other net rental income (loss) | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4** Guaranteed payments | Schedule E, line 28, column (i) |
| **5** Interest income | Form 1040, line 8a |
| **6 a** Ordinary dividends | Form 1040, line 9a |
| **6 b** Qualified dividends | Form 1040, line 9b |
| **7** Royalties | Schedule E, line 4 |
| **8** Net short-term capital gain (loss) | Schedule D, line 5 |
| **9 a** Net long-term capital gain (loss) | Schedule D, line 12 |
| **9 b** Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9 c** Unrecaptured section 1250 gain | See the Partner's Instructions |
| **10** Net section 1231 gain (loss) | See the Partner's Instructions |

**11 Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |
| **12** | Section 179 deduction | See the Partner's Instructions |

**13 Other deductions**

| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

**14 Self-employment earnings (loss)**
Note. *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15 Credits**

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | |
| P | Other credits | |

**16 Foreign transactions**

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at partner level*

| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*

| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

**17 Alternative minimum tax (AMT) items**

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**18 Tax-exempt income and nondeductible expenses**

| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19 Distributions**

| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

**20 Other information**

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information — oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

PARTNER 95:   JAMES D. JAVARAS   ▬▬-5357   EX "A"   PTPA0312L   11/28/14   Schedule K-1 (Form 1065) 2014

NC K-1  (51)
(D-403)
10-29-14

## 2014 Partner's Share of
## N.C. Income, Adjustments, and Credits
North Carolina Department of Revenue

For calendar year   2014   or fiscal year beginning                    and ending

Federal Employer ID Number
200878518

Partner's Identifying Number
▓▓▓▓357

Partnership's Name, Address, and Zip Code

SOUTHPARK PARTNERS LLC
P O BOX 11821
CHARLOTTE NC 28220-1821

Partner's Name, Address, and Zip Code

JAMES D JAVARAS
4 CLEARINGS WAY
PRINCETON MA 01541

| Partnership's Pro Rata Share Items | Amount | Individuals Filing Form D-400 Enter Amount on: |
|---|---|---|
| **All Partners** | | |
| 1  Share of partnership income (loss) | 0 | |
| 2  Additions to income (loss) | 0 | D-400, Schedule S, Line 4 |
| 3  Deductions from income (loss) | | |
|    a  Deduction for bonus depreciation | 0 | D-400, Schedule S, Line 9f |
|    b  Other deductions from income (loss) | 0 | D-400, Schedule S, Line 11 |
| 4  Share of tax credits | 0 | Form D-400TC |
| 5  Share of tax withheld from nonwage compensation paid for personal services performed in N.C. | 0 | Page 2, Line 20 |
| **Nonresidents Only** | | |
| 6  Nonresident's share of N.C. taxable income (loss) | 0 | D-400, Schedule S, Line 20 |
| 7  Nonresident's share of net tax paid by the manager of the partnership | 0 | Page 2, Line 21c |

MEMBER  95

EXHIBIT "A"

*2015 Taxes*

SOUTHPARK PARTNERS, LLC
P. O. BOX 11821
CHARLOTTE, NC 28220-1821
704-362-6262

June 1, 2016

James D. Javaras
4 Clearings Way
Princeton, MA 01541

RE:
SouthPark Partners, LLC
20-0878518
Schedule K-1 from Partnership's 2015 Return of Income

Dear James D. Javaras:

Enclosed is your 2015 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions,
Credits, Etc. from SouthPark Partners, LLC. This information reflects the amounts you need to
complete your income tax return. The amounts shown are your distributive share of partnership
tax items to be reported on your tax return, and may not correspond to actual distributions you
have received during the year. This information is included in the Partnership's 2015 Federal
Return of Partnership Income that was filed with the Internal Revenue Service.

Since this is your last year as a partner in the partnership, this will be the final Schedule K-1
(Form 1065) you will receive from the partnership.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

SOUTHPARK PARTNERS, LLC

Enclosure(s)

EXHIBIT "B"

651113

| [X] Final K-1 | [ ] Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
(Form 1065)

**2015**

For calendar year 2015, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____, 2015

ending _____,

## Partner's Share of Income, Deductions, Credits, etc. ► See separate instructions.

| **Part I** Information About the Partnership |
|---|
| **A** Partnership's employer identification number |
| 20-0878518 |
| **B** Partnership's name, address, city, state, and ZIP code |
| SOUTHPARK PARTNERS, LLC<br>P. O. BOX 11821<br>CHARLOTTE, NC 28220-1821 |
| **C** IRS Center where partnership filed return<br>E-FILE |
| **D** [ ] Check if this is a publicly traded partnership (PTP) |

| **Part II** Information About the Partner |
|---|
| **E** Partner's identifying number<br>████5357 |
| **F** Partner's name, address, city, state, and ZIP code |
| JAMES D. JAVARAS<br>4 CLEARINGS WAY<br>PRINCETON, MA 01541 |

| **G** | [ ] General partner or LLC member-manager | [X] Limited partner or other LLC member |
|---|---|---|
| **H** | [X] Domestic partner | [ ] Foreign partner |

**I1** What type of entity is this partner? ....... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here.......................................... [ ]

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | 0.162216 % | % |

**K** Partner's share of liabilities at year end:

Nonrecourse..........................$ _____
Qualified nonrecourse financing........$ _____
Recourse..........................$ _____

**L** Partner's capital account analysis:

Beginning capital account.............$ 25,000.
Capital contributed during the year.....$ _____
Current year increase (decrease).......$ -9,103.
Withdrawals & distributions............$ ( 15,897.)
Ending capital account..............$ 0.

[X] Tax basis   [ ] GAAP   [ ] Section 704(b) book
[ ] Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
[ ] Yes   [X] No
If 'Yes', attach statement (see instructions)

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **15** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | **16** | Foreign transactions |
| **4** | Guaranteed payments | | |
| **5** | Interest income | | |
| **6a** | Ordinary dividends | | |
| **6b** | Qualified dividends | | |
| **7** | Royalties | | |
| **8** | Net short-term capital gain (loss) | | |
| **9a** | Net long-term capital gain (loss) | **17** | Alternative minimum tax (AMT) items |
| **9b** | Collectibles (28%) gain (loss) | | |
| **9c** | Unrecaptured section 1250 gain | | |
| **10** | Net section 1231 gain (loss) | **18** | Tax-exempt income and nondeductible expenses |
| **11** | Other income (loss) | | |
| **12** | Section 179 deduction | **19** | Distributions |
| | | C* | STMT |
| **13** | Other deductions | **20** | Other information |
| **14** | Self-employment earnings (loss) | | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2015

EXHIBIT "B"

PTPA0312L 07/22/15

Schedule K-1 (Form 1065) 2015    SOUTHPARK PARTNERS, LLC    20-0878518    Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the Instructions for your Income tax return.

| | | Report on | | | Code | | Report on |
|---|---|---|---|---|---|---|---|
| 1 | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | | | L  Empowerment zone employment credit | | |
| | Passive loss | See the Partner's Instructions | | | M  Credit for increasing research activities | | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) | | | N  Credit for employer social security and Medicare taxes | | |
| | Nonpassive loss | Schedule E, line 28, column (h) | | | O  Backup withholding | | |
| | Nonpassive income | Schedule E, line 28, column (j) | | | P  Other credits | | |
| 2 | Net rental real estate income (loss) | See the Partner's Instructions | | 16 | Foreign transactions | | |
| 3 | Other net rental income (loss) | | | | A  Name of country or U.S. possession | | Form 1116, Part I |
| | Net income | Schedule E, line 28, column (g) | | | B  Gross income from all sources | | |
| | Net loss | See the Partner's Instructions | | | C  Gross income sourced at partner level | | |
| 4 | Guaranteed payments | Schedule E, line 28, column (j) | | | Foreign gross income sourced at partnership level | | |
| 5 | Interest income | Form 1040, line 8a | | | D  Passive category | | Form 1116, Part I |
| 6 a | Ordinary dividends | Form 1040, line 9a | | | E  General category | | |
| 6 b | Qualified dividends | Form 1040, line 9b | | | F  Other | | |
| 7 | Royalties | Schedule E, line 4 | | | Deductions allocated and apportioned at partner level | | |
| 8 | Net short-term capital gain (loss) | Schedule D, line 5 | | | G  Interest expense | | Form 1116, Part I |
| 9 a | Net long-term capital gain (loss) | Schedule D, line 12 | | | H  Other | | Form 1116, Part I |
| 9 b | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| 9 c | Unrecaptured section 1250 gain | See the Partner's Instructions | | | I  Passive category | | Form 1116, Part I |
| 10 | Net section 1231 gain (loss) | See the Partner's Instructions | | | J  General category | | |
| 11 | Other income (loss) | | | | K  Other | | |
| | Code | | | | Other information | | |
| | A  Other portfolio income (loss) | See the Partner's Instructions | | | L  Total foreign taxes paid | | Form 1116, Part II |
| | B  Involuntary conversions | See the Partner's Instructions | | | M  Total foreign taxes accrued | | Form 1116, Part II |
| | C  Sec. 1256 contracts & straddles | Form 6781, line 1 | | | N  Reduction in taxes available for credit | | Form 1116, line 12 |
| | D  Mining exploration costs recapture | See Pub. 535 | | | O  Foreign trading gross receipts | | Form 8873 |
| | E  Cancellation of debt | Form 1040, line 21 or Form 982 | | | P  Extraterritorial income exclusion | | Form 8873 |
| | F  Other income (loss) | See the Partner's Instructions | | | Q  Other foreign transactions | | See the Partner's Instructions |
| 12 | Section 179 deduction | See the Partner's Instructions | | 17 | Alternative minimum tax (AMT) items | | |
| 13 | Other deductions | | | | A  Post-1986 depreciation adjustment | | See the Partner's Instructions and the Instructions for Form 6251 |
| | A  Cash contributions (50%) | | | | B  Adjusted gain or loss | | |
| | B  Cash contributions (30%) | | | | C  Depletion (other than oil & gas) | | |
| | C  Noncash contributions (50%) | See the Partner's Instructions | | | D  Oil, gas, & geothermal — gross income | | |
| | D  Noncash contributions (30%) | | | | E  Oil, gas, & geothermal — deductions | | |
| | E  Capital gain property to a 50% organization (30%) | | | | F  Other AMT items | | |
| | F  Capital gain property (20%) | | | 18 | Tax-exempt income and nondeductible expenses | | |
| | G  Contributions (100%) | | | | A  Tax-exempt interest income | | Form 1040, line 8b |
| | H  Investment interest expense | Form 4952, line 1 | | | B  Other tax-exempt income | | See the Partner's Instructions |
| | I  Deductions — royalty income | Schedule E, line 19 | | | C  Nondeductible expenses | | See the Partner's Instructions |
| | J  Section 59(e)(2) expenditures | See the Partner's Instructions | | 19 | Distributions | | |
| | K  Deductions — portfolio (2% floor) | Schedule A, line 23 | | | A  Cash and marketable securities | | See the Partner's Instructions |
| | L  Deductions — portfolio (other) | Schedule A, line 28 | | | B  Distribution subject to section 737 | | |
| | M  Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 | | | C  Other property | | |
| | N  Educational assistance benefits | See the Partner's Instructions | | 20 | Other information | | |
| | O  Dependent care benefits | Form 2441, line 12 | | | A  Investment income | | Form 4952, line 4a |
| | P  Preproductive period expenses | See the Partner's Instructions | | | B  Investment expenses | | Form 4952, line 5 |
| | Q  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | | | C  Fuel tax credit information | | Form 4136 |
| | R  Pensions and IRAs | See the Partner's Instructions | | | D  Qualified rehabilitation expenditures (other than rental real estate) | | See the Partner's Instructions |
| | S  Reforestation expense deduction | See the Partner's Instructions | | | E  Basis of energy property | | See the Partner's Instructions |
| | T  Domestic production activities information | See Form 8903 Instructions | | | F  Recapture of low-income housing credit (section 42(j)(5)) | | Form 8611, line 8 |
| | U  Qualified production activities income | Form 8903, line 7b | | | G  Recapture of low-income housing credit (other) | | Form 8611, line 8 |
| | V  Employer's Form W-2 wages | Form 8903, line 17 | | | H  Recapture of investment credit | | See Form 4255 |
| | W  Other deductions | See the Partner's Instructions | | | I  Recapture of other credits | | See the Partner's Instructions |
| 14 | Self-employment earnings (loss) | | | | J  Look-back interest — completed long-term contracts | | See Form 8697 |

Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | | | | | |
|---|---|---|---|---|---|---|
| | A  Net earnings (loss) from self-employment | Schedule SE, Section A or B | | K  Look-back interest — income forecast method | | See Form 8866 |
| | B  Gross farming or fishing income | See the Partner's Instructions | | L  Dispositions of property with section 179 deductions | | |
| | C  Gross non-farm income | See the Partner's Instructions | | M  Recapture of section 179 deduction | | |
| 15 | Credits | | | N  Interest expense for corporate partners | | |
| | A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | | | O  Section 453(l)(3) information | | |
| | B  Low-income housing credit (other) from pre-2008 buildings | | | P  Section 453A(c) information | | |
| | C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | | | Q  Section 1260(b) information | | See the Partner's Instructions |
| | D  Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions | | R  Interest allocable to production expenditures | | |
| | E  Qualified rehabilitation expenditures (rental real estate) | | | S  CCF nonqualified withdrawals | | |
| | F  Other rental real estate credits | | | T  Depletion information — oil and gas | | |
| | G  Other rental credits | | | U  Reserved | | |
| | H  Undistributed capital gains credit | Form 1040, line 73; check box a | | V  Unrelated business taxable income | | |
| | I  Biofuel producer credit | | | W  Precontribution gain (loss) | | |
| | J  Work opportunity credit | See the Partner's Instructions | | X  Section 108(i) information | | |
| | K  Disabled access credit | | | Y  Net investment income | | |
| | | | | Z  Other information | | |

PARTNER 95:    JAMES D. JAVARAS    ⬛⬛⬛5357        PTPA0312L  07/22/15        Schedule K-1(Form 1065) 2015

EXHIBIT "B"

SOUTHPARK PARTNERS, LLC 20-0878518

SCHEDULE K-1 (FORM 1065) 2015                SUPPLEMENTAL INFORMATION                              PAGE   3

BOX 19 - CODE C
DISTRIBUTIONS OF OTHER PROPERTY

| DESCRIPTION OF PROPERTY | FAIR MARKET VALUE | PARTNERSHIP'S ADJ. BASIS |
|---|---|---|
| 3,231 SHARES CONTRAFECT........................................$ | 15,897. $ | 25,000. |

EXHIBIT "B"

PARTNER 95:  JAMES D. JAVARAS    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

SPSL1201L  05/13/15

## NC K-1 (51)
(D-403)
10-21-15

### 2015 Partner's Share of
### N.C. Income, Adjustments, and Credits
North Carolina Department of Revenue

For calendar year   2015   or fiscal year beginning                    and ending

**Federal Employer ID Number**
   200878518

**Partner's Identifying Number**
   ███████57

**Partnership's Name, Address, and Zip Code**

**Partner's Name, Address, and Zip Code**

SOUTHPARK PARTNERS LLC
P O BOX 11821
CHARLOTTE NC 28220-1821

JAMES D JAVARAS
4 CLEARINGS WAY
PRINCETON MA 01541

| Partnership's Pro Rata Share Items | Amount | Individuals Filing Form D-400 Enter Amount on: |
|---|---|---|
| **All Partners** | | |
| 1  Share of partnership income (loss) | 0 | |
| 2  Additions to income (loss) | 0 | D-400, Schedule S, Line 3 |
| 3  Deductions from income (loss) | | |
|   a  Deduction for bonus depreciation | 0 | D-400, Schedule S, Line 9f |
|   b  Other deductions from income (loss) | 0 | D-400, Schedule S, Line 11 |
| 4  Share of tax credits | 0 | Form D-400TC |
| 5  Share of tax withheld from nonwage compensation paid for personal services performed in N.C. | 0 | Page 2, Line 20 |
| **Nonresidents Only** | | |
| 6  Nonresident's share of N.C. taxable income (loss) | 0 | D-400, Schedule S, Line 21 |
| 7  Nonresident's share of net tax paid by the manager of the partnership | 0 | Page 2, Line 21c |

MEMBER 95

EXHIBIT "B"