FILED & JUDGMENT ENTERED
Steven T. Salata

December  13  2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | **CASE NO. 17-30132** |
| **DEBTOR.** | **CHAPTER 7** |

### ORDER ON TRUSTEE'S FIRST OMNIBUS REPORT OF CLAIMS, OBJECTIONS TO CLAIMS AND RECOMMENDATIONS AS TO TSI HOLDINGS, LLC, WSC HOLDINGS, LLC, SOUTHPARK PARTNERS, LLC AND SHARON ROAD PROPERTIES, LLC WITH REGARD TO CLAIMS FILED IN *TSI HOLDINGS, LLC*

This matter came before the Court on December 11, 2017 on the *Trustee's First Omnibus Report of Claims, Objections to Claims and Recommendations Regarding Claims as to TSI Holdings, LLC, WSC Holdings, LLC, SouthPark Partners, LLC and Sharon Road Properties, LLC* (the "Claims Report") filed on November 1, 2017, by Joseph W. Grier, III, the trustee in the above-referenced cases (the "Trustee"), through counsel (D.E. 112).  It appears that notice of the Claims Report was proper and various responses were filed, however no responses were filed with regard to the claims addressed herein.

The Court, having reviewed the Claims Report, statements of counsel and the record in this case, has determined that the treatment of the following claims filed in the TSI Holdings, LLC case ("TSI") should be disallowed as follows:

IT IS, THEREFORE, ORDERED that:

1

1) Claim No. 2 of Paul and Penni Leite is DISALLOWED in TSI.

2) Claim No. 4 of Lone Rock, LP is DISALLOWED in TSI.

3) Claim No. 5 of Joseph P. Price is DISALLOWED in TSI.

4) Claim No. 10 of Clint Pleasants is DISALLOWED in TSI.

5) Claim No. 13 of James and Michelle Poteat is DISALLOWED in TSI.

6) Claim No. 21 of Jeffrey Dennis Howard is DISALLOWED in TSI.

7) Claim No. 35 of the Internal Revenue Service is DISALLOWED in TSI.

8) Claim No. 40 of Scott Hicks is DISALLOWED in TSI.

9) Claim No. 43 of William Dancer is DISALLOWED in TSI.

10) Claim No. 45 of David J. Mahoney is DISALLOWED as being duplicate claim.

11) Claim No. 55 of Melton Brown is DISALLOWED in TSI.

12) Claim No. 85 of Donald G. Corey is DISALLOWED in TSI.

13) Claim No. 92 of Scott Dunstan is DISALLOWED in TSI.

14) Claim No. 93 of Richard and Deborah Byrd is DISALLOWED in TSI.

15) Claim No. 94 of Eric McDonald is DISALLOWED in TSI.

16) Claim No. 96 of Lauren Piscatelli is DISALLOWED as being a duplicate claim.

17) Claim No. 97 of Harvey G. Allison is DISALLOWED in TSI.

18) Claim No. 98 of Craig Brewer is DISALLOWED in TSI.

Entry of this Order is without prejudice as to claims filed in this case but not addressed

herein.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |
|---|---|