**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case No.:  17-30132

Case Name:  TSI HOLDINGS, LLC

For Period Ending:  12/31/2017

Trustee Name:  (530460) Joseph W. Grier

Date Filed (f) or Converted (c):  01/27/2017 (f)

§ 341(a) Meeting Date:  05/25/2017

Claims Bar Date:  08/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | BROKERAGE ACCOUNT ACCOUNT AT T.R. WINSTON & COMPANY, XXXXXX1049<br><br>Brokerage Account Account at T.R. Winston & Company, xxxxxx1049 | 44,712.67 | 44,712.67 | | 31,028.64 | FA | 0.00 | 0.00 |
| 2 | CHECKING ACCOUNT AT BANK OF AMERICA CHECKING ACCOUNT, XXXXXX3191<br><br>Checking Account at Bank of America Checking Account, xxxxxx3191 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | CLAIMS AGAINST ESTATE OF RICHARD C. SISKEY, MECKLENBURG CO. ESTATE FILE 17-E-243 INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY & OTHERS.. AMOUNT REQUESTED: UNKNOWN<br><br>Claims against Estate of Richard C. Siskey, Mecklenburg Co. Estate File 17-E-243 including but not limited to life insurance proceeds paid to Diane Siskey & others.. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 4 | CLAIMS AGAINST DIANE SISKEY INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY. AMOUNT REQUESTED: UNKNOWN<br><br>Claims against Diane Siskey including but not limited to life insurance proceeds paid to Diane Siskey. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 5 | CLAIM AGAINST SOUTHPARK PARTNERS, LLC. AMOUNT REQUESTED: UNKNOWN<br><br>Claim against Southpark Partners, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 6 | CLAIM AGAINST WSC HOLDINGS, LLC. AMOUNT REQUESTED: UNKNOWN<br><br>Claim against WSC Holdings, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7 | CLAIM AGAINST SHARON ROAD PROPERTIES, LLC. AMOUNT REQUESTED: UNKNOWN<br><br>Claim against Sharon Road Properties, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8 | VARIOUS AVOIDANCE ACTIONS, INCLUDING "NET WINNER" ACTIONS. AMOUNT REQUESTED: UNKNOWN<br><br>Various avoidance actions, including "net winner" actions. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9 | CLAIMS AGAINST OTHER PARTIES, UNKNOWN. AMOUNT REQUESTED: UNKNOWN<br><br>Claims against other parties, unknown. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10 | CLAIM AGAINST SISKEY INDUSTRIES, LLC. AMOUNT REQUESTED: UNKNOWN<br><br>Claim against Siskey Industries, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11 | Bank account proceeds seized by US (u) | Unknown | Unknown | | 8,422.01 | FA | 0.00 | 0.00 |
| 11 | **Assets Totals (Excluding unknown values)** | **$44,712.67** | **$44,712.67** | | **$39,450.65** | **$0.00** | **$0.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2

**Case No.:**  17-30132

**Case Name:**    TSI HOLDINGS, LLC

**For Period Ending:**    12/31/2017

**Trustee Name:**    (530460) Joseph W. Grier

**Date Filed (f) or Converted (c):**    01/27/2017 (f)

**§ 341(a) Meeting Date:**    05/25/2017

**Claims Bar Date:**    08/23/2017

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Litigate methodology for determining claims and individual objections to claims; coordination of allowable claims with probate estate of Rick Siskey; liquidation of claims against third parties including negotiation of disposition of proceeds of life insurance on Rick Siskey's life and other funds.  The Trustee is holding in his firm's trust account the sum of $24,164.76, which sum was seized by the United States from a Rick Siskey bank account and turned over the to Trustee

**Current Projected Date Of Final Report (TFR):**    03/31/2019

**Initial Projected Date Of Final Report (TFR):**    03/31/2019

# Form 2

## Cash Receipts And Disbursements Record

Page:  2-1

| Case No.: | 17-30132 | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2017 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/17 | | United States Treasury | Refund of photocopy request fee sent to IRS by Grier Furr & Crisp | 1280-002 | 150.00 | | 150.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 05/16/17 | {1} | T. R. Winston & Comany, LLC | close out brokerage account | 1129-000 | 31,028.64 | | 31,168.64 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 31,158.64 |
| 06/13/17 | 101 | Internatiional Sureties, Ltd. | Increased bond # 016073590 | 3110-000 | | 138.00 | 31,020.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.75 | 30,975.89 |
| 07/10/17 | {11} | United States Treasury | Turnover by US of seized funds (D.E. 69) | 1229-000 | 8,422.01 | | 39,397.90 |
| 07/21/17 | 102 | Bank of America | Invoice 501630 - document production | 2990-000 | | 379.59 | 39,018.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.72 | 38,967.59 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.65 | 38,905.94 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.13 | 38,851.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.60 | 38,792.21 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.79 | 38,736.42 |
| 12/05/17 | 103 | International Sureties, Ltd. | Chapter 7 bond | 3110-000 | | 300.00 | 38,436.42 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.61 | 38,382.81 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 39,600.65 | 1,217.84 | $38,382.81 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 39,600.65 | 1,217.84 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $39,600.65 | $1,217.84 | |

**Form 2**

## Cash Receipts And Disbursements Record

Page:  2-2

| Case No.: | 17-30132 | | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | | Account #: | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| For Period Ending: | 12/31/2017 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/28/17 | | Grier Furr & Crisp PA Trust Account | Net proceeds from sale of Siskey home & Diane Siskey personal property | | 1,898,221.29 | | 1,898,221.29 |
| | | | Net proceeds from sale of Diane Siskey personal property $75,585.00 | 1280-002 | | | 1,898,221.29 |
| | | | Net proceeds from sale of Siskey home $1,822,636.29 | 1280-002 | | | 1,898,221.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.67 | 1,897,977.62 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -243.67 | 1,898,221.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond Voided on 12/05/2017 | 3110-004 | | 300.00 | 1,897,921.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond Voided: check issued on 12/05/2017 | 3110-004 | | -300.00 | 1,898,221.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 1,898,221.29 | 0.00 | $1,898,221.29 |
| | Less: Bank Transfers/CDs | | | | 0.00 | 0.00 | |
| | Subtotal | | | | 1,898,221.29 | 0.00 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $1,898,221.29 | $0.00 | |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page:   2-3

| | | |
|---|---|---|
| **Case No.:** | 17-30132 | |
| **Case Name:** | TSI HOLDINGS, LLC | |
| **Taxpayer ID #:** | **-***4746 | |
| **For Period Ending:** | 12/31/2017 | |

| | |
|---|---|
| **Trustee Name:** | Joseph W. Grier (530460) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $60,000.00 |

| | |
|---|---|
| Net Receipts: | $1,937,821.94 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,898,371.29 |
| Net Estate: | $39,450.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7000 Checking | $39,600.65 | $1,217.84 | $38,382.81 |
| ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 | $1,898,221.29 | $0.00 | $1,898,221.29 |
| | **$1,937,821.94** | **$1,217.84** | **$1,936,604.10** |