FILED
U.S. Bankruptcy Court
of NC

FEB 0 5 2018

Steven T. Salata, Clerk
Charlotte Division
CAS

# EXHIBIT RECORD

| Date: 02-05-18 | Courtroom Deputy: Chelsea Sanders | | |
|---|---|---|---|
| Case Name(s): TSI Holdings, WSC Holdings, Southpark Parters, Sharon Rd Properties | | | |
| Case Numbers(s): 17-30132, 17-30338, 17-30339, 17-30363 | | | |
| Attorney for Trustee: Anna Gorman | | | |
| Attorney for Creditor: Keith Johnson, Jim Surane, Jeff Grady | | | |
| Number | Description | ID | ADM |
| 1 | Affidavit of Ed Bowers re: Sharon Road Properties DE 154 | X | X |
| 2 | Documents provided to Peterson on his acquisition on Sharon Rd Properties | X | X |
| 3 | Mr Siskey provided to Peterson: Original Sale of the Interest | X | X |
| 9 | Robinson Account/ Claim | X | X |
| 10 | Information re: Account Activity with Robinson acct. | X | X |
| 12 | Quarterly Account Statement for James Burt | X | X |
| 13 | Exchange letter from Sharon Rd Properties to Sterling Trust Co | X | X |
| B | Ex. B to Claims Objection DE 112 | X | Judicial Notice |
|  | Entire Dockets of Cases | X | Judicial Notice |

Location: Clt