FILED & JUDGMENT ENTERED
Steven T. Salata

February 6 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| **In re:** | |
| TSI Holdings, LLC, | CASE NO. 17-30132 (LEAD) |
| WSC Holdings, LLC, | CASE NO. 17-30338 |
| SouthPark Partners, LLC and | CASE NO. 17-30339 |
| Sharon Road Properties, LLC. | CASE NO. 17-30363 |
| DEBTORS. | CHAPTER 7<br>Jointly Administered |

## ORDER APPROVING SETTLEMENT WITH
## DENISE B. RHODES

This matter came before the Court on *Trustee's Motion for Approval of Settlement with Denise B. Rhodes* (the "Motion") (D.E. 150) filed by Joseph W. Grier, III, the duly appointed chapter 7 trustee in these cases (the "Trustee"), through counsel, seeking approval of a settlement with Denise B. Rhodes ("Rhodes") regarding a demand to turn over $250,000.00 in life insurance proceeds (the "Demand"). It appears that notice of the Motion was proper and no objections were filed in response to the Motion.

In the Motion, the Trustee proposed a settlement whereby Rhodes, who received $250,000.00 as a beneficiary of life insurance policy x825 on the life of Rick Siskey, shall remit the sum of $220,000.00 to the Trustee as settlement in full of the Demand, and whereby Rhodes, the Trustee and Lane Williamson,

1

the Executor of the Estate of Richard Siskey, will enter into a Settlement and Release Agreement (the "Settlement Agreement"), a copy of which is attached to the Motion (collectively, the "Settlement").

The Court, having reviewed the Motion and the record in this case, finds that the Settlement reflects the best interests of the Debtors' creditors and that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that:

1. The Motion is GRANTED;

2. The Settlement is APPROVED as being a fair, reasonable and adequate resolution of Trustee's claims against Rhodes; and

3. The Trustee is authorized to execute the Settlement Agreement and to carry out its terms.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court