FILED & JUDGMENT ENTERED
Steven T. Salata

February 13 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | CASE NO. 17-30132 (LEAD) |
| **WSC Holdings, LLC,** | CASE NO. 17-30338 |
| **SouthPark Partners, LLC and** | CASE NO. 17-30339 |
| **Sharon Road Properties, LLC.** | CASE NO. 17-30363 |
| DEBTORS. | CHAPTER 7<br>Jointly Administered |

### ORDER ON TRUSTEE'S FIRST OMNIBUS REPORT OF CLAIMS, OBJECTIONS TO CLAIMS AND RECOMMENDATIONS AS TO TSI HOLDINGS, LLC, WSC HOLDINGS, LLC, SOUTHPARK PARTNERS, LLC <u>AND SHARON ROAD PROPERTIES, LLC</u>

This matter came before the Court on December 11, 2017, January 24, 2018 and February 5, 2018 on the *Trustee's First Omnibus Report of Claims, Objections to Claims and Recommendations Regarding Claims as to TSI Holdings, LLC, WSC Holdings, LLC, SouthPark Partners, LLC and Sharon Road Properties, LLC* (the "Claims Report") filed on November 1, 2017, by Joseph W. Grier, III, the trustee in the above-referenced cases (the "Trustee"), through counsel (D.E. 112) and *Trustee's Memorandum of Law in Support of Claims Report* (D.E. 153).

1

It appears that notice of the Claims Report was proper and responses were filed by the following claimants: Tobitha Deese (D.E. 118), Robert B. and April M. Frazer (D.E. 119), Andrew Peterson (D.E. 121), Adam Goulet (D.E. 122), Evelyn L. Robinson (D.E. 123), James Burt (D.E. 125), Stone Street Partners, LLC, Paul Porter and Dawn King (D.E. 126, also filed in related cases), Michael Salamone (D.E. 127), Ralph Cochrane (D.E. 128), James D. Javaras (D.E. 129), Nancy N. Javaras (D.E. 130), John K. Kelly (D.E. 132), and Brian Spiers (D.E. 60 in Sharon Road Properties, LLC) (collectively, the "Responses"). This Order supplements previous Orders entered on the Claims Report in these cases.

The Court—based upon (i) a review of the record and (ii) the presentations and arguments of counsel made, and evidence presented, at the hearings—finds and concludes as follows:

1. On January 27, 2017, an involuntary bankruptcy petition (D.E. 1) pursuant to chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, was filed against TSI Holdings, LLC ("TSI"), initiating this case (this "Case"). On February 2, 2017, an emergency hearing was held on the petitioning creditors' emergency motion to appoint an interim trustee for the Debtor in this Case (D.E. 5) (the "Trustee Motion"). On February 8, 2017, the Trustee Motion was granted (D.E. 17), appointing the Trustee. The *Order For Relief* (D.E. 32) was entered on February 22, 2017.

2. Similar involuntary petitions and motions were filed against WSC Holdings, LLC ("WSC"), SouthPark Partners, LLC ("SPP") and Sharon Road Properties, LLC ("SRP"), the Trustee was appointed and orders for relief were entered in each case.

3. These four cases are being jointly administered by order entered on May 23, 2017 (D.E. 63).

2

4.   Evidence previously presented to the Court, including an affidavit of Timothy Darin Stutheit, a Special Agent with the Federal Bureau of Investigation, is that Richard Siskey ("R. Siskey"), prior to his death on December 28, 2017, operated the Debtors as a Ponzi scheme (D.E. 5).

5.   A Ponzi scheme generally involves a fictitious investment whereby funds paid in by later investors are used to pay returns of earlier investors.  Elements of a Ponzi scheme are: "… (1) deposits were made by investors, (2) debtor conducted little or no legitimate business operations as represented to investors, (3) debtor's purported business operation produced little or no profits or earnings, and (4) source of payments to investors was cash infused by new investors." *Ivey v. Swofford (In re Whitley)*, 463 B.R. 775, 782 (Bankr. M.D.N.C. 2012).

6.   Despite the fact that assets in these cases have not yet been fully collected or liquidated, it is appropriate to immediately determine base claims to assist the Trustee in administering these cases.  Thus, the Responses filed as to the Claims Report suggesting that claims be determined after assets are liquidated are overruled.

Sharon Road Properties, LLC

7.   The evidence presented supports the conclusion that SRP is an ongoing business enterprise and was not operated as a Ponzi scheme.  SRP owns a 32.55% interest in Bissell Porter Siskey, LLC ("BPS"), which in turn owns the commercial building located at 4521 Sharon Road, Charlotte, North Carolina.  The operations of the commercial building have always been managed by BPS and not by R. Siskey.  The records of SRP reflect membership interests held by its investors which total 100%.  The owners of SRP historically received rental income generated by the commercial building and I.R.S. K-1 tax forms which were prepared and distributed to members annually pursuant to their respective equity interests.  The financial records of SRP

were maintained separate and apart from the other Debtors in these cases. SRP is not part of a Ponzi scheme.

8. Upon liquidation of the assets of SRP, the Trustee shall distribute such assets first to satisfy any outstanding SRP administrative expenses and then pursuant to the equity interests in SRP set forth in Exhibit E attached hereto.

9. The Responses filed by Mr. Peterson (D.E. 121) and Mr. Kelly (D.E. 132) are therefore overruled; their respective equity interests in SRP are as set forth in the attached Exhibit E.

### TSI Holdings, LLC, WSC Holdings, LLC and SouthPark Partners, LLC

10. The evidence presented supports the conclusion that TSI, WSC, and SPP were operated as a Ponzi Scheme.

11. The "Net Investment" methodology for determining claims, which is a method that has been used by the Federal Court in this District as well as by the majority of bankruptcy courts in Chapter 7 cases winding down Ponzi schemes, shall be used to determine base claims ("Base Claims") in the TSI, WSC and SPP cases.

12. The Net Investment Method credits the amount of cash actually deposited by a claimant into an account with the debtor and then subtracts any amounts actually withdrawn as return of principal, profits or interest. This methodology disregards false profits and limits claimants to those who have deposited more than they have withdrawn.

13. Use of the Net Investment Method to determine claims herein is the most equitable method to determine the Base Claims in this Ponzi scheme case and serves public policy.

14. The Base Claims notated as "Allowed" on the attached Exhibit A - TSI, Exhibit B - WSC and Exhibit C -SPP are allowed.

15. The Responses of Tobitha Deese ("Deese") (D.E. 118) and Michael Salamone ("Salamone") (D.E. 127) are overruled as it would be inequitable to rely upon false papers, including written promissory notes, to afford different treatment for claimants in a Ponzi scheme, *See Janvey v. Brown*, 767 F.3d 430 (5th Cir. 2014). Base Claims of Deese and Salamone are as set forth in the attached Exhibits.

16. The Responses of Robert B. and April M. Frazer (D.E. 119) and Adam Goulet (D.E. 122) are overruled at this juncture; their Base Claims are as set forth in the Exhibits attached hereto.

17. The Court reserves ruling on establishing claims over and above Base Claims for investors until such time that such determination becomes necessary. This determination would only occur in the event that Base Claims are paid in full. This order is without prejudice to the Responses filed by Stone Street Partners, Dawn E. King and Paul Porter (D.E. 126, also filed in related cases).

18. The Responses of James D. Javaras (D.E. 129) and Nancy N. Javaras (D.E. 130) are overruled; their claims are disallowed as set forth on the attached Exhibits.

19. The Response of Evelyn L. Robinson (D.E. 123) is overruled; her Base Claims are as set forth in the Exhibits attached hereto or as set forth in Paragraphs 21-25 below.

20. The Responses of James Burt (D.E. 125), Ralph Cochrane (D.E. 128) and Brian Spiers (D.E. 60 in Sharon Road Properties, LLC) are overruled except as set forth in Paragraphs 21-25 below.

5

### Sharon Road Properties, LLC Outside Investors and Premier Fund Claimants

21.     Claimants labeled as Sharon Road Properties, LLC Outside Investors appear on Exhibit D attached hereto (the "Outside Investors").

22.     Claimants whose initial investments were with the Premier Funds (as opposed to into one of the Debtors) are indicated on Exhibits C and D in the column labeled "Reason for Objection" (the "Premier Fund Claimants").

23.     It appears that funds transferred by the Outside Investors and the Premier Fund Claimants to R. Siskey were not deposited into one of the Debtors' accounts despite the belief and understanding of these claimants.  It appears that the funds transferred by the Outside Investors and the Premier Fund Claimants to R. Siskey were either deposited into a Premier One, LLC bank account, a Premier II, LLC bank account or into a bank account of R. Siskey individually.

24.     Section 502 of the Bankruptcy Code only allows claims that are enforceable against a debtor or property of a debtor in bankruptcy.  Premier One, LLC, Premier II, LLC and R. Siskey are not debtors before this Court.

25.     Simultaneously herewith, the Court will enter an Order directing the Trustee to give notice to the Outside Investors and the Premier Fund Claimants of the opportunity to appear in Court to provide any evidence or argument which supports a valid enforceable claim against one of the bankruptcy debtors.

26.     Consideration of the claims of the Outside Investors and Premier Fund Claimants is continued until March 12, 2018.

27. Entry of this Order is without prejudice as to claims filed in this case but not addressed herein.

**SO ORDERED.**

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court

# TSI Holdings, LLC - EXHIBIT A

| Claim Number | Claimant Name | Proof of Claim Amount | Total Deposited | Total Withdrawn | Net | Reason for Objection | Base Claim | Court Ordered Base Claim |
|---|---|---|---|---|---|---|---|---|
| 97 | Harvey G. Allison | $50,000.00 | | | | Claimant invested in a Non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 23 | Mavis H. Anderson | $90,725.11 | $85,000.00 | $0.00 | $85,000.00 | Claim includes gains | $85,000.00 | Allowed |
| 25 | Janice D. Beddard | $206,438.36 | $200,000.00 | $25,000.00 | $175,000.00 | Claim includes gains | $175,000.00 | Allowed |
| 67 | John Boccia | $375,707.90 | $395,000.00 | $280,000.00 | $115,000.00 | Claim includes gains | $115,000.00 | Allowed |
| 98 | Craig S. Brewer | $91,800.00 | | | | Claimant invested in Sharon Road Properties, LLC | $0.00 | DISALLOWED Order 12/13/17 |
| 51 | Steven M. Brown | $229,590.52 | $300,000.00 | $100,000.00 | $200,000.00 | Claim includes gains | $200,000.00 | Allowed |
| 55 | Melton Brown | $156,875.00 | | | | Claimant invested in WSC Holdings, LLC | $0.00 | DISALLOWED Order 12/13/17 |
| 93 | Richard and Deborah Byrd | $50,000.00 | | | | Claimant invested in Sharon Road Properties, LLC | $0.00 | DISALLOWED Order 12/13/17 |
| 63 | Wesley Campbell | $123,468.77 | $200,000.00 | $100,000.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 65 | Brian Dixon Campbell | $59,570.11 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 64 | Campbell Oil Company | $119,140.23 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 11 | Cynthia Ellen Carr | $62,826.09 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 66 | Ronald Craig Cass | $398,011.60 | $395,000.00 | $100,000.00 | $295,000.00 | Claim includes gains | $295,000.00 | Allowed |
| 9 | Tony F. Chaney, Sr. | $271,399.53 | $225,787.30 | $0.00 | $225,787.30 | Claim includes gains | $225,787.30 | Allowed |
| 91 | Tony F. Chaney, Sr. (SECOND ACCT) | $169,750.00 | $140,000.00 | $0.00 | $140,000.00 | Claim includes gains | $140,000.00 | Allowed |
| 33 | Patricia Hardin Chester | $275,295.96 | $250,000.00 | $8,847.22 | $241,152.78 | Claim includes gains | $241,152.78 | Allowed |
| 85 | Donald G. Corey | $300,000.00 | | | | Claimant invested in a Non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 69 | Estate of Carol T. Correggia | $103,805.55 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 29 | J. Michael and Kristen Cowling | $450,000.00 | $500,000.00 | $50,000.00 | $450,000.00 | | $450,000.00 | Allowed |
| 77 | Thomas J. Crozier, III | $92,182.33 | $83,000.00 | $0.00 | $83,000.00 | Claim includes gains | $83,000.00 | Allowed |
| 84 | Rose B. Cummings (Traditional IRA) | unknown | $140,000.00 | $0.00 | $140,000.00 | Claim includes gains | $140,000.00 | Allowed |
| 86 | William D. Cummings (Traditional IRA) | unknown | $165,000.00 | $0.00 | $165,000.00 | Claim includes gains | $165,000.00 | Allowed |
| 74 | Thomas J. Cusack | $92,651.11 | $70,331.85 | $0.00 | $70,331.85 | Claim includes gains | $70,331.85 | Allowed |
| 43 | William Dancer | $300,000.00 | | | | Claimant invested in a Non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 44 | William Dancer | $411,539.00 | $298,000.00 | $80,000.00 | $218,000.00 | Claim includes gains | $218,000.00 | Allowed |
| 28 | Diane G. Davis | $194,620.76 | $180,000.00 | $0.00 | $180,000.00 | Claim includes gains | $180,000.00 | Allowed |
| 68 | Charlotte Dreibelbis | $176,132.25 | $150,000.00 | $0.00 | $150,000.00 | Claim includes gains | $150,000.00 | Allowed |
| 92 | Scott Dunstan | $100,000.00 | | | | Claimant invested in WSC Holdings, LLC | $0.00 | DISALLOWED Order 12/13/17 |
| 57 | Cheryl D. Eckley | $2,533,883.16 | $1,750,000.00 | $50,000.00 | $1,700,000.00 | Claim includes gains | $1,700,000.00 | Allowed |
| 19 | Mary Efird Jewett | $126,340.40 | $100,000.00 | $1,000.00 | $99,000.00 | Claim includes gains | $99,000.00 | Allowed |
| 62 | EHE Investments, LLC | $240,119.97 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 | Allowed |
| 90 | Peter Jeffery Ewert | $100,000.00 | $334,532.62 | $334,532.62 | $0.00 | Claim includes gains | $0.00 | Allowed |
| 48 | Susan E. Falin | $54,918.00 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 47 | Bob and April Frazer | $645,363.24 | $410,000.00 | $0.00 | $410,000.00 | Claim includes gains | $410,000.00 | Allowed |
| 71 | Don W. Garrett | $459,292.41 | $520,000.00 | $169,000.00 | $351,000.00 | Claim includes gains | $351,000.00 | Allowed |
| 80 | Richard E. German (Roth IRA) | $60,405.13 | $300,000.00 | $284,684.03 | $15,315.97 | Claim includes gains | $15,315.97 | Allowed |
| 81 | Sarah P. German (Traditional IRA) | $144,711.35 | $110,000.00 | $300.00 | $109,700.00 | Claim includes gains | $109,700.00 | Allowed |
| 60 | Adam Goulet | $72,000.00 | $420,000.00 | $390,115.05 | $29,884.95 | Claim includes gains | $29,884.95 | Allowed |
| 3 | Teresa L. Hawkins and Michael W. Burkhard | $133,655.05 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains - NOTE TRANSFERRED TO ARGO | $100,000.00 | Allowed |
| 40 | Scott Hicks | $300,000.00 | | | | Claimant invested in a Non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |

| # | Claimant | Amount | | | | Notes | Disposition |
|---|---|---|---|---|---|---|---|
| 41 | Scott Hicks | $411,539.00 | $298,000.00 | $80,000.00 | $218,000.00 | Claim includes gains | $218,000.00 Allowed |
| 42 | Lucinda Holt Hicks | $316,411.25 | $290,000.00 | $0.00 | $290,000.00 | Claim includes gains | $290,000.00 Allowed |
| 21 | Jeffrey Dennis Howard | $250,000.00 | | | | Claimaint invested in a Non-Debtor entity | $0.00 DISALLOWED Order 12/13/17 |
| 52 | James Hunt | $323,263.27 | $502,000.00 | $272,000.00 | $230,000.00 | Claim includes gains | $230,000.00 Allowed |
| 35 | Internal Revenue Service | $19,890.00 | | | | Resolved by tax return filing (note amended 11/29 to $0.00) | $0.00 DISALLOWED Order 12/13/17 |
| 20 | John and Sue Johnson | $55,278.12 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 Allowed |
| 78 | Kent Kalina (Traditional IRA) | $57,292.73 | $80,000.00 | $35,000.00 | $45,000.00 | Claim includes gains | $45,000.00 Allowed |
| 1 | John K. Kelly | $327,916.08 | $305,227.00 | $0.00 | $305,227.00 | Claim includes gains | $305,227.00 Allowed |
| 83 | Jerry Robert King | $1,004,461.67 | $750,000.00 | $150,000.00 | $600,000.00 | Claim includes gains | $600,000.00 Allowed |
| 88 | Dawn E. King | $4,000,000.00 | | | $0.00 | No investment in TSI/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 Continued until further notice |
| 2 | Paul and Penni Leite | $102,972.60 | | | | Claimants invested in WSC Holdings, LLC | $0.00 DISALLOWED Order 12/13/17 |
| 7 | Michael Licata (Argo Partners) | $200,000.00 | $950,000.00 | $750,000.00 | $200,000.00 | | $200,000.00 Allowed |
| 31 | Susan D. Ligon | $107,124.41 | $94,000.00 | $0.00 | $94,000.00 | Claim includes gains | $94,000.00 Allowed |
| 32 | Michael Dennis Ligon | $1,210,894.47 | $1,100,000.00 | $0.00 | $1,100,000.00 | Claim includes gains | $1,100,000.00 Allowed |
| 17 | Geroge N. Lovelace | $134,199.03 | $125,000.00 | $0.00 | $125,000.00 | Claim includes gains | $125,000.00 Allowed |
| 18 | Geroge N. Lovelace | $193,186.90 | $194,000.00 | $49,546.00 | $144,454.00 | Claim includes gains | $144,454.00 Allowed |
| 45 | David J. Mahoney | $124,350.00 | | | | Duplicate Claim see below | $0.00 DISALLOWED Order 12/13/17 |
| 46 | David J. Mahoney | $124,350.00 | $225,000.00 | $184,000.00 | $41,000.00 | Claim includes gains | $41,000.00 Allowed |
| 39 | Michael Gregg Marshall | $246,691.00 | $405,000.00 | $210,000.00 | $195,000.00 | Claim includes gains | $195,000.00 Allowed |
| 30 | Estate of Betty M. Maynard c/o Executrix Donna M. Lynam | $107,091.67 | $103,834.00 | $19,000.00 | $84,834.00 | Claim includes gains | $84,834.00 Allowed |
| 16 | Melvin McCullough | $160,083.20 | $148,000.00 | $0.00 | $148,000.00 | Claim includes gains | $148,000.00 Allowed |
| 94 | Eric McDonald | $43,075.72 | | | | Claimant invested in a Non-Debtor entity | $0.00 DISALLOWED Order 12/13/17 |
| 12 | Gerald D. Mead | $406,653.15 | $501,122.04 | $170,000.00 | $331,122.04 | Claim includes gains | $331,122.04 Allowed |
| 56 | Michael D'Agata | $88,612.00 | $70,000.00 | $0.00 | $70,000.00 | Claim includes gains | $70,000.00 Allowed |
| 37 | Elizabeth A. Moncrief | $868,508.85 | $691,000.00 | $53,000.00 | $638,000.00 | Claim includes gains | $638,000.00 Allowed |
| 53 | Lynann L. Nehls | $318,961.77 | $325,000.00 | $95,000.00 | $230,000.00 | Claim includes gains | $230,000.00 Allowed |
| 22 | Sagita Norris | $432,605.83 | $341,000.00 | $0.00 | $341,000.00 | Claim includes gains | $341,000.00 Allowed |
| 34 | Ted F. Norwood | $352,528.70 | $357,000.00 | $88,966.96 | $268,033.04 | Claim includes gains | $268,033.04 Allowed |
| 82 | Jeffrey D. (Jeff) Oden | $25,390.39 | $125,000.00 | $120,000.00 | $5,000.00 | Claim includes gains | $5,000.00 Allowed |
| 75 | Donald B. Olin (Roth IRA) | $380,897.95 | $700,000.00 | $476,050.00 | $223,950.00 | Claim includes gains | $233,950.00 Allowed |
| 4 | Lone Rock, LP (James L. Overturf) | $250,000.00 | | | | Claimant invested in Sharon Road Properties, LLC | $0.00 DISALLOWED Order 12/13/17 |
| 70 | Anthony William Packer | $1,892,887.49 | $1,175,000.00 | $761,285.00 | $413,715.00 | Claim includes gains | $413,715.00 Allowed |
| 6 | Archie Parker | $125,000.00 | $125,000.00 | $0.00 | $125,000.00 | | $125,000.00 Allowed |
| 24 | James and Brenda Parks | $535,089.67 | $600,000.00 | $198,200.00 | $401,800.00 | Claim includes gains | $401,800.00 Allowed |
| 49 | Judson Michael Pelt | $137,454.00 | $125,000.00 | $0.00 | $125,000.00 | Claim includes gains | $125,000.00 Allowed |
| 8 | Barbara A. Petrey | $27,562.50 | $25,000.00 | $0.00 | $25,000.00 | Claim includes gains | $25,000.00 Allowed |
| 95 | Lauren Piscatelli | $1,113,785.41 | $1,038,485.84 | $339,000.00 | $699,485.84 | Claim includes gains | $699,485.00 Allowed |
| 96 | Lauren Piscatelli | $1,113,785.41 | | | | Duplicate Claim | $0.00 DISALLOWED Order 12/13/17 |
| 10 | Clint Pleasants | $20,000.00 | | | | Claimant invested in WSC Holdings, LLC | $0.00 DISALLOWED Order 12/13/17 |
| 89 | Paul G. Porter | $5,000,000.00 | | | $0.00 | No investment in TSI/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 Continued until further notice |
| 13 | James and Melanie Poteat | $610,000.00 | | | | Claimant invested in WSC Holdings, LLC | $0.00 DISALLOWED Order 12/13/17 |
| 5 | Joseph P. Price | $326,882.31 | | | | Claimant invested in a Non-Debtor entity | $0.00 DISALLOWED Order 12/13/17 |
| 38 | Dhiren M. and Sherry Ballard Rathod | $63,683.34 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 Allowed |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 79 | Ivy Robinson (Ivy Robinson Dunstan Revocable Trust) | $112,383.50 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 54 | Rozsak Capital, LLP | $272,784.40 | $622,784.40 | $715,000.00 | -$92,215.60 | Claim includes gains | $0.00 | Allowed |
| 73 | US Securities & Exchange Commission | | | | $0.00 | Under discussion with S.E.C. | | |
| 61 | Michael Salamone | $1,725,000.00 | $2,100,000.00 | $1,217,000.00 | $883,000.00 | Claim includes gains | $883,000.00 | Allowed; See Footnote 1 |
| 76 | Dennis and Robin Scala | $715,805.05 | $520,000.00 | $30,000.00 | $490,000.00 | Claim includes gains | $490,000.00 | Allowed |
| 14 | Bruce R. Smith | $517,435.00 | $530,000.00 | $140,000.00 | $390,000.00 | Claim includes gains | $390,000.00 | Allowed |
| 15 | Robert W. Smith, Jr. | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | | $150,000.00 | Allowed |
| 87 | Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $17,383,847.00 | | | $0.00 | No investment in the Debtor | $0.00 | Continued until further notice |
| 36 | Enrique Paredes Tablas | $90,931.82 | $85,000.00 | $0.00 | $85,000.00 | Claim includes gains | $85,000.00 | Allowed |
| 58 | Paul and Jeanne B. Turner | $41,429.90 | $37,000.00 | $0.00 | $37,000.00 | Claim includes gains | $37,000.00 | Allowed |
| 59 | Paul A. Turner | $338,476.64 | $272,000.00 | $0.00 | $272,000.00 | Claim includes gains | $272,000.00 | Allowed |
| 27 | Nicole VanNess | $56,250.00 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 26 | William C. VanNess, III | $56,250.00 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 50 | Eric Ward | $361,321.00 | $305,000.00 | $35,000.00 | $270,000.00 | Claim includes gains | $270,000.00 | Allowed |
| 72 | Brian Wilder | $774,583.07 | $509,000.00 | $0.00 | $509,000.00 | Claim includes gains | $509,000.00 | Allowed |
| | | | | | | TOTAL OF PROPOSED CLAIMS | $17,511,792.93 | |

1 - Proposed Base Claim to be reduced by the sum of $500,000 upon payment to Michael Salamone as set forth in the Agreement attached to Trustee's Motion for Authority to Enter into Agreement with Diane Siskey to Release a Portion of Life Insurance Proceeds (and Enable Interim Distribution) (DE 162)

# WSC Holdings, LLC - EXHIBIT B

| Claim Number | Claimant Name | Proof of Claim Amount | Total Deposited | Total Withdrawn | Net | Reason for Objection | Base Claim | Court Ordered Base Claim |
|---|---|---|---|---|---|---|---|---|
| 9 | Katherine S. Aldridge | $103,138.89 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 10 | Katherine S. Aldridge | $103,138.89 | | | | Duplicate claim | $0.00 | DISALLOWED Order 12/13/17 |
| 30 | James Michael Aldridge Sr. | $142,466.46 | $310,959.65 | $385,000.00 | -$74,040.35 | Claim includes gains | $0.00 | Allowed |
| 73 | Harvey G. Allison | $50,000.00 | | | | Claimant invested in a non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 56 | Ballantyne Clubdominium | $5,070,000.00 | | | | No basis for claim against the Debtor | $0.00 | DISALLOWED Order 12/13/17 |
| 68 | William F. Bass | $73,164.03 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 20 | Norman D. Baucom | $40,922.20 | $40,000.00 | $0.00 | $40,000.00 | Claim includes gains | $40,000.00 | Allowed |
| 21 | Shannon Johnsen Baucom | $40,922.20 | $40,000.00 | $0.00 | $40,000.00 | Claim includes gains | $40,000.00 | Allowed |
| 14 | Kathy V. Beam | $52,500.00 | $70,000.00 | $0.00 | $70,000.00 | Claim omitted deposit | $70,000.00 | Allowed |
| 40 | Christa T. Boggs | $58,507.31 | $76,500.00 | $25,000.00 | $51,500.00 | Claim includes gains | $51,500.00 | Allowed |
| 70 | Robert J. Bowers | $66,963.85 | $69,893.40 | $4,261.55 | $65,631.85 | Claim includes gains | $65,631.85 | Allowed |
| 36 | Melton Brown | $156,875.00 | $150,000.00 | $0.00 | $150,000.00 | Claim includes gains | $150,000.00 | Allowed |
| 19 | Michael W. Burkhard | $119,635.61 | $108,747.50 | $30,000.00 | $78,747.50 | Claim includes gains | $78,747.50 | Allowed |
| 50 | Ronald Craig Cass | $95,000.00 | | | | Claimant invested in a Non-Debtor Entity | $0.00 | DISALLOWED Order 12/13/17 |
| 38 | Daisy Couch | $21,872.08 | $20,000.00 | $0.00 | $20,000.00 | Claim includes gains | $20,000.00 | Allowed |
| 58 | Carolyn and Thomas Crozier | $534,448.08 | $310,000.00 | $10,000.00 | $300,000.00 | Claim includes gains | $300,000.00 | Allowed |
| 59 | Carolyn Crozier (Traditional IRA) | $144,098.54 | $145,000.00 | $51,500.00 | $93,500.00 | Claim includes gains | $93,500.00 | Allowed |
| 54 | Thomas J. Crozier, III | $187,163.20 | $355,000.00 | $194,622.26 | $160,377.74 | Claim includes gains | $160,377.74 | Allowed |
| 3 | Tobitha Deese | $125,000.00 | $125,000.00 | $97,499.51 | $27,500.49 | Claim includes gains | $27,500.49 | Allowed |
| 39 | Estate of Vijay Doshi | $444,916.00 | $595,536.29 | $217,000.00 | $378,536.29 | Claim includes gains | $378,536.29 | Allowed |
| 74 | Scott Dunstan | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | | $100,000.00 | Allowed |
| 37 | Cheryl D. Eckley | $1,419,360.69 | $2,308,189.60 | $1,213,659.80 | $1,094,529.80 | Claim includes gains | $1,094,529.75 | Allowed |
| 18 | Robert B. & April M. Frazer | $476,544.78 | $771,000.00 | $334,288.00 | $436,712.00 | Claim includes gains | $436,712.00 | Allowed |
| 1 | Gary and Karen Frazier | $445,000.00 | $525,000.00 | $80,000.00 | $445,000.00 | | $445,000.00 | Allowed |
| 45 | Kathryn Furr | $64,554.13 | $57,500.00 | $19,900.00 | $37,600.00 | Claim includes gains | $37,600.00 | Allowed |
| 46 | Bobby Furr | $115,473.22 | $100,000.00 | $32,250.00 | $67,750.00 | Claim includes gains | $67,750.00 | Allowed |
| 71 | Don W. Garrett | $28,796.05 | $125,000.00 | $112,000.00 | $13,000.00 | Claim includes gains | $13,000.00 | Allowed |
| 34 | Hamilton Nash Grier (Argo) | $105,000.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 22 | Teresa L. Hawkins & Michael W. Burkhard | $521,000.54 | $273,088.50 | $0.00 | $273,088.50 | Claim includes gains | $273,088.50 | Allowed |
| 23 | Teresa L. Hawkins & Michael W. Burkhard | $352,006.04 | $267,618.23 | $0.00 | $267,618.23 | Claim includes gains | $267,618.22 | Allowed |
| 11 | George Holmes | $53,389.58 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 5 | Internal Revenue Service | $600.00 | | | | Resolved by tax return filing | $0.00 | DISALLOWED Order 12/13/17 |
| 64 | Scott Jernigan | $3,306,277.81 | | | | Claimant invested in South Park Partners, LLC | $0.00 | DISALLOWED Order 12/13/17 |
| 60 | Kent Kalina (non-qualified) | $137,092.50 | $135,000.00 | $110,227.50 | $24,772.50 | Claim includes gains | $24,772.50 | Allowed |
| 63 | Jerry Robert King | $755,727.00 | $1,200,000.00 | $620,000.00 | $580,000.00 | Claim includes gains | $580,000.00 | Allowed |
| 66 | Dawn E. King | $4,000,000.00 | | | | No investment in WSC/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 | Continued until further notice |
| 2 | Paul M. and Penni H. Leite | $102,972.60 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |
| 12 | Dana Lemons | $107,080.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 | Allowed |

| # | Claimant | Amount | Col B | Col C | Col D | Notes | Allowed |
|---|---|---|---|---|---|---|---|
| 13 | Herbert Lee Lemons | $107,080.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 Allowed |
| 15 | Gene and Tonya Ligon | $107,083.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 Allowed |
| 48 | Lorraine Machen | $64,067.80 | $63,000.00 | $0.00 | $63,000.00 | Claim includes gains | $63,000.00 Allowed |
| 55 | Matthew McFee | $159,815.51 | $553,125.00 | $500,000.00 | $53,125.00 | Claim includes gains | $53,125.00 Allowed |
| 42 | Carl E and Dorothy Merrell | $125,000.00 | $125,000.00 | $0.00 | $125,000.00 | | $125,000.00 Allowed |
| 43 | Carl Merrell | $116,857.10 | $125,000.00 | $44,500.00 | $80,500.00 | Claim includes gains | $80,500.00 Allowed |
| 31 | Wanda Edwards Miller | $154,116.82 | $132,000.00 | $0.00 | $132,000.00 | Claim includes gains | $132,000.00 Allowed |
| 32 | Wanda and Craig Miller | $51,623.37 | $265,000.00 | $216,000.00 | $49,000.00 | Claim includes gains | $49,000.00 Allowed |
| 33 | Craig Stephens Miller | $46,406.30 | $35,000.00 | $0.00 | $35,000.00 | Claim includes gains | $35,000.00 Allowed |
| 62 | Ann H. Miltich | $107,500.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 Allowed |
| 44 | Deborah S. Monnett | $401,885.98 | $400,000.00 | $0.00 | $400,000.00 | Claim includes gains | $400,000.00 Allowed |
| 29 | Robert J. Nastase | $58,991.00 | $112,500.00 | $123,600.00 | -$11,100.00 | Claim includes gains | $0.00 Allowed |
| 28 | Carl Patterson | $105,416.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 Allowed |
| 8 | John D. Phillips Jr. | $158,333.00 | $150,000.00 | $0.00 | $150,000.00 | Claim includes gains | $150,000.00 Allowed |
| 69 | Lauren Piscatelli | $280,641.46 | $310,297.12 | $50,297.12 | $260,000.00 | Claim includes gains | $260,000.00 Allowed |
| 72 | Lauren Piscatelli | $280,641.46 | | | | Duplicate claim | $0.00 DISALLOWED Order 12/13/17 |
| 7 | Richard and Michelle Platt (Now Argo Partners) | $1,004,256.94 | $2,490,000.00 | $1,500,000.00 | $990,000.00 | Claim includes gains | $990,000.00 Allowed |
| 76 | Clint Pleasants (Now Argo Partners) | $20,000.00 | $30,000.00 | $10,000.00 | $20,000.00 | | $20,000.00 Allowed |
| 67 | Paul G. Porter | $5,000,000.00 | | | | No investment in WSC/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 Continued until further notice |
| 75 | James and Melanie Poteat | $610,000.00 | $600,000.00 | $0.00 | $600,000.00 | Claim includes gains | $600,000.00 Allowed |
| 4 | Joseph P. Price | $39,593.60 | $48,879.00 | $20,999.00 | $28,880.00 | Claim includes gains | $28,880.00 Allowed |
| 25 | Lyle and Jeannette Ranson | $106,080.00 | $124,000.00 | $22,080.00 | $101,920.00 | Claim includes gains | $101,920.00 Allowed |
| 26 | Lyle Ranson | $153,000.00 | $150,000.00 | $6,000.00 | $144,000.00 | Claim includes gains | $144,000.00 Allowed |
| 27 | Jeanette Ranson | $153,000.00 | $150,000.00 | $9,000.00 | $141,000.00 | Claim includes gains | $141,000.00 Allowed |
| 24 | Randy Reittinger | $104,992.00 | $100,000.00 | $0.00 | $100,000.00 | Claim includes gains | $100,000.00 Allowed |
| 16 | Gregorie Scott Rivers | $215,775.00 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 Allowed |
| 6 | Evelyn Laynette Robinson | $660,000.00 | $1,267,230.00 | $887,217.31 | $380,012.69 | Claim includes gains | $380,012.69 Allowed |
| 61 | Ivy Robinson (non-qualified) | $208,647.05 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 Allowed |
| 17 | Terence S. & Cathy S. Roche | $276,017.00 | $270,000.00 | $0.00 | $270,000.00 | Claim includes gains | $270,000.00 Allowed |
| 57 | RRL Partners | $1,267,500.00 | | | | Claimant invested in a non-Debtor entity - BCD | $0.00 DISALLOWED Order 12/13/17 |
| 52 | US Securities and Exchange Commission | "Amt to be determined" | | | | Under discussion with S.E.C. | |
| 35 | Peter and Jennifer Schwarz | $210,000.00 | $200,000.00 | $0.00 | $200,000.00 | Claim includes gains | $200,000.00 Allowed |
| 49 | Laura C. Smith Trust | $68,163.13 | $90,000.00 | $24,000.00 | $66,000.00 | Claim includes gains | $66,000.00 Allowed |
| 65 | Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $17,383,847.00 | | | | No investment in the Debtor | $0.00 Continued until further notice |
| 51 | Keith M. Stroud, Jr. non-mainstar | $986,723.41 | $796,596.99 | $312,470.33 | $484,126.66 | Claim includes gains | $484,126.66 Allowed |
| | Keith M. Stroud, Jr. Mainstar | | $441,723.53 | $38,000.00 | $403,723.53 | Claim includes gains | $403,723.53 Allowed |
| 47 | Paul and Jeanne B. Turner | $148,515.15 | $144,939.44 | $0.00 | $144,939.44 | Claim includes gains | $144,939.44 Allowed |
| 41 | Carlton Tyson | $332,572.21 | $300,000.00 | $0.00 | $300,000.00 | Claim includes gains | $300,000.00 Allowed |
| 53 | Brian Wilder | $3,730,126.81 | | | | Claimant invested in South Park Partners, LLC | $0.00 DISALLOWED Order 12/13/17 |

TOTAL OF PROPOSED CLAIMS $11,838,092.16

## South Park Partners, LLC - EXHIBIT C

| Claim Number | Claimant Name | Proof of Claim Amount | Total Deposited | Total Withdrawn | Net | Reason for Objection | Base Claim | Court Ordered Base Claim |
|---|---|---|---|---|---|---|---|---|
| 9 | James Michael Aldridge, Sr. | $60,000.00 | | | | Account liquidated in 2016 - no balance due | $0.00 | DISALLOWED Order 12/13/17 |
| 19 | Walter D. Aldridge | $30,000.00 | | | | Account liquidated in 2016 - no balance due | $0.00 | DISALLOWED Order 12/13/17 |
| 39 | Harvey G. Allison | $50,000.00 | | | | Claimant invested in a non-Debtor Entity | $0.00 | DISALLOWED Order 12/13/17 |
| 38 | Ralph N. Cochrane | $70,018.90 | $141,136.07 | $141,400.00 | -$263.93 | Claim includes gains - Initial Investment in Premier One, LLC | $0.00 | Consideration Continued until 3/12/18 |
| 26 | James E. Collie | $44,712.00 | | | | Claimant invested in a non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 23 | Daisy Couch | $290,536.80 | $244,018.64 | $146,300.00 | $97,718.64 | Claim includes gains - Initial Investment in Premier One, LLC | $97,718.64 | Consideration Continued until 3/12/18 |
| 22 | Nalini Doshi | $550,648.00 | $460,000.00 | $300,300.00 | $159,700.00 | Claim includes gains - Initial Investment in Premier One, LLC | $159,700.00 | Consideration Continued until 3/12/18 |
| 21 | Cheryl D. Eckley | $221,968.36 | $345,000.00 | $272,000.00 | $73,000.00 | Claim includes gains | $73,000.00 | Allowed |
| 11 | Robert B. and April M. Frazer | $670,879.45 | $375,000.00 | $0.00 | $375,000.00 | Claim includes gains | $375,000.00 | Allowed |
| 12 | Teresa L. Hawkins | $448,970.76 | $256,500.00 | $0.00 | $256,500.00 | Claim includes gains | $256,500.00 | Allowed |
| 13 | Teresa L. Hawkins and Michael W. Burkhard | $301,749.23 | $158,600.00 | $0.00 | $158,600.00 | Claim includes gains | $158,600.00 | Allowed |
| 5 | Theodore Hawley III | $157,718.84 | $102,030.67 | $76,210.26 | $25,820.41 | Claim includes gains - Initial Investment in Premier One, LLC | $25,820.41 | Consideration Continued until 3/12/18 |
| 6 | Cynthia K. Hawley | $124,341.11 | $68,087.57 | $92,316.56 | -$24,228.99 | Claim includes gains - Initial Investment in Premier One, LLC | $0.00 | Consideration Continued until 3/12/18 |
| 37 | Randy Herrin | $60,000.00 | | | | Claimant invested in a non-Debtor entity | $0.00 | DISALLOWED Order 12/13/17 |
| 10 | Internal Revenue Service | $17,940.00 | | | | Resolved by filing of tax return | $0.00 | DISALLOWED Order 12/13/17 |
| 3 | James D. Javaras | $29,375.00 | | | | Claimant invested in a non-Debtor entity | $0.00 | DISALLOWED |
| 4 | Nancy Javaras | $31,725.00 | | | | Claimant invested in a non-Debtor entity | $0.00 | DISALLOWED |
| 33 | Scott Jernigan | $3,295,899.28 | $3,887,765.50 | $1,445,000.00 | $2,442,765.50 | Claim includes gains | $2,442,765.50 | Allowed |
| 28 | Jerry Robert King | $711,391.17 | $450,000.00 | $2,000.00 | $448,000.00 | Claim includes gains | $448,000.00 | Allowed |
| 29 | Terry F. King (Traditional IRA) | $361,115.95 | $398,000.00 | $216,000.00 | $182,000.00 | Claim includes gains | $182,000.00 | Allowed |
| 34 | Dawn E. King | $4,000,000.00 | | | | No investment in SPP/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 | Continued until further notice |
| 32 | Frank J. Leon | $20,000.00 | | | | Account liquidated in 2016 - no balance due | $0.00 | DISALLOWED Order 12/13/17 |
| 8 | Melvin McCullough | $519,875.50 | $135,751.64 | $211,347.31 | -$75,595.67 | Claim includes gains - Initial Investment in Premier One, LLC | $0.00 | Consideration Continued until 3/12/18 |
| 27 | Ann H. Miltich | $53,750.00 | $50,000.00 | $0.00 | $50,000.00 | Claim includes gains | $50,000.00 | Allowed |
| 18 | Robert J. Nastase | $128,950.00 | $165,000.00 | $69,700.00 | $95,300.00 | Claim includes gains | $95,300.00 | Allowed |
| 35 | Paul G. Porter | $5,000,000.00 | | | | No investment in SPP/Employee of Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $0.00 | Continued until further notice |
| 1 | Joseph P. Price | $326,882.31 | | | | Claimant invested in WSC Holdings, LLC and in non-Debtor entities | $0.00 | DISALLOWED Order 12/13/17 |
| 7 | Quality Auto Machine, Inc | $100,047.63 | $95,000.00 | $0.00 | $95,000.00 | Claim includes gains | $95,000.00 | Allowed |
| 16 | Lyle Ranson | $15,750.00 | $15,000.00 | $3,750.00 | $11,250.00 | Claim includes gains | $11,250.00 | Allowed |
| 17 | Jeanette Ranson | $15,750.00 | $15,000.00 | $3,750.00 | $11,250.00 | Claim includes gains | $11,250.00 | Allowed |
| 2 | Evelyn Laynette Robinson | "unknown" | $99,000.00 | $212,448.82 | -$113,448.82 | No balance due - Initial Investment in Premier One, LLC | $0.00 | Consideration Continued until 3/12/18 |
| 30 | Eric A. Rogers | $18,207.00 | | | | Account liquidated in 2015 - no balance due | $0.00 | DISALLOWED Order 12/13/17 |
| 25 | U.S. Securities Exchange Commission | "Amt to be determined" | | | | Under discussion with S.E.C. | | |
| 20 | Peter and Jennifer Schwarz | $149,756.63 | $120,000.00 | $0.00 | $120,000.00 | Claim includes gains | $120,000.00 | Allowed |
| 31 | Tammie A. Stahl | $35,000.00 | | | | Account liquidated in 2015 - no balance due | $0.00 | DISALLOWED Order 12/13/17 |
| 36 | Stone Street Partners, LLC f/k/a Siskey Capital, LLC | $17,383,847.00 | | | | No investment in the Debtor | $0.00 | Continued until further notice |
| 14 | Angela R. Thomas | $301,749.23 | $332,412.90 | $46,323.75 | $286,089.15 | Claim includes gains | $286,089.15 | Allowed |
| 15 | Phillip R. Thomas | $32,901.00 | $111,149.03 | $94,287.78 | $16,861.25 | Claim includes gains | $16,861.25 | Allowed |
| 24 | Brian Wilder | $3,730,126.81 | $4,645,625.91 | $2,061,032.00 | $2,584,593.91 | Claim includes gains | $2,584,593.91 | Allowed |
| | | | | | | TOTAL OF PROPOSED CLAIMS | $7,489,448.86 | |

## Outside Investors - Sharon Road Properties, LLC - EXHIBIT D

| Claim Number | Claimant Name | Proof of Claim Amount | Total Deposited | Total Withdrawn | Net | Reason for Objection | Proposed Base Claim | Court Order |
|---|---|---|---|---|---|---|---|---|
| 35 | J.P. (James) Burt | $905,824.00 | $803,366.59 | $980,000.00 | -$176,633.41 | Claim includes gains - Initial Investment in **Premier II, LLC** | $0 | Continued until 3/12/18 |
| 36 | Thomas J. Crozier, Jr. (Traditional IRA) | $417,626.41 | $252,662.98 | $76,800.00 | $175,862.98 | Claim includes gains - Initial Investment in **Premier II, LLC** | **$175,862.98** | Continued until 3/12/18 |
| 38 | Kent Kalina (Traditional IRA) | $190,000.00 | $190,000.00 | $0.00 | $190,000.00 | | **$190,000.00** | Continued until 3/12/18 |
| 33 | Melissa Danette Spiers | $103,381.00 | $131,905.56 | $78,000.00 | $53,905.56 | Claim includes gains | **$53,905.56** | Continued until 3/12/18 |
| 2 | Melvin McCullough | $432,511.40 | $84,844.78 | $20,000.00 | $64,844.78 | Claim includes gains - Initial Investment in **Premier One, LLC** | **$64,844.78** | Continued until 3/12/18 |
| 45 | Brian J. Spiers Bk Est | $266,190.50 | $160,000.00 | $91,905.56 | $68,094.44 | Claim includes gains | **$68,094.44** | Continued until 3/12/18 |

TOTAL OF PROPOSED CLAIMS **$552,707.76**

## Sharon Road Properties, LLC -Equity Interests - EXHIBIT E

| Claim Number | Claimant Name | Proof of Claim Amount | Total Purchase Price | Reason for Objection | Percentage Equity | Court Order |
|---|---|---|---|---|---|---|
| 4 | James Michael Aldridge, Sr. | $115,000.00 | $100,000.00 | | 3.000000% | Allowed |
| 9 | James Michael Aldridge, Sr. | $60,000.00 | | Claimant invested in South Park Partners, LLC | 0.00% | DISALLOWED ORDER 12/13/17 |
| 39 | Martha Sue Taylor Boggs | $160,000.00 | $160,000.00 | | 3.000000% | Allowed |
| 50 | Craig S. Brewer | $91,800.00 | $70,000.00 | | 1.500000% | Allowed |
| 35 | J.P. (James) Burt | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 47 | Rick Byrd | $50,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 28 | James R. Cass | $105,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 29 | Ronald Craig Cass | $105,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 19 | Brian Donald Corey | $50,000.00 | $50,000.00 | | 1.120357% | Allowed |
| 20 | Nathan Corey | $50,000.00 | $50,000.00 | | 1.120356% | Allowed |
| 23 | Matthew Blake Freeman Corey | $50,000.00 | $50,000.00 | | 1.120357% | Allowed |
| 21 | Daisy Couch | $50,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 36 | Thomas J. Crozier, Jr. (Traditional IRA) | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 22 | Nalini Doshi | $76,800.00 | $50,000.00 | | 1.500000% | Allowed |
| 40 | Estate of Richard C. Siskey | $200,000.00 | unknown | | 21.380116% | Allowed |
| 31 | Don and Barbara Garrett | $100,000.00 | $100,000.00 | | 2.742490% | Allowed |
| 10 | Teresa L. Hawkins/Michael Burkhard | $220,000.00 | $50,000.00 | | 3.061980% | Allowed |
| 37 | Kent Kalina | $100,000.00 | $100,000.00 | | 3.000000% | Allowed |
| 38 | Kent Kalina (Traditional IRA) | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 7 | John K. Kelly | $100,000.00 | $100,000.00 | | 1.361197% | Allowed |
| 51 | James L. Overturf (Lone Rock, LP) | $250,000.00 | $250,000.00 | | 3.402900% | Allowed |
| 27 | William T and Carol P Lowe | $100,000.00 | $100,000.00 | | 2.041777% | Allowed |
| 6 | Roy Lynam | $237,000.00 | $237,500.00 | | 4.481142% | Allowed |
| 24 | Shelley and Beverly Martin | $85,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 2 | Melvin McCullough | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 25 | Carl Merrell | $53,000.00 | $53,000.00 | | 0.581460% | Allowed |
| 15 | Wanda Edwards Miller | $50,000.00 | $50,000.00 | Claimant sold interest in 2004 | 0.00% | DISALLOWED Order 12/13/17 |
| 8 | Elizabeth A. Moncrief | $100,000.00 | $100,000.00 | | 3.000000% | Allowed |
| 5 | Andrew M. Peterson | $225,000.00 | $225,000.00 | | 3.0626488% | Allowed |
| 1 | Joseph P. Price | $326,882.31 | | Claimant invested in WSC Holdings, LLC and in non-Debtor entities | 0.00% | DISALLOWED Order 12/13/17 |
| 44 | Mark S. Richardson | $50,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 34 | U.S. Securities and Exchange Commission | "Amt to be determined" | | Under discussion with S.E.C. | | |
| 18 | Peter and Jennifer Schwarz | $200,000.00 | $200,000.00 | | 4.371250% | Allowed |
| 3 | Walter and Beverly Sergent | $85,000.00 | $85,000.00 | | 1.647480% | Allowed |
| 16 | James D. Sinclair | $114,931.00 | $114,000.00 | | 1.5517588% | Allowed |
| 17 | Barbara S. Sinclair | $131,061.70 | $130,000.00 | | 1.7695448% | Allowed |
| 26 | Bettie and James Smith | $100,000.00 | $100,000.00 | | 2.742490% | Allowed |

| # | Name | Amount 1 | Amount 2 | Note | % | Status |
|---|---|---|---|---|---|---|
| 33 | Melissa Danette Spiers | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 45 | Brian J. Spiers Bk Est | | | Claimant is an Outside Investor in Sharon Road Properties, LLC | 0.00% | Continued until 3/12/18 |
| 32 | Maria H. Spillars | $910,993.00 | $339,247.11 | | 5.996260% | Allowed |
| 30 | Tapacomo, LLC | $50,000.00 | $50,000.00 | | 1.500000% | Allowed |
| 12 | Martin D. Whigham | $100,000.00 | $100,000.00 | | 3.000000% | Allowed |
| 14 | James Williams | $51,500.00 | $50,000.00 | | 0.6806157% | Allowed |
| 13 | Van Williams | $51,500.00 | $50,000.00 | | 0.6806157% | Allowed |
| 11 | Denton R. Williams, Jr. | $70,000.00 | $50,000.00 | | 1.371240% | Allowed |
| 41 | Stone Street Partners, LLC fka Siskey Capital, LLC | $17,383,847.00 | | No basis for claim against the Debtor | 0.00% | Continued until further notice |
| 42 | Dawn E. King | $4,000,000.00 | | No basis for claim against the Debtor | 0.00% | Continued until further notice |
| 43 | Paul G. Porter | $5,000,000.00 | | No basis for claim against the Debtor | 0.00% | Continued until further notice |
| 46 | Carolyn Crozier | $75,000.00 | $75,000.00 | | 2.056870% | Allowed |
| 48 | Kure Corp | $365,543.81 | | No basis for claim against the Debtor | 0.00% | DISALLOWED Order 12/13/17 |
| 49 | Sharon Road Properties, LLC | $91,800.00 | | Duplicate of Claim 50 | 0.00% | DISALLOWED Order 12/13/17 |
| None filed | Root 9B Technologies, LLC | | $100,000.00 | | 3.000000% | |
| None filed | Capital Employee Benefits Advisors | | $10,000.00 | | 0.155060% | |
| | | | | **TOTAL OF OWNERSHIP INTERESTS** | **100.00%** | |