**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | **CASE NO. 17-30132 (LEAD)** |
| **WSC Holdings, LLC,** | **CASE NO. 17-30338** |
| **SouthPark Partners, LLC and** | **CASE NO. 17-30339** |
| **Sharon Road Properties, LLC.** | **CASE NO. 17-30363** |
| **DEBTORS.** | **CHAPTER 7**<br>**Jointly Administered** |

**SUPPLEMENTAL NOTICE OF OPPORTUNITY FOR HEARING REGARDING TRUSTEE'S CLAIMS REPORT TO SHARON ROAD PROPERTIES OUTSIDE INVESTORS AND PREMIER FUND CLAIMANTS**

TAKE NOTICE that on November 1, 2017 the Trustee in these cases filed his *Trustee's First Omnibus Report of Claims, Objections to Claims, and Recommendations Regarding Claims as to TSI Holdings, LLC, WSC Holdings, LLC, SouthPark Partners, LLC and Sharon Road Properties, LLC* (the "Claims Report"). The Court held hearings on the Claims Report on December 11, 2017, January 24, 2018 and February 5-6, 2018.

A copy of the Claims Report is posted on the undersigned's website at https://tsiholdings.wordpress.com/. It is also available from the undersigned or from the Bankruptcy Court's web site at: http://www.ncwb.uscourts.gov.

Your rights may be affected. You should read the Claims Report and this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

At the February 5-6, 2018 hearing the Court continued consideration of claimants categorized by the Trustee as **Sharon Road Properties, LLC Outside Investors** and **Premier Fund Claimants** (the "Unresolved Claimants"). Responses filed as to the Claims Report raised the issue of whether the Unresolved Claimants have allowable claims in these bankruptcy cases under the Bankruptcy Code. The Court determined that the evidence appeared to show that these Unresolved Claimants' investments were not deposited into an account one of the Debtors. The Court has directed the Trustee to serve this *Supplemental Notice of Opportunity for Hearing Regarding Trustee's Claims Report to Sharon Road Properties Outside Investors and Premier Fund Claimants* to give these Unresolved Claimants the opportunity to appear in Court and provide evidence and/or argument supporting a valid and enforceable claim against one of

these bankruptcy debtors – TSI Holdings, LLC, WSC Holdings, LLC, South Park Partners, LLC or Sharon Road Properties, LLC.

Therefore, take notice that on **Monday, March 12, 2018 at 2:00 p.m. in Bankruptcy Courtroom 1-4 in the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina** this Court will conduct a further hearing on the Claims Report with regard to the Unresolved Claimants.

IF YOU WOULD LIKE THE COURT TO CONSIDER YOUR VIEWS ON THE CLAIMS REPORT, THEN YOU OR YOUR ATTORNEY SHOULD ATTEND THIS HEARING AT 2:00 P.M. ON MONDAY, MARCH 12, 2018, IN BANKRUPTCY COURTROOM 1-4 IN THE UNITED STATES COURTHOUSE, 401 WEST TRADE STREET, CHARLOTTE, NORTH CAROLINA.

This is the 13th day of February, 2018.

*/s/ Joseph W. Grier, III*
Joseph W. Grier, III (State Bar No. 7764)
Anna S. Gorman (State Bar No. 20987)
Grier Furr & Crisp PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Telephone: 704/375.3720; Fax: 704/332.0215
agorman@grierlaw.com

*Attorneys for Joseph W. Grier, III, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | **CASE NO. 17-30132 (LEAD)** |
| **WSC Holdings, LLC,** | **CASE NO. 17-30338** |
| **SouthPark Partners, LLC and** | **CASE NO. 17-30339** |
| **Sharon Road Properties, LLC.** | **CASE NO. 17-30363** |
| **DEBTORS.** | **CHAPTER 7** <br> **Jointly Administered** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the ***Supplemental Notice of Opportunity for Hearing Regarding Trustee's Claims Report to Sharon Road Properties Outside Investors and Premier Fund Claimants*** was served on all parties requesting notice through the Court's electronic noticing system including the Bankruptcy Administrator, by electronic mail to each party in interest where the Trustee has a valid email address and by posting on the website being maintained by the Trustee regarding these Cases at https://tsiholdings.wordpress.com. Further, service was specifically made as follows:

To the **Sharon Road Properties, LLC Outside Investors**:

    James Burt, Jr.
    c/o    James H. Henderson, Esq. henderson@title11.com
           Counsel to James Burt, Jr.

    Thomas Crozier, Jr.
    c/o    Edward T. Hinson, Jr. Esq.  EHINSON@jmdlaw.com
           Richard Fennell, Esq.       RFENNELL@jmdlaw.com
           Counsel to Thomas Crozier, Jr.

    Kent Kalina
    c/o    Edward T. Hinson, Jr. Esq.  EHINSON@jmdlaw.com
           Richard Fennell, Esq.       RFENNELL@jmdlaw.com
           Counsel to Kent Kalina

    Melissa D. Spiers  spiers52@gmail.com

    Brian Spiers
    c/o    John Taylor johntaylor@johntaylorlaw.com

   Chapter 7 Trustee of Brian Spiers
Melvin McCullough
c/o James H. Henderson, Esq. henderson@title11.com
   Counsel to Melvin McCullough

To the **Premier Fund Claimants**:

 Ralph Cochrane
 c/o Gary Cochrane gacochrane@comcast.net
   Jeff Cochrane Jeff.Cochrane@asahq.com

 Daisy Couch
 c/o Vicki Spivey vspivey74@gmail.com

 Nalina Doshi
 c/o Mona Doshi   heels1996@gmail.com

 Theodore Hawley and Cynthia Hawley  tchawley@aol.com

 Melvin McCullough
 c/o James H. Henderson, Esq. henderson@title11.com
   Counsel to Melvin McCullough

 Evelyn L. Robinson
 c/o James Surane, Esq.  jsurane@suranelawpllc.com
   Counsel to Evelyn L. Robinson


This is the 13th day of February, 2018.

         */s/ Anna S. Gorman*
         Anna S. Gorman
         Grier Furr & Crisp, PA
         101 North Tryon Street, Suite
         Charlotte, NC 28246