FILED & JUDGMENT ENTERED
Steven T. Salata

March  19  2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | **CASE NO. 17-30132 (LEAD)** |
| **WSC Holdings, LLC,** | **CASE NO. 17-30338** |
| **SouthPark Partners, LLC and** | **CASE NO. 17-30339** |
| **Sharon Road Properties, LLC.** | **CASE NO. 17-30363** |
| **DEBTORS.** | **CHAPTER 7** <br> **Jointly Administered** |

**ORDER ON TRUSTEE'S FIRST OMNIBUS REPORT OF CLAIMS, OBJECTIONS TO CLAIMS AND RECOMMENDATIONS REGARDING CLAIMS DENYING, WITHOUT PREJUDICE, CLAIMS OF SHARON ROAD PROPERTIES OUTSIDE INVESTORS AND PREMIER FUND CLAIMANTS**

This matter came before the Court on December 11, 2017, January 24, 2018, February 5, 2018 and March 12, 2018 on the *Trustee's First Omnibus Report of Claims, Objections to Claims and Recommendations Regarding Claims as to TSI Holdings, LLC, WSC Holdings, LLC, SouthPark Partners, LLC and Sharon Road Properties, LLC* (the "Claims Report") filed on November 1, 2017, by Joseph W. Grier, III, the trustee in the above-referenced cases (the "Trustee") (D.E. 112) and *Trustee's Memorandum of Law in Support of Claims Report* (D.E. 153). It appears that notice of the Claims Report was proper and several responses were filed.

This Order supplements previous and contemporaneous Orders entered on the Claims Report in these cases.

The Court, having reviewed the Claims Report, statements of counsel and the record in this case, has determined that the treatment of the following claims filed in these cases should be disallowed without prejudice:

1. Six claims filed against Sharon Road Properties, LLC ("SRP") held by SRP Outside Investors (the "Outside Investors"): SRP claim number 35 by J.P. (James) Burt; SRP claim number 36 by Thomas J. Crozier, Jr.; SRP claim number 38 by Kent Kalina; SRP claim number 33 by Melissa Danette Spiers; SRP claim number 2 by Melvin McCullough; and SRP claim number 45 by the Brian J. Spiers Bankruptcy Estate;

2. Nine claims filed against SRP and SouthPark Partners, LLC ("SPP") as being held by claimants whose initial investments were with either Premier One, LLC or Premier II, LLC (the "Premier Fund Claimants"): SPP claim number 38 by Ralph N. Cochrane; SPP claim number 23 by Daisy Couch; SPP claim number 22 by Nalini Doshi; SPP claim number 5 by Theodore Hawley III; SPP claim number 6 by Cynthia K. Hawley; SPP claim number 8 by Melvin McCullough; SRP claim number 35 by J.P. (James) Burt; SRP claim number 36 by Thomas J. Crozier, Jr.; and SRP claim number 2 by Melvin McCullough.

**IT IS SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically.  The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |