



J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| **In re:** | |
| **TSI Holdings, LLC,** | CASE NO. 17-30132 (LEAD) |
| **WSC Holdings, LLC,** | CASE NO. 17-30338 |
| **SouthPark Partners, LLC and** | CASE NO. 17-30339 |
| **Sharon Road Properties, LLC.** | CASE NO. 17-30363 |
| Debtors. | CHAPTER 7<br>Jointly Administered |

**ORDER DENYING TRUSTEE'S MOTION TO APPROVE SETTLEMENT**

This matter came before the Court for hearing on March 12, 2018, on: (a) the *Trustee's Motion for Authority to Enter into Agreement with Diane Siskey to Release a Portion of Life Insurance Proceeds (and Enable Interim Distribution)* filed on February 3, 2018, by Joseph W. Grier, III, the trustee in the above-referenced cases (the "Motion"), [Doc. 162], (b) the *Response to Trustee's Motion for Authority to Enter into Agreement with Diane Siskey to Release a Portion of Life Insurance Proceeds (and Enable Interim Distribution)* filed on February 9, 2018, by Tobitha Deese (the "Deese Response"), [Doc. 170], and (c) the *Objection and Brief in*

MWH: 10406.001; 00018700.2         1

*Opposition to the Trustee's Motion to Approve Partial Settlement with Diane Siskey* filed by Stone Street Partners LLC on March 5, 2018 (the "Stone Street Objection"). [Doc. 185].

The Court conducted a hearing on the Motion and related objections on a consolidated record. Appearances were made at the consolidated hearing by Anna S. Gorman, attorney for the Trustee, John G. Hodnette, attorney for F. Lane Williamson, Richard B. Fennell and Edward T. Hinson, attorneys for Thomas Crozier Jr. and Kent Kalina, Andrew T. Houston, attorney for Stone Street Partners LLC, James C. Smith attorney for Stone Street Partners LLC, Dawn King and Paul Porter, Robert A. Cox Jr., attorney for Nalini Doshi, John W. Taylor, attorney for the bankruptcy estate of Brian Spiers, R. Keith Johnson, attorney for Tobitha Deese, and Jeffrey C. Grady, attorney for Michael Salamone.

Based upon the Court's review of the Motion and related agreement, the Deese Response, the Stone Street Objection, the record in this case, and the arguments of counsel at the hearing, the Court finds and a concludes that the Motion should be denied for the reasons stated on the record. As a result, the Motion is hereby denied without prejudice.

**SO ORDERED**

| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |
|---|---|