LOCAL FORM 12                                                                                                              12/2007

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

In Re: )
)  Case No. 17–30132
TSI Holdings, LLC )  Chapter 7
)
Debtor(s) )
)

**FILED**
U.S. Bankruptcy Court
Western District of NC
4/9/2018
Steven T. Salata, Clerk

## NOTICE OF CASE SPECIFIC NAME AND/OR ADDRESS CHANGE
## 11 U.S.C. § 342(e) AND
## LOCAL RULES 2002–1 and 3003–1

Pursuant to 11 U.S.C § 342(e) and Local Rules 2002–1 and 3003–1, Paul M. Hattenhauer files this notice of address to be used to provide notice in the above–captioned case. Paul M. Hattenhauer is aware that, pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to the creditor by the debtor or the court will not be provided to the address designated herein until after five (5) days following receipt of this notice of address change by the court and the debtor(s).

Current creditor name and address:

Name:            Paul M. Hattenhauer
Address 1:       Culp Elliott & Carpenter, P.L.L.C.
Address 2:       4401 Barclay Downs Dr., Ste. 200
Address 3:
Address 4:
City, State, Zip: Charlotte, NC 28209

Revised creditor name and address:

☐ for payment purposes only
☐ for notice purposes only
☑ for both payment and notice purposes

Name:            Paul M. Hattenhauer
Address 1:       Culp Elliott & Carpenter, P.L.L.C.
Address 2:       6801 Morrison Boulevard, Suite 400
Address 3:       United States
Address 4:
City, State, Zip: Charlotte, NC 28211

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Name and position: Paul M. Hattenhauer, Attorney/Partner

Signature: (Electronic filing deems the form signed by the creditor or authorized person)

Date: 4/9/2018