IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TSI Holdings, LLC, | ) | CASE NO.  17-30132 (LEAD) |
| | ) | |
| WSC Holdings, LLC, | ) | CASE NO.  17-30338 |
| | ) | |
| SouthPark Partners, LLC, and | ) | CASE NO.  17-30339 |
| | ) | |
| Sharon Road Properties, LLC. | ) | CASE NO.  17-30363 |
| | ) | |
| DEBTORS. | ) | CHAPTER 7 |
| | ) | Jointly Administered |

**CLAIMANTS THOMAS CROZIER, JR.'S AND KENT KALINA'S RESPONSE TO TRUSTEE'S MOTION FOR ORDER (I) APPROVING BIDDING AND AUCTION PROCEDURES IN CONNECTION WITH THE SALE OF THE INTEREST OF SHARON ROAD PROPERTIES, LLC IN BISSELL POERTER SISKEY, LLC, (II) APPROVING AGREEMENT WITH STAKING HORSE BIDDER, AND (III) SCHEDULING AUCTION AND SALE APPROVAL HEARING**

Claimants Thomas J. Crozier, Jr. and Kent Kalina hereby respond to the Trustee's Motion referenced above for the limited purpose of restating their contentions made on March 12, 2018 regarding the connection of Sharon Road Properties, LLC to the Ponzi scheme run by Richard Siskey and their resulting losses set out in Proofs of Claim 36 and 38. Claimants do not wish to be heard on the merits of the relief requested by Trustee.

This 20th day of April, 2018.

JAMES, McELROY & DIEHL, PA.

By: /s/ Richard B. Fennell
Richard B. Fennell
N.C. Bar No.: 17398
rfennell@jmdlaw.com
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
704-372-9870
704-333-5508 (facsimile)
Attorneys for Thomas Crozier, Jr. and Kent Kalina