UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TSI HOLDINGS, LLC, and | ) | Case No. 17-30132 |
| | ) | (Jointly Administered) |
| Debtor. | ) | Chapter 11 |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Charles M. Ivey, III of the law firm of Ivey, McClellan, Gatton & Siegmund, LLP, hereby enters his appearance as counsel for Martha A. Boggs and Drew Boggs, through Power of Attorney for Martha A. Boggs, in the jointly administered cases herein and requests that a copy of all notices given, or required to be given, be delivered to:

Charles M. Ivey, III
Ivey, McClellan, Gatton & Siegmund, LLP
100 S. Elm Street, Suite 500
P. O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Email: cmi@iveymcclellan.com
mmm@iveymcclellan.com
jlh@iveymcclellan.com

This request includes, but is not limited to, all notices, orders, pleadings, motions, objections, demands, applications, petitions, schedules, statement of affairs, requests, disclosure statements, plans, answering or reply papers, memoranda and briefs in support of the foregoing, and any other document or matter brought before the Court in this case including all adversary proceedings, in accordance with Rule 2002.

In compliance with the criteria for eligibility for regular attorney admission set forth in Local Rule 2090-2(a), the undersigned attorney is a member in good standing of the N.C. State Bar and is admitted to practice in the U. S. Bankruptcy Court for the Western District of North Carolina.

Respectfully submitted, this the 21st day of May, 2018.

*/s/ Charles M. Ivey, III*
Charles M. Ivey, III (NCSB #8333)
Attorney for Martha A. Boggs
Ivey, McClellan, Gatton & Siegmund, LLP
P. O. Box 3324, Greensboro, NC 27402
Telephone: (336) 274-4658
Facsimile: (336) 274-4540
Email: cmi@iveymcclellan.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the date indicated below, the undersigned served a copy of the foregoing document on the parties and counsel of record by submitting it to the Court for electronic notice.

Dated: 5/21/2018

*/s/ Charles M. Ivey, III*
Charles M. Ivey, III (NCSB #8333)
Ivey, McClellan, Gatton & Siegmund, LLP
P. O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Facsimile: (336) 274-4540
Email: cmi@iveymcclellan.com