# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| In re:<br><br>**TSI Holdings, LLC[1] et al.,**<br><br>**DEBTORS.** | **CASE NO. 17-30132**<br><br>**CHAPTER 7**<br>Jointly Administered |

## TRUSTEE'S MOTION FOR APPROVAL OF INTERIM DISTRIBUTION TO CREDITORS OF THE PONZI ENTITIES

Joseph W. Grier, III, the duly appointed trustee ("Trustee") for the above-referenced debtors (the "Debtors") in these jointly-administered bankruptcy cases, through counsel, hereby brings this *Trustee's Motion for Approval of Interim Distribution to Creditors of the Ponzi Entities* (this "Motion"), and in support, respectfully shows the Court as follows:

## SUMMARY OF RELIEF REQUESTED

1. The Trustee has entered into a settlement ("Settlement") with Diane Siskey ("D. Siskey") evidenced by the Term Sheet filed contemporaneously with this Motion [D.E. 253-1].

2. The Settlement contemplates conversion of the TSI Holdings, LLC ("TSI"), WSC Holdings, LLC ("WSC") and SouthPark Partners, LLC ("SPP") (collectively the "Ponzi Entities" or "Ponzi Debtors") cases from Chapter 7 cases to Chapter 11 cases as well as confirmation of a consolidated Chapter 11 Plan (the "Plan"). Contemporaneously with the filing of this Motion, the Trustee has filed his *Motion For Order (I) Terminating Joint Administration of Sharon Road Properties, LLC Case, (II) Converting Remaining Cases To Chapter 11, And (III) Providing Miscellaneous Related Relief* [D.E. 253] (the "Conversion Motion").

3. D. Siskey has previously placed a portion of life insurance proceeds she received from the death of Rick Siskey in an escrow account ("Escrow Account"). The balance of the

---

[1] These jointly administered cases are those of the following debtors: TSI Holdings, LLC, Case No. 17-30132, WSC Holdings, LLC Case No. 17-30338, SouthPark Partners, LLC Case No. 17-30339 and Sharon Road Properties, LLC Case No. 17-30363.

escrow account as of March 31, 2018 was $37,606,730.38 ("Escrow Proceeds"). The Plan contemplates distribution of the Escrow Proceeds plus certain additional funds to holders of allowed claims against the Ponzi Debtors as well as to certain other investors who were also victims of Rick Siskey's Ponzi scheme, in exchange for certain releases, all as further described in the Plan. In the interim, as part of the broader Settlement, D. Siskey has consented to the release of $15,000,000 ("Released Funds") from the Escrow Account to the Ponzi Debtors to enable an interim distribution ("Interim Distribution") to investors with allowed claims in the Ponzi Debtors cases. The Trustee anticipates making the Interim Distribution prior to the entry of a written order on conversion from the Court. The Trustee proposes to set aside $500,000 of the Released Funds for administrative expenses of the Ponzi Debtors and to distribute $14,500,000 to investors with allowed claims in the Ponzi Debtors cases, to the investors and in the amount shown on attached Exhibits A, B, and C. An Interim Distribution of $14,500,000 will allow a pro-rata distribution of approximately 39.67% to holders of allowed base claims in the Ponzi Debtors.[2]

**BACKGROUND**

4.      On January 27, 2017, an involuntary bankruptcy petition (D.E. 1) pursuant to chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Code"), was filed against TSI, initiating this case (this "Case"). On February 2, 2017, the Court held an emergency hearing on the petitioning creditors' emergency motion to appoint an interim trustee for the Debtor in this Case (D.E. 5) (the "Trustee Motion"). On February 8, 2017, the Court entered its Order granting the Trustee Motion (D.E. 17), appointing the Trustee. The Court subsequently entered its *Order For Relief* (D.E. 32) on February 22, 2017.

---

[2]      This percentage distribution is premised upon the Stone Street claims not receiving any distribution as part of the interim distribution. Prior to filing this Motion, Stone Street has indicated informally to the Trustee that it would consent to such an outcome. To the extent that Stone Street does not stand by this assurance, the Trustee is prepared to bring a motion to estimate Stone Street's claim at $0.

5. Similar involuntary petitions and motions were filed against WSC, SPP and SRP, and the Court appointed the Trustee and entered orders for relief in those cases.

6. The Court authorized the joint administration of these four cases by order entered on May 23, 2017 (D.E. 63).

7. Evidence presented to the Court in the Trustee Motion, including an affidavit of Timothy Darin Stutheit, a Special Agent with the Federal Bureau of Investigation, showed that Rick Siskey ("R. Siskey"), prior to his death on December 28, 2016, operated TSI as a Ponzi scheme (the "Ponzi Scheme") (D.E. 5).

8. Based on the Debtors' records, and other evidence, the Trustee and his professionals are of the opinion that TSI, WSC, and SPP were each operated as part of the Ponzi Scheme.

9. Alternatively, this Court has held that SRP is not part of a Ponzi Scheme and that distribution to SRP claimants shall be from the assets of SRP and the assets of SRP shall satisfy the SRP administrative expenses (see Claim's Order at D.E. 177).

10. R. Siskey's decedent's estate (the "Estate") is being administered in Mecklenburg County, North Carolina by F. Lane Williamson ("Williamson"), in case number 17-E-243. The Trustee and Williamson are coordinating their case administrations. Williamson has also succeeded R. Siskey as Manager of Siskey Industries, LLC ("Siskey Industries"), an entity owned 98% by Rick Siskey.

11. Pursuant to the Settlement with D. Siskey, she has agreed to release $15,000,000 to the Ponzi Debtors' bankruptcy estates.[3] After reserving $500,000 to satisfy administrative expenses in the Ponzi Debtors' cases the Trustee will have $14,500,000 available for the Interim

---

[3] The settlement proceeds will be initially be deposited into the Trustee's TSI bank account, as property of the estate, subject to the understanding that the four Debtor cases have been administratively but not substantively consolidated; the allocation of the settlement proceeds among the Ponzi Debtor cases corresponds with Allowed Claims in each case.

Distribution.  All claims have been reviewed, and the Trustee has obtained orders on objections to claims, settlements regarding claims, and the amounts of allowed claims but for the claims of Stone Street Partners, LLC, f/k/a Siskey Capital, LLC (Claim No. 87), Paul G. Porter (Claim No. 89), or Dawn E. King (Claim No. 88) (the "Stone Street Claimants") and the claim of the SEC.

12.    The Stone Street Claimants have previously indicated a willingness to consent to an interim distribution to investor victims with no reserve for their claims.  Upon filing this Motion, the Trustee will seek confirmation of the Stone Street Claimants on this in writing.  In the absence of such continued consent, the Trustee is prepared to file a motion to estimate their claims at $0.  The SEC has consented to the Interim Distribution.

13.    The relief requested in this Motion is fully supported by the Bankruptcy Code.  Distributions are made in chapter 7 cases as provided in Section 726.  The Interim Distribution proposed through this Motion is consistent with a distribution of estate assets that would occur in any chapter 7 case.  Furthermore, while the Trustee has filed the Conversion Motion, the Trustee is prepared – if necessary – to defer the effectiveness of any order on that Motion until the Interim Distribution has been effectuated.  Finally, the Interim Distribution is premised upon and has been structured in a way to make it an integrated piece of the proposed plan (a form of which is attached as an exhibit to the Conversion Motion) the Trustee intends to effectuate once these cases are converted to chapter 11.

14.    For these reasons, the Trustee requests that the Court approve the Interim Distribution and Interim Compensation proposed herein.

## NOTICE

15.    Notice shall be sent pursuant to the *Order Limiting Service of Process* (D.E. 66) as follows: (a) upon the Bankruptcy Administrator and those parties requesting notice via ECF pursuant to Bankruptcy Rule 2002 via ECF; (b) on any party in interest where the Trustee has a

valid electronic mail address by electronic mail only; (c) by posting all pleadings on the Siskey-Related Bankruptcy Case Webpage; and (d) upon D. Siskey, through counsel.

**WHEREFORE**, the Trustee prays that the Court will enter an Order authorizing the Interim Distribution as set out in this Motion, allowing the Interim Compensation as set out in this Motion, and granting such further relief as is just and proper.

This is the 1st day of June, 2018.

*/s/ Michael L. Martinez*
Joseph W. Grier, III (State Bar No. 7764)
Anna S. Gorman (State Bar No. 20987)
Michael L. Martinez (State Bar No. 39885)
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Telephone: 704.375.3720; Fax: 704.332.0215
mmartinez@grierlaw.com

*Attorneys for Joseph W. Grier, III, Ch. 7 Trustee*

Proposed Claims Distribution
TSI Holdings, LLC 17-30132

| Claim # | Claimant | Allowed | Total Proposed | % |
|---|---|---|---|---|
| 1 | JOHN K KELLY | $305,227.00 | $121,068.50 | 39.67% |
| 2 | PAUL M. And PENNI LEITE | $0.00 | $0.00 | 0.00% |
| 3 | Argo Partners | $100,000.00 | $39,665.07 | 39.67% |
| 4 | LONE ROCK, LP (JAMES L. OVERTURF) | $0.00 | $0.00 | 0.00% |
| 5 | JOSEPH P. PRICE | $0.00 | $0.00 | 0.00% |
| 6 | ARCHIE J PARKER | $125,000.00 | $49,581.34 | 39.67% |
| 7-3 | ARGO PARTNERS, ASSIGNEE OF MICHAEL R. LICATA | $200,000.00 | $79,330.14 | 39.67% |
| 8 | BARBARA A. PETREY | $25,000.00 | $9,916.27 | 39.67% |
| 9 | TONY F. CHANEY, SR. | $225,787.30 | $89,558.69 | 39.67% |
| 10 | CLINT PLEASANTS | $0.00 | $0.00 | 0.00% |
| 11 | CYNTHIA ELLEN CARR | $50,000.00 | $19,832.53 | 39.67% |
| 12 | GERALD D MEAD | $331,122.04 | $131,339.78 | 39.67% |
| 13 | JAMES M POTEAT  MELANIE F POTEAT | $0.00 | $0.00 | 0.00% |
| 14 | MAINSTAR TRUST FBO BRUCE R. SMITH | $390,000.00 | $154,693.77 | 39.67% |
| 15 | MAINSTAR TRUST FBO ROBERT W. SMITH, JR. | $150,000.00 | $59,497.60 | 39.67% |
| 16 | MAINSTAR TRUST FBO MELVIN MCCULLOUGH | $148,000.00 | $58,704.30 | 39.67% |
| 17 | GEORGE N. LOVELACE | $125,000.00 | $49,581.34 | 39.67% |
| 18 | MAINSTAR TRUST FBO GEORGE N. LOVELACE | $144,454.00 | $57,297.78 | 39.67% |
| 19 | MAINSTAR TRUST FBO MARY JEWETT EFIRD | $99,000.00 | $39,268.42 | 39.67% |
| 20 | JOHN AND SUE JOHNSEN | $50,000.00 | $19,832.53 | 39.67% |
| 21 | JEFFREY DENNIS HOWARD | $0.00 | $0.00 | 0.00% |
| 22 | SAGITA NORRIS | $341,000.00 | $135,257.88 | 39.67% |
| 23 | MAVIS H. ANDERSON | $85,000.00 | $33,715.31 | 39.67% |
| 24 | JAMES H PARKS AND BRENDA R PARKS | $401,800.00 | $159,374.25 | 39.67% |
| 25 | MAINSTAR TRUST FBO JANICE D. BEDDARD | $175,000.00 | $69,413.87 | 39.67% |
| 26 | MAINSTAR TRUST FBO WILLIAM C. VANNESS, III | $50,000.00 | $19,832.53 | 39.67% |
| 27 | MAINSTAR TRUST FBO NICOLE VANNESS | $50,000.00 | $19,832.53 | 39.67% |
| 28 | DIANE G. DAVIS | $180,000.00 | $71,397.12 | 39.67% |
| 29 | J. MICHAEL AND KRISTEN COWLING | $450,000.00 | $178,492.81 | 39.67% |
| 30 | ESTATE OF BETTY M. MAYNARD | $84,834.00 | $33,649.46 | 39.67% |
| 31 | MAINSTAR TRUST FBO SUSAN D LIGON | $94,000.00 | $37,285.16 | 39.67% |
| 32 | MICHAEL DENNIS LIGON | $1,100,000.00 | $436,315.76 | 39.67% |
| 33 | PATRICIA HARDIN CHESTER | $50,000.00 | $19,832.53 | 39.67% |
| 33-2 | MAINSTAR TRUST FBO PATRICIA HARDIN CHESTER | $191,152.78 | $75,820.88 | 39.67% |
| 34 | MAINSTAR TRUST FBO TED F. NORWOOD | $268,033.04 | $106,315.49 | 39.67% |
| 35 | INTERNAL REVENUE SERVICE | $0.00 | $0.00 | 0.00% |
| 36 | ENRIQUE PAREDES TABLAS | $85,000.00 | $33,715.31 | 39.67% |
| 37 | ELIZABETH A. MONCRIEF | $638,000.00 | $253,063.14 | 39.67% |
| 38 | DHIREN M. AND SHERRY BALLARD RATHOD | $50,000.00 | $19,832.53 | 39.67% |
| 39 | MICHAEL GREGG MARSHALL | $195,000.00 | $77,346.88 | 39.67% |
| 40 | SCOTT HICKS | $0.00 | $0.00 | 0.00% |
| 41 | MAINSTAR TRUST FBO SCOTT HICKS | $218,000.00 | $86,469.85 | 39.67% |
| 42 | MAINSTAR TRUST FBO LUCINDA H. HICKS | $290,000.00 | $115,028.70 | 39.67% |
| 43 | WILLIAM DANCER | $0.00 | $0.00 | 0.00% |
| 44 | MAINSTAR TRUST FBO WILLIAM DANCER | $218,000.00 | $86,469.85 | 39.67% |
| 45 | DAVID J. MAHONEY | $0.00 | $0.00 | 0.00% |
| 46 | MAINSTAR TRUST FBO DAVID J. MAHONEY | $41,000.00 | $16,262.68 | 39.67% |
| 47 | ROBERT B. AND APRIL M. FRAZER | $410,000.00 | $162,626.78 | 39.67% |
| 48 | MAINSTAR TRUST FBO SUSAN E FALIN | $50,000.00 | $19,832.53 | 39.67% |
| 49 | JUDSON MICHAEL PELT | $125,000.00 | $49,581.34 | 39.67% |
| 50 | MAINSTAR TRUST FBO ERIC WARD | $270,000.00 | $107,095.69 | 39.67% |
| 51 | MAINSTAR TRUST FBO STEVEN M BROWN | $200,000.00 | $79,330.14 | 39.67% |
| 52 | MAINSTAR TRUST FBO JAMES S HUNT | $230,000.00 | $91,229.66 | 39.67% |
| 53 | MAINSTAR TRUST FBO LYNANN NEHLS | $230,000.00 | $91,229.66 | 39.67% |
| 54 | ROZSAK CAPITAL, LLP | $0.00 | $0.00 | 0.00% |
| 55 | MELTON BROWN | $0.00 | $0.00 | 0.00% |
| 56 | MAINSTAR TRUST FBO MICHAEL C. D'AGATA | $70,000.00 | $27,765.55 | 39.67% |
| 57 | CHERYL D. ECKLEY | $700,000.00 | $277,655.48 | 39.67% |
| 57-2 | MAINSTAR TRUST FBO CHERYL D. ECKLEY | $1,000,000.00 | $396,650.68 | 39.67% |



## EXHIBIT A

Proposed Claims Distribution
TSI Holdings, LLC 17-30132

| # | Name | Claim | Distribution | % |
|---|---|---|---|---|
| 58 | MAINSTAR TRUST FBO JEANNE B. TURNER | $37,000.00 | $14,676.08 | 39.67% |
| 59 | MAINSTAR TRUST FBO PAUL A. TURNER | $272,000.00 | $107,888.99 | 39.67% |
| 60 | ADAM GOULET | $29,884.95 | $11,853.89 | 39.67% |
| 61 | MICHAEL SALAMONE | $883,000.00 | $350,242.56 | 39.67% |
| 62 | EHE INVESTMENTS, LLC | $200,000.00 | $79,330.14 | 39.67% |
| 63 | WESLEY CAMPBELL | $100,000.00 | $39,665.07 | 39.67% |
| 64 | CAMPBELL OIL COMPANY | $100,000.00 | $39,665.07 | 39.67% |
| 65 | BRIAN DIXON CAMPBELL | $50,000.00 | $19,832.53 | 39.67% |
| 66 | ROBERT CRAIG CASS | $295,000.00 | $117,011.95 | 39.67% |
| 67 | MAINSTAR TRUST FBO JOHN BOCCIA | $115,000.00 | $45,614.83 | 39.67% |
| 68 | CHARLOTTE DREIBELBIS | $150,000.00 | $59,497.60 | 39.67% |
| 69 | ESTATE OF CAROL T. CORREGGIAC/O JENNIFER BECKNELL | $100,000.00 | $39,665.07 | 39.67% |
| 70 | MAINSTAR TRUST FBO ANTHONY WILLIAM PACKER | $413,715.00 | $164,100.34 | 39.67% |
| 71 | MAINSTAR TRUST FBO DON W. GARRETT | $351,000.00 | $139,224.39 | 39.67% |
| 72 | BRIAN WILDER | $509,000.00 | $201,895.20 | 39.67% |
| 73 | U.S. SECURITIES AND EXCHANGE COMMISSION ATLANTA REGIONAL OFFICE | $0.00 | $0.00 | 0.00% |
| 74 | MAINSTAR TRUST FBO THOMAS J. CUSACK | $70,331.85 | $27,897.18 | 39.67% |
| 75 | MAINSTAR TRUST FBO DONALD B. OLIN (ROTH IRA) | $233,950.00 | $92,796.43 | 39.67% |
| 76 | DENNIS & ROBIN SCALA | $490,000.00 | $194,358.84 | 39.67% |
| 77 | MAINSTAR TRUST FBO THOMAS J. CROZIER, III (TRADITIONAL IRA)EDWARD T. HINSON, JR. JAMES, MCELROY & DIEHL, PA | $83,000.00 | $32,922.01 | 39.67% |
| 78 | MAINSTAR TRUST FBO KENT M. KALINA | $45,000.00 | $17,849.28 | 39.67% |
| 79 | IVY ROBINSON(IVY ROBINSON DUNSTAN REVOCABLE TRUST)IVY ROBINSON | $100,000.00 | $39,665.07 | 39.67% |
| 80 | MAINSTAR TRUST FBO RICHARD E. GERMAN | $15,315.97 | $6,075.09 | 39.67% |
| 81 | MAINSTAR TRUST FBO SARAH P. GERMAN | $109,700.00 | $43,512.58 | 39.67% |
| 82 | JEFFREY D. ODEN | $5,000.00 | $1,983.25 | 39.67% |
| 83 | JERRY ROBERT KING | $600,000.00 | $237,990.41 | 39.67% |
| 84 | MAINSTAR TRUST FBO ROSE B. CUMMINGS (TRADITIONAL IRA)EDWARD T. HINSON, JR. JAMES, MCELROY & DIEHL, PA | $140,000.00 | $55,531.10 | 39.67% |
| 85 | DONALD G COREY | $0.00 | $0.00 | 0.00% |
| 86 | MAINSTAR TRUST FBO WILLIAM D. CUMMINGS (TRADITIONAL IRA)EDWARD T. HINSON, JR. JAMES, MCELROY & DIEHL, PA | $165,000.00 | $65,447.36 | 39.67% |
| 87 | STONE STREET PARTNERS, LLC FKA SISKEY CAPITAL, LLCJAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 88 | DAWN E. KINGJAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 89 | PAUL G. PORTERJAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 90 | PETER EWERT | $0.00 | $0.00 | 0.00% |
| 91 | MAINSTAR TRUST FBO TONY F. CHANEY, SR. | $140,000.00 | $55,531.10 | 39.67% |
| 92 | SCOTT DUNSTAN | $0.00 | $0.00 | 0.00% |
| 93 | RICHARD E. BYRD, III AND DEBORAH BYRD | $0.00 | $0.00 | 0.00% |
| 94 | ERIC MCDONALD | $0.00 | $0.00 | 0.00% |
| 95 | LAUREN PISCATELLI | $699,485.00 | $277,451.21 | 39.67% |
| 96 | LAUREN PISCATELLI | $0.00 | $0.00 | 0.00% |
| 97 | HARVEY G ALLISON | $0.00 | $0.00 | 0.00% |
| 98 | CRAIG S BREWER | $0.00 | $0.00 | 0.00% |
|  | **TOTALS** | **$17,511,792.93** | **$6,946,064.71** | **39.67%** |

# EXHIBIT A

Proposed Claims Distribution
WSC Holdings, LLC 17-30338

| Claim # | Claimant | Allowed | Total Proposed | % |
|---|---|---|---|---|
| 1 | GARY AND KAREN FRAZIER | $445,000.00 | $176,509.56 | 39.67% |
| 2 | PAUL AND PENNI LEITE | $100,000.00 | $39,665.07 | 39.67% |
| 3 | TOBITHA DEESE | $27,500.00 | $10,907.89 | 39.67% |
| 4 | JOSEPH P. PRICE | $28,880.00 | $11,455.27 | 39.67% |
| 5P | INTERNAL REVENUE SERVICE | $0.00 | $0.00 | 0.00% |
| 5U | INTERNAL REVENUE SERVICE | $0.00 | $0.00 | 0.00% |
| 6 | EVELYN LAYNETTE ROBINSON C/O JAMES W. SURANE | $380,012.69 | $150,732.30 | 39.67% |
| 7 | ARGO PARTNERS | $990,000.00 | $392,684.18 | 39.67% |
| 8 | MAINSTAR TRUST FBO JOHN D PHILLIPS JR | $150,000.00 | $59,497.60 | 39.67% |
| 9 | KATHERINE S. ALDRIDGE | $100,000.00 | $39,665.07 | 39.67% |
| 10 | KATHERINE S. ALDRIDGE | $0.00 | $0.00 | 0.00% |
| 11 | GEORGE HOLMES | $50,000.00 | $19,832.53 | 39.67% |
| 12 | MAINSTAR TRUST FBO DANA LEMONS | $100,000.00 | $39,665.07 | 39.67% |
| 13 | MAINSTAR TRUST FBO HERBERT LEE LEMONS | $100,000.00 | $39,665.07 | 39.67% |
| 14 | KATHY V. BEAM | $70,000.00 | $27,765.55 | 39.67% |
| 15 | GENE AND TONYA LIGON | $100,000.00 | $39,665.07 | 39.67% |
| 16 | GREGORIE SCOTT RIVERS | $200,000.00 | $79,330.14 | 39.67% |
| 17 | TERENCE S. & CATHY S. ROCHE C/O JONATHAN E. BUCHAN ESSEX RICHARDS, P.A. | $270,000.00 | $107,095.69 | 39.67% |
| 18 | ROBERT B. AND APRIL M. FRAZER | $436,712.00 | $173,222.12 | 39.67% |
| 19 | MICHAEL W BURKHARD | $78,747.50 | $31,235.25 | 39.67% |
| 20 | MAINSTAR TRUST FBO NORMAN D. BAUCOM | $40,000.00 | $15,866.03 | 39.67% |
| 21 | SHANNON JOHNSEN BAUCOM | $40,000.00 | $15,866.03 | 39.67% |
| 22 | TERESA L HAWKINS AND MICHAEL W BURKHARD | $273,088.50 | $108,320.74 | 39.67% |
| 23 | TERESA L HAWKINS AND MICHAEL W BURKHARD | $267,618.22 | $106,150.95 | 39.67% |
| 24 | RANDY REITTINGER | $100,000.00 | $39,665.07 | 39.67% |
| 25 | LYLE AND JEANNETTE RANSON | $101,920.00 | $40,426.64 | 39.67% |
| 26P | MAINSTAR TRUST FBO LYLE RANSON | $144,000.00 | $57,117.70 | 39.67% |
| 26U | LYLE RANSON | $0.00 | $0.00 | 0.00% |
| 27P | MAINSTAR TRUST FBO JEANETTE RANSON | $141,000.00 | $55,927.75 | 39.67% |
| 27U | JEANETTE RANSON | $0.00 | $0.00 | 0.00% |
| 28 | CARL PATTERSON | $100,000.00 | $39,665.07 | 39.67% |
| 29 | ROBERT J NASTASE | $0.00 | $0.00 | 0.00% |
| 30 | JAMES MICHAEL ALDRIDGE, SR. | $0.00 | $0.00 | 0.00% |
| 31 | MAINSTAR TRUST FBO WANDA EDWARDS MILLER | $132,000.00 | $52,357.89 | 39.67% |
| 32 | WANDA EDWARDS MILLER | $49,000.00 | $19,435.88 | 39.67% |
| 33 | MAINSTAR TRUST FBO CRAIG STEPHENS MILLER | $35,000.00 | $13,882.77 | 39.67% |
| 34 | ARGO PARTNERS | $100,000.00 | $39,665.07 | 39.67% |
| 35 | PETER SCHWARZ AND JENNIFER SCHWARZ C/O JONATHAN E. BUCHAN ESSEX RICHARDS, P.A. | $200,000.00 | $79,330.14 | 39.67% |
| 36 | MELTON BROWN | $150,000.00 | $59,497.60 | 39.67% |
| 37 | MAINSTAR TRUST FBO CHERYL ECKLEY | $700,000.00 | $277,655.48 | 39.67% |
| 37-2 | CHERYL ECKLEY | $394,529.75 | $156,490.50 | 39.67% |
| 38 | DAISY COUCH | $20,000.00 | $7,933.01 | 39.67% |
| 39 | ESTATE OF VIJAY DOSHI | $378,536.29 | $150,146.68 | 39.67% |
| 40 | CHRISTA T BOGGS | $51,500.00 | $20,427.51 | 39.67% |
| 41 | CARLTON TYSON | $300,000.00 | $118,995.21 | 39.67% |
| 42 | CARL E. AND DOROTHY MERRELL | $125,000.00 | $49,581.34 | 39.67% |
| 43 | MAINSTAR TRUST FBO CARL E. MERRELL | $80,500.00 | $31,930.38 | 39.67% |
| 44 | MAINSTAR TRUST FBO DEBORAH S. MONNETT | $180,000.00 | $71,397.12 | 39.67% |
| 44-2 | DEBORAH S. MONNETT | $220,000.00 | $87,263.14 | 39.67% |
| 45 | MAINSTAR TRUST FBO KATHRYN FURR | $37,600.00 | $14,914.07 | 39.67% |
| 46 | MAINSTAR TRUST FBO BOBBY FURR | $67,750.00 | $26,873.08 | 39.67% |
| 47 | MAINSTAR TRUST FBO JEANNE B. TURNER | $144,939.44 | $57,490.33 | 39.67% |
| 48 | LORRAINE MACHEN | $63,000.00 | $24,988.99 | 39.67% |
| 49 | LAURA C. SMITH TRUST C/O BARBARA KOVALEV | $66,000.00 | $26,178.95 | 39.67% |
| 50 | ROBERT CRAIG CASS | $0.00 | $0.00 | 0.00% |
| 51 | KEITH M. STROUD, JR. | $484,126.66 | $192,029.17 | 39.67% |

## EXHIBIT B

Proposed Claims Distribution
WSC Holdings, LLC 17-30338

| # | Claimant | Amount | Distribution | % |
|---|---|---|---|---|
| 51-2 | MAINSTAR TRUST FBO KEITH M. STROUD, JR. | $403,723.53 | $160,137.21 | 39.67% |
| 52 | U.S. SECURITIES AND EXCHANGE COMMISSION | $0.00 | $0.00 | 0.00% |
| 53 | BRIAN WILDER | $0.00 | $0.00 | 0.00% |
| 54 | MAINSTAR TRUST FBO THOMAS J. CROZIER, III (TRADITIONAL IRA) | $160,377.74 | $63,613.94 | 39.67% |
| 55 | MATTHEW C. MCFEE | $53,125.00 | $21,072.07 | 39.67% |
| 56 | BALLANTYNE CLUBDOMINIUM, LLC ATTN: RICH LAVECCHIA | $0.00 | $0.00 | 0.00% |
| 57 | RRL PARTNERS, LLC ATTN: RICH LAVECCHIA | $0.00 | $0.00 | 0.00% |
| 58 | CAROLYN B. CROZIER AND THOMAS J. CROZIER | $300,000.00 | $118,995.21 | 39.67% |
| 59 | MAINSTAR TRUST FBO CAROLYN B. CROZIER (TRADITIONAL IRA) | $93,500.00 | $37,086.84 | 39.67% |
| 60 | KENT M. KALINA | $24,772.50 | $9,826.03 | 39.67% |
| 61 | IVY ROBINSON | $200,000.00 | $79,330.14 | 39.67% |
| 62 | MAINSTAR TRUST FBO ANN H. MILTICH | $100,000.00 | $39,665.07 | 39.67% |
| 63 | JERRY ROBERT KING EDWARD T. HINSON, JR. JAMES, MCELROY & DIEHL, PA | $580,000.00 | $230,057.40 | 39.67% |
| 64 | SCOTT JERNIGAN STONE STREET PARTNERS, LLC FKA SISKEY CAPITAL, LLC JAMES C. SMITH | $0.00 | $0.00 | 0.00% |
| 65 | NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 66 | DAWN E. KING | $0.00 | $0.00 | 0.00% |
| 67 | PAUL G. PORTER JAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 68 | MAINSTAR TRUST FBO WILLIAM F. BASS | $50,000.00 | $19,832.53 | 39.67% |
| 69 | LAUREN PISCATELLI | $260,000.00 | $103,129.18 | 39.67% |
| 70 | MAINSTAR TRUST FBO ROBERT J BOWERS | $65,631.85 | $26,032.92 | 39.67% |
| 71 | DON W. GARRETT | $13,000.00 | $5,156.46 | 39.67% |
| 72 | LAUREN PISCATELLI | $0.00 | $0.00 | 0.00% |
| 73 | HARVEY G ALLISON | $0.00 | $0.00 | 0.00% |
| 74 | SCOTT DUNSTAN | $100,000.00 | $39,665.07 | 39.67% |
| 75 | JAMES AND MELANIE POTEAT | $600,000.00 | $237,990.41 | 39.67% |
| 76 | ARGO PARTNERS | $20,000.00 | $7,933.01 | 39.67% |
| | **TOTALS** | **$11,838,091.67** | **$4,695,587.21** | **39.67%** |

# EXHIBIT B

Proposed Claims Distribution
SouthPark Partners, LLC 17-30339

| Claim # | Claimant | Allowed | Total Proposed | % |
|---|---|---|---|---|
| 1 | JOSEPH P. PRICE | $0.00 | $0.00 | 0.00% |
| 2 | EVELYN LAYNETTE ROBINSON C/O JAMES W. SURANE | $0.00 | $0.00 | 0.00% |
| 3-2 | JAMES D. JAVARAS | $0.00 | $0.00 | 0.00% |
| 4-2 | NANCY JAVARAS | $0.00 | $0.00 | 0.00% |
| 5 | THEODORE HAWLEY III | $0.00 | $0.00 | 0.00% |
| 6 | CYNTHIA K. HAWLEY | $0.00 | $0.00 | 0.00% |
| 7 | QUALITY AUTO MACHINE, INC. | $95,000.00 | $37,681.82 | 39.67% |
| 8 | MELVIN MCCULLOUGH | $0.00 | $0.00 | 0.00% |
| 9 | QUALITY AUTO MACHINE, INC. | $0.00 | $0.00 | 0.00% |
| 10 | INTERNAL REVENUE SERVICE | $0.00 | $0.00 | 0.00% |
| 11 | ROBERT B. AND APRIL M. FRAZER | $375,000.00 | $148,744.01 | 39.67% |
| 12 | MAINSTAR TRUST FBO TERESA L HAWKINS | $256,500.00 | $101,740.90 | 39.67% |
| 13 | TERESA L HAWKINS AND MICHAEL W BURKHARD | $158,600.00 | $62,908.80 | 39.67% |
| 14 | MAINSTAR TRUST FBO ANGELA R. THOMAS | $286,089.15 | $113,477.46 | 39.67% |
| 15-2 | MAINSTAR TRUST FBO PHILLIP R. THOMAS | $16,861.25 | $6,688.03 | 39.67% |
| 16P | MAINSTAR TRUST FBO LYLE RANSON | $11,250.00 | $4,462.32 | 39.67% |
| 16U | LYLE RANSON | $0.00 | $0.00 | 0.00% |
| 17P | MAINSTAR TRUST FBO JEANETTE RANSON | $11,250.00 | $4,462.32 | 39.67% |
| 17U | JEANETTE RANSON | $0.00 | $0.00 | 0.00% |
| 18 | MAINSTAR TRUST FBO ROBERT J NASTASE | $95,300.00 | $37,800.81 | 39.67% |
| 19 | WALTER D. ALDRIDGE | $0.00 | $0.00 | 0.00% |
| 20 | PETER SCHWARZ AND JENNIFER SCHWARZ C/O JONATHAN E. BUCHAN ESSEX RICHARDS, P.A. | $120,000.00 | $47,598.08 | 39.67% |
| 21 | CHERYL D. ECKLEY | $73,000.00 | $28,955.50 | 39.67% |
| 22 | NALINI DOSHI | $0.00 | $0.00 | 0.00% |
| 23 | DAISY COUCH | $0.00 | $0.00 | 0.00% |
| 24 | BRIAN WILDER | $2,584,593.91 | $1,025,180.95 | 39.67% |
| 25 | U.S. SECURITIES AND EXCHANGE COMMISSION | $0.00 | $0.00 | 0.00% |
| 26 | JAMES E. COLLIE | $0.00 | $0.00 | 0.00% |
| 27 | MAINSTAR TRUST FBO ANN H. MILTICH | $50,000.00 | $19,832.53 | 39.67% |
| 28 | MAINSTAR TRUST FBO JERRY ROBERT KING | $448,000.00 | $177,699.51 | 39.67% |
| 29 | MAINSTAR TRUST FBO TERRY F. KING | $182,000.00 | $72,190.43 | 39.67% |
| 30 | ERIC A. ROGERS | $0.00 | $0.00 | 0.00% |
| 31 | TAMMIE A. STAHL | $0.00 | $0.00 | 0.00% |
| 32 | FRANK J. LEON | $0.00 | $0.00 | 0.00% |
| 33 | SCOTT JERNIGAN | $2,442,765.50 | $968,924.61 | 39.67% |
| 34 | DAWN E. KING C/O JAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 35 | PAUL G. PORTER JAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 36 | STONE STREET PARTNERS, LLC FKA SISKEY CAPITAL, LLC JAMES C. SMITH NEXSEN PRUET, PLLC | $0.00 | $0.00 | 0.00% |
| 37 | RANDY HERRIN | $0.00 | $0.00 | 0.00% |
| 38 | RALPH N. COCHRANE C/O TURNER LAW FIRM, PLLC | $0.00 | $0.00 | 0.00% |
| 39 | HARVEY G ALLISON | $0.00 | $0.00 | 0.00% |
| | **TOTALS** | **$7,206,209.81** | **$2,858,348.08** | **39.67%** |

# EXHIBIT C