UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| TSI HOLDINGS, LLC, | Case No. 17-30132 (LEAD) |
| WSC HOLDINGS, LLC, | Case No. 17-30338 |
| SOUTHPARK PARTNERS, LLC, | Case No. 17-30339 |
| SHARON ROAD PROPERTIES, LLC, | Case No. 17-30363 |
| Debtors. | CHAPTER 7 Jointly Administered |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Matthew W. Krueger-Andes of the law firm of Smith Moore Leatherwood LLP ("Movant") and presents this Motion to Withdraw as Counsel for creditors Brian Wilder, Scott Jernigan, Wesley Campbell, Brian Dixon Campbell, Brian Investments, LLC, Campbell Oil Company, and EHE Investments, LLC ("Creditors") in the above-captioned matters. In support of this Motion, Movant shows the Court as follows:

1. Movant is currently counsel of record for Creditors.

2. Robert R. Marcus, who is also counsel of record for Creditors, has left the law firm of Smith Moore Leatherwood LLP and joined the law firm of Bradley Arant Boult Cummings LLP. (*See* D.E. 287.)

3. Creditors elected to transfer this matter to Bradley Arant Boult Cummings LLP, and Mr. Marcus will continue to act as counsel for Creditors.

4. As requested in the Notice of Change of Firm/Address filed by Mr. Marcus on July 9, 2018 (D.E. 287), all further communications and pleadings should be sent to Mr. Marcus at the following address:

> Robert R. Marcus
> Bradley Arant Boult Cummings LLP
> 214 North Tryon Street, Suite 3700
> Charlotte, NC 28202
> Telephone:  (704) 338-6020
> Facsimile:  (704) 332-8858
> E-mail:  rmarcus@bradley.com

5. Creditors consent to Movant's withdrawal as counsel in this action.

6. Movant is submitting a proposed order contemporaneously with this Motion.

WHEREFORE, Movant requests that the Court issue an Order allowing attorney Matthew W. Krueger-Andes of the law firm of Smith Moore Leatherwood LLP to withdraw and be relieved of any further duties as counsel of record for Brian Wilder, Scott Jernigan, Wesley Campbell, Brian Dixon Campbell, Brian Investments, LLC, Campbell Oil Company, and EHE Investments, LLC in the above-captioned matters.

This the 17th day of July, 2018.

> /s/ Matthew W. Krueger-Andes
> Matthew W. Krueger-Andes
> N.C. Bar No. 42984
> SMITH MOORE LEATHERWOOD LLP
> 101 North Tryon Street, Suite 1300
> Charlotte, NC 28246
> Telephone: 704.384.2600
> Facsimile: 704.384.2800
> matt.krueger-andes@smithmoorelaw.com
>
> *Counsel for Brian Wilder, Scott Jernigan, Wesley Campbell, Brian Dixon Campbell, Brian Investments, LLC, Campbell Oil Company, and EHE Investments, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties requesting notice through the Court's electronic noticing system.

This the 17th day of July, 2018.

/s/ Matthew W. Krueger-Andes_____
Matthew W. Krueger-Andes