# EXHIBIT RECORD

FILED
U.S. Bankruptcy Court
of NC

JUL 19 2018

Steven T. Salata, Clerk
Charlotte Division
JLB

| Date: 7/19/18 | Courtroom Deputy: Jennifer Bryant | | |
|---|---|---|---|
| Case Name(s): TSI Holdings, LLC, et. Al. | | | |
| Case Numbers(s): 17-30132 | | | |
| Attorney for Creditor: Andrew Houston | | | |
| Attorney for Trustee: Joseph Grier, Michael Martinez | | | |
| Number | Description | ID | ADM |
| Exhibit 1 | Summary of Marketing prepared by Bailey Patrick | X | X |
| Exhibit 2 | Color Brochure prepared by Bailey Patrick | X | X |
|  | Judicial Notice of prior Testimony of Bailey Patrick | X | Judicial Notice |
|  | Supplemental Affidavit of Joseph Grier, III (Document 296) | X | Judicial Notice |
| Creditor | Summary of the Argument | X | Judicial Notice |
| Location: Clt | | | |