Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 17-30132  
**Case Name:** TSI HOLDINGS, LLC  
**For Period Ending:** 06/30/2018

**Trustee Name:** (530460) Joseph W. Grier  
**Date Filed (f) or Converted (c):** 01/27/2017 (f)  
**§ 341(a) Meeting Date:** 05/25/2017  
**Claims Bar Date:** 08/23/2017

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | BROKERAGE ACCOUNT ACCOUNT AT T.R. WINSTON & COMPANY, XXXXXX1049<br>Brokerage Account Account at T.R. Winston & Company, xxxxxx1049 | 44,712.67 | 44,712.67 | | 31,028.64 | FA | 0.00 | 0.00 |
| 2 | CHECKING ACCOUNT AT BANK OF AMERICA CHECKING ACCOUNT, XXXXXX3191<br>Checking Account at Bank of America Checking Account, xxxxxx3191 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | CLAIMS AGAINST ESTATE OF RICHARD C. SISKEY, MECKLENBURG CO. ESTATE FILE 17-E-243 INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY & OTHERS.. AMOUNT REQUESTED: UNKNOWN<br>Claims against Estate of Richard C. Siskey, Mecklenburg Co. Estate File 17-E-243 including but not limited to life insurance proceeds paid to Diane Siskey & others.. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 4 | CLAIMS AGAINST DIANE SISKEY INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY. AMOUNT REQUESTED: UNKNOWN<br>Claims against Diane Siskey including but not limited to life insurance proceeds paid to Diane Siskey. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 5 | CLAIM AGAINST SOUTHPARK PARTNERS, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Southpark Partners, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 6 | CLAIM AGAINST WSC HOLDINGS, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against WSC Holdings, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7 | CLAIM AGAINST SHARON ROAD PROPERTIES, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Sharon Road Properties, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8 | VARIOUS AVOIDANCE ACTIONS, INCLUDING "NET WINNER" ACTIONS. AMOUNT REQUESTED: UNKNOWN<br>Various avoidance actions, including "net winner" actions. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9 | CLAIMS AGAINST OTHER PARTIES, UNKNOWN. AMOUNT REQUESTED: UNKNOWN<br>Claims against other parties, unknown. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10 | CLAIM AGAINST SISKEY INDUSTRIES, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Siskey Industries, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11 | Bank account proceeds seized by US (u) | Unknown | Unknown | | 8,422.01 | FA | 0.00 | 0.00 |
| 12* | INTERESTS_IN_INSURANCE_POLICIES (u)<br>Claim against Denise Rhodes for insurance proceeds (See Footnote) | 0.00 | 0.00 | | 440,000.00 | 0.00 | 0.00 | 0.00 |
| 12 | **Assets Totals (Excluding unknown values)** | **$44,712.67** | **$44,712.67** | | **$479,450.65** | **$0.00** | **$0.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 17-30132  
**Case Name:** TSI HOLDINGS, LLC  

**Trustee Name:** (530460) Joseph W. Grier  
**Date Filed (f) or Converted (c):** 01/27/2017 (f)  
**§ 341(a) Meeting Date:** 05/25/2017  

**For Period Ending:** 06/30/2018  
**Claims Bar Date:** 08/23/2017  

RE PROP# 12    Claim against Denise Rhodes for insurance proceeds

---

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

The Trustee has filed a motion requesting authority to make an interim distribution of funds to be provided by Diane Siskey to claimants. The Trustee has requested an Order terminating the joint administration of the Sharon Road Properties, LLC case, Case No. 17-30339. The Court has approved procedures for an auction of Sharon Road Properties' assets on July 19, 2018.

**Initial Projected Date Of Final Report (TFR):** 03/31/2019    **Current Projected Date Of Final Report (TFR):** 03/31/2019

07/30/2018  
Date

/s/Joseph W. Grier  
Joseph W. Grier

Copy Served On:  Shelley K. Abel  
                 Bankruptcy Administrator

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | | Account #: | ******7000 Checking |
| For Period Ending: | 06/30/2018 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/17 | | United States Treasury | Refund of photocopy request fee sent to IRS by Grier Furr & Crisp | 1280-002 | 150.00 | | 150.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 05/16/17 | {1} | T. R. Winston & Comany, LLC | close out brokerage account | 1129-000 | 31,028.64 | | 31,168.64 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 31,158.64 |
| 06/13/17 | 101 | Internatiional Sureties, Ltd. | Increased bond # 016073590 | 3110-000 | | 138.00 | 31,020.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.75 | 30,975.89 |
| 07/10/17 | {11} | United States Treasury | Turnover by US of seized funds (D.E. 69) | 1229-000 | 8,422.01 | | 39,397.90 |
| 07/21/17 | 102 | Bank of America | Invoice 501630 - document production | 2990-000 | | 379.59 | 39,018.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.72 | 38,967.59 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.65 | 38,905.94 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.13 | 38,851.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.60 | 38,792.21 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.79 | 38,736.42 |
| 12/05/17 | 103 | International Sureties, Ltd. | Chapter 7 bond | 3110-000 | | 300.00 | 38,436.42 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.61 | 38,382.81 |
| 02/08/18 | | Denise Rhodes/Ben Lowder insurance settlements | Denise Rhodes/Ben Lowder settlements | | 440,000.00 | | 478,382.81 |
| | {12} | | Denise Rhodes settlement $220,000.00 | 1249-000 | | | 478,382.81 |
| | {12} | | Ben Lowder settlement $220,000.00 | 1249-000 | | | 478,382.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 346.86 | 478,035.95 |
| 03/19/18 | 104 | Internatiional Sureties, Ltd. | Bond | 3110-000 | | 3,099.00 | 474,936.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 686.54 | 474,250.41 |
| 04/26/18 | 105 | Middleswarth & Bowers | Professional fees per order 4/23/18 (D.E. 234) | 3310-000 | | 70,831.44 | 403,418.97 |
| 04/26/18 | 106 | Grier, Furr & Crisp, PA | Professional fees per order 4/23/18 (D.E. 234) | 3110-000 | | 200,000.00 | 203,418.97 |

Page Subtotals:    $479,600.65    $276,181.68

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
|---|---|---|---|
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7000 Checking |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | 107 | EcoScribe | Deposition transcript (D.E. 241] | 3120-000 | | 925.95 | 202,493.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 659.40 | 201,833.62 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 349.21 | 201,484.41 |
| 06/28/18 | 108 | Middleswarth Bowers & Company | Accounting fees (D.E. 270) | 3310-000 | | 19,031.35 | 182,453.06 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.14 | 182,172.92 |

| | | COLUMN TOTALS | | | 479,600.65 | 297,427.73 | $182,172.92 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 479,600.65 | 297,427.73 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$479,600.65** | **$297,427.73** | |

*{ } Asset Reference(s)*                                                                                          *! - transaction has not been cleared*

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
|---|---|---|---|
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/28/17 | | Grier Furr & Crisp PA Trust Account | Net proceeds from sale of Siskey home & Diane Siskey personal property | | 1,898,221.29 | | 1,898,221.29 |
| | | | Net proceeds from sale of Diane Siskey personal property $75,585.00 | 1280-002 | | | 1,898,221.29 |
| | | | Net proceeds from sale of Siskey home $1,822,636.29 | 1280-002 | | | 1,898,221.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.67 | 1,897,977.62 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -243.67 | 1,898,221.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond Voided on 12/05/2017 | 3110-004 | | 300.00 | 1,897,921.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond Voided: check issued on 12/05/2017 | 3110-004 | | -300.00 | 1,898,221.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,791.04 | 1,895,430.25 |
| 02/08/18 | | Rhodes/Lowder settlements | Rhodes/Lowder settlement funds | | 440,000.00 | | 2,335,430.25 |
| | {12} | | Denise Rhodes settlement $220,000.00 | 1249-000 | | | 2,335,430.25 |
| | {12} | | Ben Lowder settlement $220,000.00 | 1249-000 | | | 2,335,430.25 |
| 02/08/18 | | Rhodes/Lowder settlements | Deposit Reversal: Rhodes/Lowder settlement funds | | -440,000.00 | | 1,895,430.25 |
| | {12} | | Denise Rhodes settlement -$220,000.00 | 1249-000 | | | 1,895,430.25 |
| | {12} | | Ben Lowder settlement -$220,000.00 | 1249-000 | | | 1,895,430.25 |
| 02/09/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -2,791.04 | 1,898,221.29 |
| 04/26/18 | 102 | Middleswarth & Bowers | Professional fees per order of 4/23/18 (D.E. 234) Voided on 04/26/2018 | 3310-004 | | 70,831.44 | 1,827,389.85 |
| 04/26/18 | 102 | Middleswarth & Bowers | Professional fees per order of 4/23/18 (D.E. 234) Voided: check issued on 04/26/2018 | 3310-004 | | -70,831.44 | 1,898,221.29 |

Page Subtotals:  $1,898,221.29      $0.00

*{ } Asset Reference(s)*                                                                                                          *! - transaction has not been cleared*

**Form 2**

Page: 2-4

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
|---|---|---|---|
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $60,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 1,898,221.29 | 0.00 | $1,898,221.29 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,898,221.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,898,221.29** | **$0.00** | |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 06/30/2018 | | |
| | | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $60,000.00 |

| | |
|---:|---:|
| Net Receipts: | $2,377,821.94 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,898,371.29 |
| Net Estate: | $479,450.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7000 Checking | $479,600.65 | $297,427.73 | $182,172.92 |
| ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 | $1,898,221.29 | $0.00 | $1,898,221.29 |
| | **$2,377,821.94** | **$297,427.73** | **$2,080,394.21** |

07/30/2018
Date

/s/Joseph W. Grier
Joseph W. Grier