Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 17-30132  
**Case Name:** TSI HOLDINGS, LLC  
**For Period Ending:** 12/31/2018

**Trustee Name:** (530460) Joseph W. Grier  
**Date Filed (f) or Converted (c):** 01/27/2017 (f)  
**§ 341(a) Meeting Date:** 05/25/2017  
**Claims Bar Date:** 08/23/2017

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1  BROKERAGE ACCOUNT ACCOUNT AT T.R. WINSTON & COMPANY, XXXXXX1049<br>Brokerage Account Account at T.R. Winston & Company, xxxxxx1049 | 44,712.67 | 44,712.67 | | 31,028.64 | FA | 0.00 | 0.00 |
| 2  CHECKING ACCOUNT AT BANK OF AMERICA CHECKING ACCOUNT, XXXXXX3191<br>Checking Account at Bank of America Checking Account, xxxxxx3191 (see Asset 11) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3  CLAIMS AGAINST ESTATE OF RICHARD C. SISKEY, MECKLENBURG CO. ESTATE FILE 17-E-243 INCLUDING BUT NOT LIMITED TO LIFE INSURANCE PROCEEDS PAID TO DIANE SISKEY & OTHERS.. AMOUNT REQUESTED: UNKNOWN<br>Claims against Estate of Richard C. Siskey, Mecklenburg Co. Estate File 17-E-243 including but not limited to life insurance proceeds paid to Diane Siskey & others.. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 4*  CLAIMS AGAINST THIRD PARTIES (u)<br>Pro-rata portion of settlement with Diane Siskey, subject to court approval. (See Footnote) | 13,195,987.26 | 13,195,987.26 | | 5,830,558.56 | 7,365,428.70 | 0.00 | 0.00 |
| 5  CLAIM AGAINST SOUTHPARK PARTNERS, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Southpark Partners, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 6  CLAIM AGAINST WSC HOLDINGS, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against WSC Holdings, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7  CLAIM AGAINST SHARON ROAD PROPERTIES, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Sharon Road Properties, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8  VARIOUS AVOIDANCE ACTIONS, INCLUDING "NET WINNER" ACTIONS. AMOUNT REQUESTED: UNKNOWN<br>Various avoidance actions, including "net winner" actions. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9  CLAIMS AGAINST OTHER PARTIES, UNKNOWN. AMOUNT REQUESTED: UNKNOWN<br>Claims against other parties, unknown. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10  CLAIM AGAINST SISKEY INDUSTRIES, LLC. AMOUNT REQUESTED: UNKNOWN<br>Claim against Siskey Industries, LLC. Amount Requested: Unknown | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11  Bank account proceeds seized by US (u) | 8,422.01 | 8,422.01 | | 8,422.01 | FA | 0.00 | 0.00 |
| 12*  INTERESTS_IN_INSURANCE_POLICIES (u)<br>Claim against Denise Rhodes and Ben Lowder for insurance proceeds; to be allocated among TSI, WSC & SouthPark Partners (See Footnote) | 440,000.00 | 440,000.00 | | 440,000.00 | FA | 0.00 | 0.00 |
| 13*  CLAIMS AGAINST THIRD PARTIES (u)<br>Pro-rata portion of settlement with MetLife, subject to court approval. (See Footnote) | 120,763.96 | 120,763.96 | | 0.00 | 120,763.96 | 0.00 | 0.00 |

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case No.:** | 17-30132 | **Trustee Name:** | (530460) Joseph W. Grier |
| **Case Name:** | TSI HOLDINGS, LLC | **Date Filed (f) or Converted (c):** | 01/27/2017 (f) |
| | | **§ 341(a) Meeting Date:** | 05/25/2017 |
| **For Period Ending:** | 12/31/2018 | **Claims Bar Date:** | 08/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| **13** | **Assets Totals (Excluding unknown values)** | **$13,809,885.90** | **$13,809,885.90** | | **$6,310,009.21** | **$7,486,192.66** | **$0.00** | **$0.00** |

| RE PROP# 4 | Pro-rata portion of settlement with Diane Siskey, subject to court approval. |
| RE PROP# 12 | Claim against Denise Rhodes and Ben Lowder for insurance proceeds; to be allocated among TSI, WSC & SouthPark Partners |
| RE PROP# 13 | Pro-rata portion of settlement with MetLife, subject to court approval. |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

This case is being administered jointly with the cases of WSC Holdings, LLC (17-30338) and Southpark Partners, LLC (17-30339). The Trustee filed a motion to approve a settlement with the Administrator of the Rick Siskey probate estate, Diane Siskey and her daughter Jenna Negrelli, Stone Street Partners along with Dawn King & Paul Porter and four MetLife entities. The hearing on the settlement is scheduled for January 8, 2019. The settlement, if approved, will pay investors approximately 90% of their base claims with a reasonable possibility of paying base claims in full plus something over base claims.

**Initial Projected Date Of Final Report (TFR):** 03/31/2019    **Current Projected Date Of Final Report (TFR):** 03/31/2021

**Form 2**

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/17 | | United States Treasury | Refund of photocopy request fee sent to IRS by Grier Furr & Crisp | 1280-002 | 150.00 | | 150.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 05/16/17 | {1} | T. R. Winston & Comany, LLC | close out brokerage account | 1129-000 | 31,028.64 | | 31,168.64 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 31,158.64 |
| 06/13/17 | 101 | Internatiional Sureties, Ltd. | Increased bond # 016073590 | 2300-000 | | 138.00 | 31,020.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.75 | 30,975.89 |
| 07/10/17 | {11} | United States Treasury | Turnover by US of seized funds (D.E. 69) | 1229-000 | 8,422.01 | | 39,397.90 |
| 07/21/17 | 102 | Bank of America | Invoice 501630 - document production | 2990-000 | | 379.59 | 39,018.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.72 | 38,967.59 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.65 | 38,905.94 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.13 | 38,851.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.60 | 38,792.21 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.79 | 38,736.42 |
| 12/05/17 | 103 | International Sureties, Ltd. | Chapter 7 bond | 2300-000 | | 300.00 | 38,436.42 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.61 | 38,382.81 |
| 02/08/18 | | Denise Rhodes/Ben Lowder insurance settlements | Denise Rhodes/Ben Lowder settlements | | 440,000.00 | | 478,382.81 |
| | {12} | | Denise Rhodes settlement $220,000.00 | 1249-000 | | | 478,382.81 |
| | {12} | | Ben Lowder settlement $220,000.00 | 1249-000 | | | 478,382.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 346.86 | 478,035.95 |
| 03/19/18 | 104 | Internatiional Sureties, Ltd. | Bond | 2300-000 | | 3,099.00 | 474,936.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 686.54 | 474,250.41 |
| 04/26/18 | 105 | Middleswarth & Bowers | Professional fees per order 4/23/18 (D.E. 234) | 3310-000 | | 70,831.44 | 403,418.97 |
| 04/26/18 | 106 | Grier, Furr & Crisp, PA | Professional fees per order 4/23/18 (D.E. 234) | 3110-000 | | 200,000.00 | 203,418.97 |

Page Subtotals:    $479,600.65    $276,181.68

{ } Asset Reference(s)                                                                                                                              ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | 107 | EcoScribe | Deposition transcript (D.E. 241] | 3120-000 | | 925.95 | 202,493.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 659.40 | 201,833.62 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 349.21 | 201,484.41 |
| 06/28/18 | 108 | Middleswarth Bowers & Company | Accounting fees (D.E. 270) | 3310-000 | | 19,031.35 | 182,453.06 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.14 | 182,172.92 |
| 07/16/18 | {4} | Diane Siskey | Receipt of Diane Siskey funds for interim distribution | 1249-000 | 5,830,558.56 | | 6,012,731.48 |
| 07/20/18 | 109 | JOHN K KELLY | Interim distribution payment - Dividend paid at 27.58% of $305,227.00; Claim # 1; Filed: $327,916.98 | 7100-000 | | 84,195.67 | 5,928,535.81 |
| 07/20/18 | 110 | Argo Partners, Assignee of Teresa Hawkins and Michael Burkhard | Interim distribution payment - Dividend paid at 27.58% of $100,000.00; Claim # 3; Filed: $133,655.05 | 7100-000 | | 27,584.61 | 5,900,951.20 |
| 07/20/18 | 111 | ARCHIE J PARKER | Interim distribution payment - Dividend paid at 27.58% of $125,000.00; Claim # 6; Filed: $125,000.00 | 7100-000 | | 34,480.76 | 5,866,470.44 |
| 07/20/18 | 112 | ARGO PARTNERS, ASSIGNEE OF MICHAEL R. LICATA | Interim distribution payment - Dividend paid at 27.58% of $200,000.00; Claim # 7-3; Filed: $245,193.78 | 7100-000 | | 55,169.22 | 5,811,301.22 |
| 07/20/18 | 113 | BARBARA A. PETREY | Interim distribution payment - Dividend paid at 27.58% of $25,000.00; Claim # 8; Filed: $27,562.50 | 7100-000 | | 6,896.16 | 5,804,405.06 |
| 07/20/18 | 114 | TONY F. CHANEY, SR. | Interim distribution payment - Dividend paid at 27.58% of $225,787.30; Claim # 9; Filed: $271,399.53 | 7100-000 | | 62,282.54 | 5,742,122.52 |
| 07/20/18 | 115 | CYNTHIA ELLEN CARR | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 11; Filed: $62,826.09 | 7100-000 | | 13,792.30 | 5,728,330.22 |
| 07/20/18 | 116 | GERALD D MEAD | Interim distribution payment - Dividend paid at 27.58% of $331,122.04; Claim # 12; Filed: $406,653.15 | 7100-000 | | 91,338.70 | 5,636,991.52 |
| 07/20/18 | 117 | MAINSTAR TRUST FBO BRUCE R. SMITH | Interim distribution payment - Dividend paid at 27.58% of $390,000.00; Claim # 14; Filed: $517,435.00 | 7100-000 | | 107,579.95 | 5,529,411.57 |
| 07/20/18 | 118 | MAINSTAR TRUST FBO ROBERT W. SMITH, JR. | Interim distribution payment - Dividend paid at 27.58% of $150,000.00; Claim # 15; Filed: $150,000.00 | 7100-000 | | 41,376.90 | 5,488,034.67 |

Page Subtotals:  $5,830,558.56    $545,942.86

{ } Asset Reference(s)                    ! - transaction has not been cleared

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/18 | 119 | MAINSTAR TRUST FBO MELVIN MCCULLOUGH | Interim distribution payment - Dividend paid at 27.58% of $148,000.00; Claim # 16; Filed: $160,083.20 | 7100-000 | | 40,825.21 | 5,447,209.46 |
| 07/20/18 | 120 | GEORGE N. LOVELACE | Interim distribution payment - Dividend paid at 27.58% of $125,000.00; Claim # 17; Filed: $134,199.03 | 7100-000 | | 34,480.75 | 5,412,728.71 |
| 07/20/18 | 121 | MAINSTAR TRUST FBO GEORGE N. LOVELACE | Interim distribution payment - Dividend paid at 27.58% of $144,454.00; Claim # 18; Filed: $193,186.90 | 7100-000 | | 39,847.06 | 5,372,881.65 |
| 07/20/18 | 122 | MAINSTAR TRUST FBO MARY JEWETT EFIRD | Interim distribution payment - Dividend paid at 27.58% of $99,000.00; Claim # 19; Filed: $126,340.40 | 7100-000 | | 27,308.76 | 5,345,572.89 |
| 07/20/18 | 123 | JOHN AND SUE JOHNSEN | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 20; Filed: $55,278.12 | 7100-000 | | 13,792.30 | 5,331,780.59 |
| 07/20/18 | 124 | SAGITA NORRIS | Interim distribution payment - Dividend paid at 27.58% of $341,000.00; Claim # 22; Filed: $432,605.83 | 7100-000 | | 94,063.50 | 5,237,717.09 |
| 07/20/18 | 125 | MAVIS H. ANDERSON | Interim distribution payment - Dividend paid at 27.58% of $85,000.00; Claim # 23; Filed: $90,725.11 | 7100-000 | | 23,446.91 | 5,214,270.18 |
| 07/20/18 | 126 | JAMES H PARKS AND BRENDA R PARKS | Interim distribution payment - Dividend paid at 27.58% of $401,800.00; Claim # 24; Filed: $535,089.67 | 7100-000 | | 110,834.93 | 5,103,435.25 |
| 07/20/18 | 127 | MAINSTAR TRUST FBO JANICE D. BEDDARD | Interim distribution payment - Dividend paid at 27.58% of $175,000.00; Claim # 25; Filed: $206,438.36 | 7100-000 | | 48,273.06 | 5,055,162.19 |
| 07/20/18 | 128 | MAINSTAR TRUST FBO WILLIAM C. VANNESS, III | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 26; Filed: $56,250.00 | 7100-000 | | 13,792.30 | 5,041,369.89 |
| 07/20/18 | 129 | MAINSTAR TRUST FBO NICOLE VANNESS | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 27; Filed: $56,250.00 | 7100-000 | | 13,792.30 | 5,027,577.59 |
| 07/20/18 | 130 | DIANE G. DAVIS | Interim distribution payment - Dividend paid at 27.58% of $180,000.00; Claim # 28; Filed: $194,620.76 | 7100-000 | | 49,652.29 | 4,977,925.30 |
| 07/20/18 | 131 | J. MICHAEL AND KRISTEN COWLING | Interim distribution payment - Dividend paid at 27.58% of $450,000.00; Claim # 29; Filed: $450,000.00 | 7100-000 | | 124,130.71 | 4,853,794.59 |
| 07/20/18 | 132 | ESTATE OF BETTY M. MAYNARD | Interim distribution payment - Dividend paid at 27.58% of | 7100-000 | | 23,401.12 | 4,830,393.47 |

**Page Subtotals:** $0.00   $657,641.20

{ } Asset Reference(s)                                                          ! - transaction has not been cleared

**Form 2**

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $84,834.00; Claim # 30; Filed: $107,091.67 | | | | |
| 07/20/18 | 133 | MAINSTAR TRUST FBO SUSAN D LIGON | Interim distribution payment - Dividend paid at 27.58% of $94,000.00; Claim # 31; Filed: $107,124.41 | 7100-000 | | 25,929.53 | 4,804,463.94 |
| 07/20/18 | 134 | MICHAEL DENNIS LIGON | Interim distribution payment - Dividend paid at 27.58% of $1,100,000.00; Claim # 32; Filed: $1,210,894.47 | 7100-000 | | 303,430.63 | 4,501,033.31 |
| 07/20/18 | 135 | PATRICIA HARDIN CHESTER | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 33; Filed: $275,295.96 | 7100-000 | | 13,792.30 | 4,487,241.01 |
| 07/20/18 | 136 | MAINSTAR TRUST FBO PATRICIA HARDIN CHESTER | Interim distribution payment - Dividend paid at 27.58% of $191,152.78; Claim # 33-2; Filed: $275,295.96 | 7100-000 | | 52,728.74 | 4,434,512.27 |
| 07/20/18 | 137 | MAINSTAR TRUST FBO TED F. NORWOOD | Interim distribution payment - Dividend paid at 27.58% of $268,033.04; Claim # 34; Filed: $352,528.70 | 7100-000 | | 73,935.85 | 4,360,576.42 |
| 07/20/18 | 138 | ENRIQUE PAREDES TABLAS | Interim distribution payment - Dividend paid at 27.58% of $85,000.00; Claim # 36; Filed: $90,931.82 | 7100-000 | | 23,446.91 | 4,337,129.51 |
| 07/20/18 | 139 | ARGO PARTNERS, ASSIGNEE OF ELIZABETH A. MONCRIEF | Interim distribution payment - Dividend paid at 27.58% of $638,000.00; Claim # 37; Filed: $868,508.85 | 7100-000 | | 175,989.77 | 4,161,139.74 |
| 07/20/18 | 140 | DHIREN M. AND SHERRY BALLARD RATHOD | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 38; Filed: $63,683.34 | 7100-000 | | 13,792.30 | 4,147,347.44 |
| 07/20/18 | 141 | MICHAEL GREGG MARSHALL | Interim distribution payment - Dividend paid at 27.58% of $195,000.00; Claim # 39; Filed: $246,691.00 | 7100-000 | | 53,789.98 | 4,093,557.46 |
| 07/20/18 | 142 | MAINSTAR TRUST FBO SCOTT HICKS | Interim distribution payment - Dividend paid at 27.58% of $218,000.00; Claim # 41; Filed: $411,539.00 | 7100-000 | | 60,134.43 | 4,033,423.03 |
| 07/20/18 | 143 | MAINSTAR TRUST FBO LUCINDA H. HICKS | Interim distribution payment - Dividend paid at 27.58% of $290,000.00; Claim # 42; Filed: $316,411.25 | 7100-000 | | 79,995.35 | 3,953,427.68 |
| 07/20/18 | 144 | MAINSTAR TRUST FBO WILLIAM DANCER | Interim distribution payment - Dividend paid at 27.58% of $218,000.00; Claim # 44; Filed: $411,539.00 | 7100-000 | | 60,134.43 | 3,893,293.25 |
| 07/20/18 | 145 | MAINSTAR TRUST FBO DAVID J. MAHONEY | Interim distribution payment - Dividend paid at 27.58% of $41,000.00; Claim # 46; Filed: $124,350.00 | 7100-000 | | 11,309.69 | 3,881,983.56 |

Page Subtotals:    $0.00    $948,409.91

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/18 | 146 | ROBERT B. AND APRIL M. FRAZER | Interim distribution payment - Dividend paid at 27.58% of $410,000.00; Claim # 47; Filed: $645,636.24 | 7100-000 | | 113,096.87 | 3,768,886.69 |
| 07/20/18 | 147 | MAINSTAR TRUST FBO SUSAN E FALIN | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 48; Filed: $54,918.00 | 7100-000 | | 13,792.30 | 3,755,094.39 |
| 07/20/18 | 148 | JUDSON MICHAEL PELT | Interim distribution payment - Dividend paid at 27.58% of $125,000.00; Claim # 49; Filed: $137,454.00 | 7100-000 | | 34,480.75 | 3,720,613.64 |
| 07/20/18 | 149 | MAINSTAR TRUST FBO ERIC WARD | Interim distribution payment - Dividend paid at 27.58% of $270,000.00; Claim # 50; Filed: $361,321.00 | 7100-000 | | 74,478.43 | 3,646,135.21 |
| 07/20/18 | 150 | MAINSTAR TRUST FBO STEVEN M BROWN | Interim distribution payment - Dividend paid at 27.58% of $200,000.00; Claim # 51; Filed: $229,590.52 | 7100-000 | | 55,169.21 | 3,590,966.00 |
| 07/20/18 | 151 | MAINSTAR TRUST FBO JAMES S HUNT | Interim distribution payment - Dividend paid at 27.58% of $230,000.00; Claim # 52; Filed: $323,263.27 | 7100-000 | | 63,444.59 | 3,527,521.41 |
| 07/20/18 | 152 | MAINSTAR TRUST FBO LYNANN NEHLS | Interim distribution payment - Dividend paid at 27.58% of $230,000.00; Claim # 53; Filed: $318,961.77 | 7100-000 | | 63,444.59 | 3,464,076.82 |
| 07/20/18 | 153 | MAINSTAR TRUST FBO MICHAEL C. D'AGATA | Interim distribution payment - Dividend paid at 27.58% of $70,000.00; Claim # 56; Filed: $88,612.00 | 7100-000 | | 19,309.22 | 3,444,767.60 |
| 07/20/18 | 154 | CHERYL D. ECKLEY | Interim distribution payment - Dividend paid at 27.58% of $700,000.00; Claim # 57; Filed: $2,533,883.16 | 7100-000 | | 193,092.22 | 3,251,675.38 |
| 07/20/18 | 155 | MAINSTAR TRUST FBO CHERYL D. ECKLEY | Interim distribution payment - Dividend paid at 27.58% of $1,000,000.00; Claim # 57-2; Filed: $2,533,883.16 | 7100-000 | | 275,846.03 | 2,975,829.35 |
| 07/20/18 | 156 | MAINSTAR TRUST FBO JEANNE B. TURNER | Interim distribution payment - Dividend paid at 27.58% of $37,000.00; Claim # 58; Filed: $41,429.90 | 7100-000 | | 10,206.30 | 2,965,623.05 |
| 07/20/18 | 157 | MAINSTAR TRUST FBO PAUL A. TURNER | Interim distribution payment - Dividend paid at 27.58% of $272,000.00; Claim # 59; Filed: $338,476.64 | 7100-000 | | 75,030.12 | 2,890,592.93 |
| 07/20/18 | 158 | ADAM GOULET | Interim distribution payment - Dividend paid at 27.58% of $29,884.95; Claim # 60; Filed: $72,000.00 | 7100-000 | | 8,243.64 | 2,882,349.29 |

Page Subtotals: $0.00  $999,634.27

{ } Asset Reference(s)                                                                                                                                    ! - transaction has not been cleared

**Form 2**

Page: 2-6

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/18 | 159 | MICHAEL SALAMONE | Interim distribution payment - Dividend paid at 27.58% of $883,000.00; Claim # 61; Filed: $1,725,000.00 | 7100-000 | | 243,572.04 | 2,638,777.25 |
| 07/20/18 | 160 | EHE INVESTMENTS, LLC | Interim distribution payment - Dividend paid at 27.58% of $200,000.00; Claim # 62; Filed: $240,119.97 | 7100-000 | | 55,169.21 | 2,583,608.04 |
| 07/20/18 | 161 | WESLEY CAMPBELL | Interim distribution payment - Dividend paid at 27.58% of $100,000.00; Claim # 63; Filed: $123,468.77 | 7100-000 | | 27,584.60 | 2,556,023.44 |
| 07/20/18 | 162 | CAMPBELL OIL COMPANY | Interim distribution payment - Dividend paid at 27.58% of $100,000.00; Claim # 64; Filed: $119,140.23 | 7100-000 | | 27,584.60 | 2,528,438.84 |
| 07/20/18 | 163 | BRIAN DIXON CAMPBELL | Interim distribution payment - Dividend paid at 27.58% of $50,000.00; Claim # 65; Filed: $59,570.11 | 7100-000 | | 13,792.30 | 2,514,646.54 |
| 07/20/18 | 164 | ROBERT CRAIG CASS | Interim distribution payment - Dividend paid at 27.58% of $295,000.00; Claim # 66; Filed: $398,011.60 | 7100-000 | | 81,374.58 | 2,433,271.96 |
| 07/20/18 | 165 | Winland Credit Partners Asignee for John Boccia | Interim distribution payment - Dividend paid at 27.58% of $115,000.00; Claim # 67; Filed: $375,707.90 | 7100-000 | | 31,722.29 | 2,401,549.67 |
| 07/20/18 | 166 | CHARLOTTE DREIBELBIS | Interim distribution payment - Dividend paid at 27.58% of $150,000.00; Claim # 68; Filed: $176,132.25 | 7100-000 | | 41,376.90 | 2,360,172.77 |
| 07/20/18 | 167 | ESTATE OF CAROL T. CORREGGIA C/O JENNIFER BECKNELL | Interim distribution payment - Dividend paid at 27.58% of $100,000.00; Claim # 69; Filed: $103,805.55 | 7100-000 | | 27,584.60 | 2,332,588.17 |
| 07/20/18 | 168 | MAINSTAR TRUST FBO ANTHONY WILLIAM PACKER | Interim distribution payment - Dividend paid at 27.58% of $413,715.00; Claim # 70; Filed: $1,892,887.49 | 7100-000 | | 114,121.64 | 2,218,466.53 |
| 07/20/18 | 169 | MAINSTAR TRUST FBO DON W. GARRETT | Interim distribution payment - Dividend paid at 27.58% of $351,000.00; Claim # 71; Filed: $459,292.41 | 7100-000 | | 96,821.96 | 2,121,644.57 |
| 07/20/18 | 170 | BRIAN WILDER | Interim distribution payment - Dividend paid at 27.58% of $509,000.00; Claim # 72; Filed: $774,583.07 | 7100-000 | | 140,405.63 | 1,981,238.94 |
| 07/20/18 | 171 | MAINSTAR TRUST FBO THOMAS J. CUSACK | Interim distribution payment - Dividend paid at 27.58% of $70,331.85; Claim # 74; Filed: $92,651.11 | 7100-000 | | 19,400.76 | 1,961,838.18 |
| 07/20/18 | 172 | MAINSTAR TRUST FBO DONALD B. OLIN ROTH IRA | Interim distribution payment - Dividend paid at 27.58% of | 7100-000 | | 64,534.18 | 1,897,304.00 |

**Page Subtotals:** $0.00   $985,045.29

{ } Asset Reference(s)                                                                                                       ! - transaction has not been cleared

**Form 2**

Page: 2-7

## Cash Receipts And Disbursements Record

| Case No.: | 17-30132 | Trustee Name: | Joseph W. Grier (530460) |
|---|---|---|---|
| Case Name: | TSI HOLDINGS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4746 | Account #: | ******7000 Checking |
| For Period Ending: | 12/31/2018 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $233,950.00; Claim # 75; Filed: $380,897.95 | | | | |
| 07/20/18 | 173 | DENNIS & ROBIN SCALA | Interim distribution payment - Dividend paid at 27.58% of $490,000.00; Claim # 76; Filed: $715,805.05 | 7100-000 | | 135,164.55 | 1,762,139.45 |
| 07/20/18 | 174 | Charles Schwab & Co., Inc. FBO Thomas Joseph Crozier, III | Interim distribution payment - Dividend paid at 27.58% of $83,000.00; Claim # 77; Filed: $92,182.33 Voided on 07/23/2018 | 7100-004 | | 22,895.22 | 1,739,244.23 |
| 07/20/18 | 175 | Kent Kalina | Interim distribution payment - Dividend paid at 27.58% of $45,000.00; Claim # 78; Filed: $57,292.73 | 7100-000 | | 12,413.07 | 1,726,831.16 |
| 07/20/18 | 176 | IVY ROBINSON(IVY ROBINSON DUNSTAN REVOCABLE TRUST)IVY ROBINSON | Interim distribution payment - Dividend paid at 27.58% of $100,000.00; Claim # 79; Filed: $112,383.50 | 7100-000 | | 27,584.60 | 1,699,246.56 |
| 07/20/18 | 177 | RICHARD E. GERMAN | Interim distribution payment - Dividend paid at 27.58% of $15,315.97; Claim # 80; Filed: $60,405.13 | 7100-000 | | 4,224.85 | 1,695,021.71 |
| 07/20/18 | 178 | SARAH P. GERMAN | Interim distribution payment - Dividend paid at 27.58% of $109,700.00; Claim # 81; Filed: $144,711.35 | 7100-000 | | 30,260.31 | 1,664,761.40 |
| 07/20/18 | 179 | JEFFREY D. ODEN | Interim distribution payment - Dividend paid at 27.58% of $5,000.00; Claim # 82; Filed: $25,390.39 | 7100-000 | | 1,379.23 | 1,663,382.17 |
| 07/20/18 | 180 | JERRY ROBERT KING | Interim distribution payment - Dividend paid at 27.58% of $600,000.00; Claim # 83; Filed: $1,004,461.67 | 7100-000 | | 165,507.62 | 1,497,874.55 |
| 07/20/18 | 181 | MAINSTAR TRUST FBO ROSE B. CUMMINGS (TRADITIONAL IRA) | Interim distribution payment - Dividend paid at 27.58% of $140,000.00; Claim # 84; Filed: $0.00 | 7100-000 | | 38,618.44 | 1,459,256.11 |
| 07/20/18 | 182 | MAINSTAR TRUST FBO WILLIAM D. CUMMINGS (TRADITIONAL IRA) | Interim distribution payment - Dividend paid at 27.58% of $165,000.00; Claim # 86; Filed: $0.00 | 7100-000 | | 45,514.59 | 1,413,741.52 |
| 07/20/18 | 183 | MAINSTAR TRUST FBO TONY F. CHANEY, SR. | Interim distribution payment - Dividend paid at 27.58% of $140,000.00; Claim # 91; Filed: $169,750.00 | 7100-000 | | 38,618.44 | 1,375,123.08 |
| 07/20/18 | 184 | LAUREN PISCATELLI | Interim distribution payment - Dividend paid at 27.58% of $699,485.00; Claim # 95; Filed: $1,113,785.41 | 7100-000 | | 192,950.16 | 1,182,172.92 |
| 07/23/18 | 174 | Charles Schwab & Co., Inc. FBO Thomas Joseph Crozier, III | Interim distribution payment - Dividend paid at 27.58% of $83,000.00; Claim # 77; Filed: | 7100-004 | | -22,895.22 | 1,205,068.14 |

**Page Subtotals:**  $0.00   $692,235.86

*{ } Asset Reference(s)*     *! - transaction has not been cleared*

**Form 2**

Page: 2-8

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-30132 | | **Trustee Name:** | | Joseph W. Grier (530460) |
|---|---|---|---|---|---|
| **Case Name:** | TSI HOLDINGS, LLC | | **Bank Name:** | | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | | **Account #:** | | ******7000 Checking |
| **For Period Ending:** | 12/31/2018 | | **Blanket Bond (per case limit):** | | N/A |
| | | | **Separate Bond (if applicable):** | | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $92,182.33 Voided on 07/23/2018 | | | | |
| 07/23/18 | 185 | Grier Furr & Crisp, PA | Balance of fees per order entered 4/23/18 (Doc 233) | 3110-000 | | 295,735.01 | 909,333.13 |
| 07/23/18 | 186 | Grier Furr & Crisp, PA | Fees & expenses per order entered 7/20/18 (Doc 305) | 3110-000 | | 159,106.88 | 750,226.25 |
| 07/23/18 | 187 | Mainstar Trust FBO Thomas Joseph Crozier III | Interim distribution payment - Dividend paid at 27.58% of $83,000.00; Claim # 77; Filed: $92,182.33 | 7100-000 | | 22,895.22 | 727,331.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,593.22 | 725,737.81 |
| 08/30/18 | 188 | Internatiional Sureties, Ltd. | Bond | 2300-000 | | 970.00 | 724,767.81 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,034.01 | 722,733.80 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 643.38 | 722,090.42 |
| 10/23/18 | 189 | Parker Hudson Rainer & Dobbs LLP | Mediator fees; approved by order dated 10/23/18 | 3721-000 | | 8,687.96 | 713,402.46 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 662.36 | 712,740.10 |
| 11/06/18 | 190 | Middleswarth Bowers & COmpany | Fees approved order entered 11/8/18 [D.E. 342] | 3310-000 | | 62,116.31 | 650,623.79 |
| 11/06/18 | 191 | Grier Furr & Crisp, PA | Fees allowed per order 11/6/18 (D.E. 341] | 3110-000 | | 211,575.72 | 439,048.07 |
| 11/08/18 | 192 | Charles G. Monnett III & Associates | Administrative expense claim per D.E. 346 | 2990-000 | | 12,505.00 | 426,543.07 |
| | | | **COLUMN TOTALS** | | **6,310,159.21** | **5,883,616.14** | **$426,543.07** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,310,159.21** | **5,883,616.14** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,310,159.21** | **$5,883,616.14** | |

*{ } Asset Reference(s)*                                         *! - transaction has not been cleared*

**Form 2**

Page: 2-9

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
| --- | --- | --- | --- |
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 12/31/2018 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $1,089,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/28/17 | | Grier Furr & Crisp PA Trust Account | Net proceeds from sale of Siskey home & Diane Siskey personal property | | 1,898,221.29 | | 1,898,221.29 |
| | | | Net proceeds from sale of Diane Siskey personal property<br>$75,585.00 | 1280-002 | | | 1,898,221.29 |
| | | | Net proceeds from sale of Siskey home<br>$1,822,636.29 | 1280-002 | | | 1,898,221.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.67 | 1,897,977.62 |
| 09/14/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -243.67 | 1,898,221.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond<br>Voided on 12/05/2017 | 2300-004 | | 300.00 | 1,897,921.29 |
| 12/05/17 | 101 | International Sureties, Ltd. | Chapter 7 bond<br>Voided on 12/05/2017 | 2300-004 | | -300.00 | 1,898,221.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,791.04 | 1,895,430.25 |
| 02/08/18 | | Rhodes/Lowder settlements | Rhodes/Lowder settlement funds | | 440,000.00 | | 2,335,430.25 |
| | {12} | | Denise Rhodes settlement<br>$220,000.00 | 1249-000 | | | 2,335,430.25 |
| | {12} | | Ben Lowder settlement<br>$220,000.00 | 1249-000 | | | 2,335,430.25 |
| 02/08/18 | | Rhodes/Lowder settlements | Deposit Reversal: Rhodes/Lowder settlement funds | | -440,000.00 | | 1,895,430.25 |
| | {12} | | Denise Rhodes settlement<br>-$220,000.00 | 1249-000 | | | 1,895,430.25 |
| | {12} | | Ben Lowder settlement<br>-$220,000.00 | 1249-000 | | | 1,895,430.25 |
| 02/09/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -2,791.04 | 1,898,221.29 |
| 04/26/18 | 102 | Middleswarth & Bowers | Professional fees per order of 4/23/18 (D.E. 234)<br>Voided on 04/26/2018 | 3310-004 | | 70,831.44 | 1,827,389.85 |
| 04/26/18 | 102 | Middleswarth & Bowers | Professional fees per order of 4/23/18 (D.E. 234)<br>Voided on 04/26/2018 | 3310-004 | | -70,831.44 | 1,898,221.29 |

Page Subtotals: **$1,898,221.29**    **$0.00**

{ } Asset Reference(s)                                                                                           ! - transaction has not been cleared

**Form 2**

Page: 2-10

## Cash Receipts And Disbursements Record

| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 12/31/2018 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $1,089,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 1,898,221.29 | 0.00 | $1,898,221.29 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,898,221.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,898,221.29** | **$0.00** | |

{ } *Asset Reference(s)*       *! - transaction has not been cleared*

**Form 2**

Page: 2-11

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30132 | **Trustee Name:** | Joseph W. Grier (530460) |
| **Case Name:** | TSI HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4746 | **Account #:** | ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 |
| **For Period Ending:** | 12/31/2018 | | |
| | | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $1,089,000.00 |

| | |
|---:|---:|
| Net Receipts: | $8,208,380.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,898,371.29 |
| Net Estate: | $6,310,009.21 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7000 Checking | $6,310,159.21 | $5,883,616.14 | $426,543.07 |
| ******7001 Joseph W. Grier, III, Escrow Agent under agmt d'd 8/4/17 | $1,898,221.29 | $0.00 | $1,898,221.29 |
| | **$8,208,380.50** | **$5,883,616.14** | **$2,324,764.36** |